# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**Nuverra Environmental Solutions, Inc.,** : **Case No. 17–10949 (____)**
:
Debtor.[1] :
:
------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**Appalachian Water Services, LLC,** : **Case No. 17–10950 (____)**
:
Debtor. :
:
------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**Badlands Leasing, LLC,** : **Case No. 17–10951 (____)**
:
Debtor. :
:
------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**Badlands Power Fuels, LLC (DE),** : **Case No. 17–10952 (____)**
:
Debtor. :
:
------------------------------------------------------------x

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218 ), and 1960 Well Services, LLC (5084 ). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.


```
---------------------------------------------------------------x
                                               :
                                               :
In re:                                         :    Chapter 11
                                               :
Badlands Power Fuels, LLC (ND),                :    Case No. 17–10953 (____)
                                               :
              Debtor.                          :
                                               :
---------------------------------------------------------------x
                                               :
In re:                                         :    Chapter 11
                                               :
Heckmann Water Resources Corporation,          :    Case No. 17–10954 (____)
                                               :
              Debtor.                          :
                                               :
                                               :
---------------------------------------------------------------x
                                               :
In re:                                         :    Chapter 11
                                               :
Heckmann Water Resources (CVR), Inc.,          :    Case No. 17–10955 (____)
                                               :
              Debtor.                          :
                                               :
---------------------------------------------------------------x
                                               :
In re:                                         :    Chapter 11
                                               :
Heckmann Woods Cross, LLC,                     :    Case No. 17–10956 (____)
                                               :
              Debtor.                          :
                                               :
---------------------------------------------------------------x
                                               :
In re:                                         :    Chapter 11
                                               :
HEK Water Solutions, LLC,                      :    Case No. 17–10957 (____)
                                               :
              Debtor.                          :
                                               :
---------------------------------------------------------------x
```

```
---------------------------------------------------------------x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
Ideal Oilfield Disposal, LLC,                 :    Case No. 17–10958 (____)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
Landtech Enterprises, L.L.C.,                 :    Case No. 17–10959 (____)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
NES Water Solutions, LLC,                     :    Case No. 17–10960 (____)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
Nuverra Total Solutions, LLC,                 :    Case No. 17–10961 (____)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
1960 Well Services, LLC,                      :    Case No. 17–10962 (____)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x
```

**DEBTORS' MOTION FOR AN ORDER AUTHORIZING**
**JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Nuverra Environmental Solutions, Inc. ("**Nuverra**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in in these chapter 11 cases, hereby submit this motion (this "**Motion**") for entry of an order authorizing the joint administration of the Debtors' fourteen chapter 11 cases and the consolidation thereof for procedural purposes only. In support of this Motion, the Debtors respectfully state as follows:

### Background

1. On the date hereof (the "**Petition Date**"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"). The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. As of the date hereof, no creditors' committee has been appointed.

2. Concurrently herewith, the Debtors have filed the *Debtors' Prepackaged Plans of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "**Plan**") and the related disclosure statement. Voting on the Plan began prior to the Petition Date, but has not yet concluded.

3. The Plan comprises (i) a separate plan (the "**Nuverra Group Plan**") for all of the Debtors except for Appalachian Water Services, LLC and Badlands Power Fuels, LLC (DE) (the "**Nuverra Group Debtors**"), (ii) a separate plan of reorganization for Appalachian Water Services, LLC (the "**AWS Plan**") and (iii) a separate plan of reorganization for Badlands Power Fuels, LLC (DE) (the "**Badlands (DE) Plan**" and collectively with the Nuverra Group Plan and the AWS Plan, the Plan). The Plan was developed in accordance with the terms of the

Restructuring Support Agreement, dated as of April 9, 2017, as amended from time to time (the "**Restructuring Support Agreement**"), among the Debtors and certain supporting noteholders who hold 100% of the outstanding principal amount of the Term Loan Facility Claims and approximately 86% in outstanding principal amount of the 2021 Notes (the "**Supporting Noteholders**"). The Restructuring Support Agreement obligates the Supporting Noteholders, subject to certain terms and conditions, to vote to approve the Plan. The Debtors expect that, with the affirmative vote of the Supporting Noteholders, each Plan will be accepted by one or more impaired classes of creditors.

4. Additional factual background relating to the Debtors' business, capital structure, and the commencement of these chapter 11 cases is set forth in detail in the *Declaration of Robert D. Albergotti in Support of Voluntary Petitions, First Day Motions and Applications* (the "**First Day Declaration**").[2]

## Facts Specific to Relief Requested

5. On the Petition Date, each of the Debtors filed a voluntary petition for relief under the Bankruptcy Code. Most of the motions, applications, hearings, and orders that will arise in these chapter 11 cases will affect all of the Debtors jointly. For that reason, the Debtors respectfully submit that their interests, as well as the interests of their creditors and other parties-in-interest, would be best served by the joint administration of these chapter 11 cases for procedural purposes.

