# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
:
In re:                            :    Chapter 11
:
Nuverra Environmental Solutions, Inc., *et al.*,[1]   :    Case No. 17–10949 (KJC)
:
Debtors.                          :    (Joint Administration Requested)
:
:
------------------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>MAY 2, 2017 AT  11:00 A.M. (ET)</u>

**Location:**   UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**I.    PETITIONS AND RELATED PLEADINGS**

1. Voluntary Chapter 11 Petitions
   A. Nuverra Environmental Solutions Inc., Case No. 17-10949
   B. Appalachian Water Services, LLC, Case No. 17-10950
   C. Badlands Leasing, LLC, Case No. 17-10951
   D. Badlands Power Fuels, LLC (DE), Case No. 17-10952
   E. Badlands Power Fuels, LLC (ND), Case No. 17-10953
   F. Heckmann Water Resources Corporation, Case No. 17-10954
   G. Heckmann Water Resources (CVR), Inc., Case No. 17-10955
   H. Heckmann Woods Cross, LLC, Case No. 17-10956
   I. HEK Water Solutions, LLC, Case No. 17-10957
   J. Ideal Oilfield Disposal, LLC, Case No. 17-10958
   K. Landtech Enterprises, L.L.C., Case No. 17-10959
   L. NEC Water Solutions, LLC, Case No. 17-10960
   M. Nuverra Total Solutions, LLC, Case No. 17-10961
   N. 1960 Well Services, LLC, Case No. 17-10962

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

2. Declaration of Robert D. Albergotti in Support of Voluntary Petitions, First Day Motions and Applications [D.I. 12]

## II. FIRST DAY MATTERS GOING FORWARD

3. Debtors' Motion for an Order Authorizing Joint Administration of Related Chapter 11 Cases [D.I. 2]

    **Status:**   This matter is going forward.

4. Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 3]

    **Status:**   This matter is going forward.

5. Debtors' Motion for an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests [D.I. 4]

    **Status:**   This matter is going forward.

6. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 5]

    **Status:**   This matter is going forward only with respect to the interim relief requested therein.

7. Debtors' Motion for an Order Authorizing the Debtors to Maintain Insurance Policies, Insurance Financing Agreements and Surety Program and Pay All Prepetition and Postpetition Obligations in Respect Thereof [D.I. 6]

    **Status:**   This matter is going forward.

8. Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Employee, Independent Contractor and Director Wages, Salaries and Other Compensation, (II) Reimburse Prepetition Employee Business Expenses, (III) Contribute to Prepetition Employee Benefit Programs and Continue Such Programs Postpetition, (IV) Make Payments for which Prepetition Payroll Deductions Were Made, (V) Pay Workers' Compensation Obligations, and (VI) Pay All Costs and Expenses Incident to the Foregoing [D.I. 7]

    **Status:**   This matter is going forward.

9. Debtors' Motion for an Order Authorizing the Debtors to Continue to (I) Use and Maintain Existing Bank Accounts, (II) Use Their Existing Cash Management System, (III) Use Their Existing Business Forms and (IV) Make Intercompany Transactions [D.I. 8]

    **Status:**    This matter is going forward.

10. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition General Unsecured Claims in the Ordinary Course of Business, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 9]

    **Status:**    This matter is going forward only with respect to the interim relief requested therein.

11. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 10]

    **Status:**    This matter is going forward.

12. Debtors' Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief [D.I. 11]

    **Related Documents:**

    a) Debtors' Prepackaged Plans of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 13]

    b) Solicitation and Disclosure Statement, Dated April 28, 2017 [D.I. 14]

    **Status:**    This matter is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 1, 2017 | SHEARMAN & STERLING LLP<br>Douglas P. Bartner (Pro Hac Vice Admission Pending)<br>Fredric Sosnick (Pro Hac Vice Admission Pending)<br>Sara Coelho (Pro Hac Vice Admission Pending)<br>Stephen M. Blank (Pro Hac Vice Admission Pending)<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-8174<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/S/ KENNETH J. ENOS<br>Pauline K. Morgan (No. 3650)<br>Kenneth J. Enos (No. 4544)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Proposed Counsel to the Debtors and Debtors in Possession |