## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
:
:
**In re:**  :  **Chapter 11**
:
**Nuverra Environmental Solutions, Inc.,** *et al.*,  :  **Case No. 17–10949 (KJC)**
:
            **Debtors.**  :  **(Joint Administration Requested)**
:
:

---------------------------------------------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission pro hac vice of Fredric Sosnick of the law firm of Shearman & Sterling LLP to represent the debtors in the above-captioned cases.

            /s/ Jaime Luton Chapman
            Jaime Luton Chapman (No. 4936)
            Young Conaway Stargatt & Taylor, LLP
            Rodney Square
            1000 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

            /s/ Fredric Sosnick
            Fredric Sosnick
            Shearman & Sterling LLP
            599 Lexington Avenue
            New York, NY 10022
            Telephone: (212) 848-4000

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.