## Jurisdiction

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

for the District of Delaware dated as of February 29, 2012.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicates for the relief requested herein are Rule 1015(b) of the Federal Rules of Bankruptcy Procedures and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## Relief Requested

7.     By this Motion, the Debtors seek entry of an order that directs the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only.  The Debtors submit that the joint administration of these chapter 11 cases should be maintained under the case number assigned to Nuverra, and also request that the Clerk of the Court maintain one file and one docket for the fourteen chapter 11 cases, under that case name and number.  In addition, the Debtors seek the Court's direction that separate docket entries be made on the dockets of each of these chapter 11 cases (except that of Nuverra) substantially as follows:

> An order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Nuverra Environmental Solutions, Inc. and its debtor affiliates.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket in the chapter 11 case of Nuverra "'" Environmental " Solutions, " Inc., " "'Case P o. "17–32; 6; **(____)** and such docket should be consulted for all matters affecting this chapter 11 case.

8.     The Debtors further request that the caption of these chapter 11 cases be modified as follows to reflect their joint administration:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
                                                               :
                                                               :
In re:                                                         :     Chapter 11
                                                               :
Nuverra Environmental Solutions, Inc., *et al.*,[1]            :     Case No. 17–10949 (___)
                                                               :
                    Debtors.                                   :     (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218 ), and 1960 Well Services, LLC (5084 ). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

**Basis for Relief Requested**

9.      Pursuant to Bankruptcy Rule 1015(b), "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 further provides for joint administration of chapter 11 cases when "the joint administration of two or more cases pending in [the] Court under title 11 is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1.

10.     Nuverra is the direct or indirect parent of the other thirteen Debtors.  The Debtors, therefore, are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code and, accordingly, under Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Court has the authority to grant the relief requested herein.

11. In addition, section 105(a) of the Bankruptcy Code provides the Court with the power to grant the relief requested herein by the Debtors.[3]

12. The Debtors submit that the joint administration of their estates is warranted and would ease the administrative burden on the Court and all parties-in-interest in these chapter 11 cases. The benefits to these chapter 11 cases come with no prejudice to creditors and other parties-in-interest of any of the Debtors, as the relief requested herein is purely procedural and would not impact the substantive rights of any party.

13. The joint administration of these chapter 11 cases also would permit the Clerk of the Court to utilize a single docket for the fourteen cases and to combine notices to creditors and other parties-in-interest in the Debtors' respective chapter 11 cases. As there likely will be numerous motions, applications and other pleadings filed in these chapter 11 cases that will affect all of the fourteen Debtors, joint administration would reduce significantly the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays. Joint administration also would permit counsel for all parties-in-interest to include all of these chapter 11 cases in a single caption for the numerous documents that likely will be filed and served in the chapter 11 cases and would enable parties-in-interest (including the Office of the United States Trustee for the District of Delaware) in each of the chapter 11 cases to stay apprised of all the various matters before the Court.

14. The entry of joint administration orders in multiple related cases such as these is common in this District. Accordingly, based on the foregoing facts and authorities, the Debtors respectfully submit that the relief requested herein should be granted.

---

[3] Section 105(a) states that a bankruptcy court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

**Notice**

15.     Notice of this Motion will be provided to: (i) the United States Trustee for the District of Delaware; (ii) Fried, Frank, Harris, Shriver & Jacobson LLP, as counsel to the Supporting Noteholders, One New York Plaza, New York, NY 10004, Attn: Brad Eric Scheler and Jennifer Rodburg; (iii) Goldberg Kohn Ltd., as counsel to Wells Fargo Bank, N.A., Revolving Credit Agreement Agent, 55 East Monroe, Suite 3300, Chicago, IL 60603, Attn: Randall Klein, Dimitri Karcazes and Gary Zussman; (iv) Morrison & Foerster LLP, as counsel to Wilmington Savings Fund Society, FSB, Trustee to Senior Secured Second Lien Notes due 2021, Trustee to 9.875% Senior Notes Due 2018 and Term Loan Agent, 250 West 55th Street, New York, NY 10019, Attn: Jonathan I. Levine and James A. Newton; (v) Wilmington Savings Fund Society, FSB, as Trustee to Senior Secured Second Lien Notes due 2021, Trustee to 9.875% Senior Notes Due 2018, and Term Loan Agent, 500 Delaware Avenue, Wilmington, DE 19801, Attn: Corporate Trust and Geoffrey Lewis; (vi) American Stock Transfer & Trust Company, LLC, as Warrant Agent, 6201 15th Avenue, Brooklyn, NY 11219, Attn: Relationship Manager, and 48 Wall Street, 21st Floor, New York, NY 10005, Attn: Legal Department; and (vii) the 30 largest unsecured creditors of the Debtors, on a consolidated basis. As this Motion is seeking "first-day" relief, the Debtors will serve copies of this Motion and any order entered in respect of this Motion as required by Local Rule 9013-1(m). The Debtors respectfully submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
      May 1, 2017

SHEARMAN & STERLING LLP
Douglas P. Bartner (Pro Hac Vice Admission Pending)
Fredric Sosnick (Pro Hac Vice Admission Pending)
Sara Coelho (Pro Hac Vice Admission Pending)
Stephen M. Blank (Pro Hac Vice Admission Pending)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8174

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime Luton Chapman*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel to the Debtors and Debtors in Possession

## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Nuverra Environmental Solutions, Inc.,** | : | **Case No. 17–10949 (____)** |
| Debtor.[1] | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Appalachian Water Services, LLC,** | : | **Case No. 17–10950 (____)** |
| Debtor. | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Badlands Leasing, LLC,** | : | **Case No. 17–10951 (____)** |
| Debtor. | : | |

---

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Badlands Power Fuels, LLC (DE),** | : | **Case No. 17–10952 (____)** |
| Debtor. | : | |

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218 ), and 1960 Well Services, LLC (5084 ). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

01:19307385.9

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Badlands Power Fuels, LLC (ND),** | : | **Case No. 17–10953 (____)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Heckmann Water Resources Corporation,** | : | **Case No. 17–10954 (____)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Heckmann Water Resources (CVR), Inc.,** | : | **Case No. 17–10955 (____)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Heckmann Woods Cross, LLC,** | : | **Case No. 17–10956 (____)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **HEK Water Solutions, LLC,** | : | **Case No. 17–10957 (____)** |
| Debtor. | : | |

```
---------------------------------------------------------------x
                                            :
                                            :
In re:                                      :    Chapter 11
                                            :
Ideal Oilfield Disposal, LLC,               :    Case No. 17–10958 (____)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x
                                            :
                                            :
In re:                                      :    Chapter 11
                                            :
Landtech Enterprises, L.L.C.,               :    Case No. 17–10959 (____)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x
                                            :
                                            :
In re:                                      :    Chapter 11
                                            :
NES Water Solutions, LLC,                   :    Case No. 17–10960 (____)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x
                                            :
                                            :
In re:                                      :    Chapter 11
                                            :
Nuverra Total Solutions, LLC,               :    Case No. 17–10961 (____)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x
                                            :
                                            :
In re:                                      :    Chapter 11
                                            :
1960 Well Services, LLC,                    :    Case No. 17–10962 (____)
                                            :
         Debtor.                            :
                                            :
---------------------------------------------------------------x
```

## ORDER AUTHORIZING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**")[2] of the Debtors for an order authorizing the joint administration of the Debtors' fourteen chapter 11 cases and the consolidation thereof for procedural purposes only (this "**Order**"); and upon the First Day Declaration; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, these chapter 11 cases shall be jointly administered and consolidated for procedural purposes only.

3. The Clerk of this Court shall maintain one file and one docket for all of these chapter 11 cases, which shall be the file and docket for the chapter 11 case of Debtor Nuverra Environmental Solutions, Inc., Case No. 17–10949 (   ).

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4

01:19307385.9

4. All pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
:
In re:                                              :    **Chapter 11**
:
**Nuverra Environmental Solutions Inc.,** *et al.*,[1]  :    **Case No. 17–10949 (___)**
:
:    **(Jointly Administered)**
**Debtors.**                                        :
:
---------------------------------------------------------------x

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084 ). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

5. The Clerk of this Court shall make a docket entry in each of these chapter 11 cases (except that of Nuverra) substantially as follows:

> An order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Nuverra Environmental Systems, Inc. and its debtor affiliates. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket in the chapter 11 case of Nuverra Environmental Solutions, Inc., Case No. 17–10949 (____) and such docket should be consulted for all matters affecting this chapter 11 case.

6. Nothing in this Order shall effect a substantive consolidation of the Debtors' bankruptcy estates.

5

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       May _____, 2017

                                            UNITED STATES BANKRUPTCY JUDGE