## EXHIBIT A

## Initial Budget

01:21852042.2

**Nuverra Environmental Solutions, Inc.**
**Weekly Cash Flow Projections**
All Figures in USD $ Thousands
April 27, 2017

| | Wk 1 - Wk 13 | 1 Forecast 05/05/2017 | 2 Forecast 05/12/2017 | 3 Forecast 05/19/2017 | 4 Forecast 05/26/2017 | 5 Forecast 06/02/2017 | 6 Forecast 06/09/2017 | 7 Forecast 06/16/2017 | 8 Forecast 06/23/2017 | 9 Forecast 06/30/2017 | 10 Forecast 07/07/2017 | 11 Forecast 07/14/2017 | 12 Forecast 07/21/2017 | 13 Forecast 07/28/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | | | |
| *Total Operating Receipts* | 37,820 | 2,170 | 2,320 | 2,984 | 3,256 | 2,713 | 2,984 | 2,984 | 3,256 | 3,391 | 2,789 | 2,546 | 3,153 | 3,274 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Employee Payroll, Benefits & Taxes | (17,684) | - | (2,492) | (963) | (2,322) | (170) | (2,322) | (963) | (2,322) | (170) | (2,414) | (963) | (2,414) | (170) |
| Fuel & Oil | (2,961) | (200) | (265) | (215) | (265) | (215) | (241) | (195) | (241) | (195) | (224) | (251) | (203) | (251) |
| Vehicle Leases, Licenses & Permits | (2,049) | - | (524) | (5) | (56) | - | - | (524) | (5) | (405) | - | (524) | (5) | - |
| Supplies, M&R, Utilities, Other | (17,825) | (938) | (1,126) | (2,554) | (2,554) | (1,922) | (378) | (1,922) | (378) | (1,747) | (378) | (1,775) | (378) | (1,775) |
| Royalties | (505) | - | (50) | (105) | (40) | - | (50) | (105) | - | - | - | (105) | - | (50) |
| Insurance | (2,174) | - | (230) | (96) | (504) | - | (96) | - | - | (576) | - | (96) | - | (576) |
| Taxes | (150) | - | - | - | (50) | - | - | - | - | (50) | - | - | - | (50) |
| Office Rent | (223) | - | (16) | - | (57) | - | - | (16) | - | (51) | - | (16) | (16) | (51) |
| Ordinary Course Professional Fees | (726) | - | (76) | - | (150) | - | (100) | - | - | (150) | (100) | - | - | (150) |
| Corporate - Other | (2,403) | (250) | (299) | - | (1,413) | (92) | - | (50) | - | (125) | - | (50) | - | (125) |
| *Total Operating Disbursements* | (46,699) | (1,388) | (5,077) | (3,938) | (7,409) | (2,399) | (3,186) | (3,776) | (2,945) | (3,471) | (3,116) | (3,779) | (3,017) | (3,197) |
| **Net Operating Cash Flow** | **(8,880)** | **782** | **(2,758)** | **(953)** | **(4,154)** | **314** | **(202)** | **(791)** | **310** | **(79)** | **(327)** | **(1,233)** | **136** | **76** |
| **Non-Operating Receipts** | | | | | | | | | | | | | | |
| Asset Sales | 755 | - | - | - | 755 | - | - | - | - | - | - | - | - | - |
| *Total Non-Operating Receipts* | 755 | - | - | - | 755 | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Debt Service & Fees | (500) | - | - | - | - | - | - | - | - | - | (500) | - | - | - |
| EEHR Project - Drilling forecast | (353) | - | - | - | - | - | - | - | (1,159) | 1,114 | (176) | (163) | (66) | 97 |
| Capital Expenditures | (1,741) | - | - | (580) | - | (480) | - | - | - | (681) | - | - | - | - |
| D&O | (547) | - | - | - | (547) | - | - | - | - | - | - | - | - | - |
| General Reserve - Contingency | (750) | (300) | - | - | (150) | - | - | - | - | (150) | - | - | - | (150) |
| *Total Non-Operating Disbursements* | (3,891) | (300) | - | (580) | (697) | (480) | - | - | (1,159) | 282 | (676) | (163) | (66) | (53) |
| **Net Non-Operating Cash Flow** | **(3,136)** | **(300)** | **-** | **(580)** | **58** | **(480)** | **-** | **-** | **(1,159)** | **282** | **(676)** | **(163)** | **(66)** | **(53)** |
| **Restructuring Disbursements** | | | | | | | | | | | | | | |
| Debtor Professional Fees | (2,790) | - | - | - | - | - | (1,395) | - | - | - | - | (1,395) | - | - |
| Bondholder Professional Fees (Total) | (750) | - | - | - | - | - | (250) | - | - | - | - | (500) | - | - |
| Lender (WF) Professional Fees | (676) | - | - | - | - | - | (501) | - | - | - | - | (175) | - | - |
| Lazard Success Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee / UCC Fees | (160) | - | - | - | - | - | (80) | - | - | - | - | (80) | - | - |
| WF ABL DIP Interest and Fee | (762) | - | (175) | - | (175) | (212) | - | - | - | - | (199) | - | - | - |
| Adequate Protection | (158) | - | (158) | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Assurance / Utility Deposit | (200) | - | - | (200) | - | - | - | - | - | - | - | - | - | - |
| DIP Interest, Fees & Closing Costs | (748) | - | (625) | - | - | (34) | - | - | - | - | (89) | - | - | - |
| *Total Restructuring Disbursements* | (6,243) | - | (958) | (200) | (175) | (247) | (2,226) | - | - | - | (288) | (2,150) | - | - |
| **Total Net Cash Flow** | **(18,259)** | **482** | **(3,715)** | **(1,733)** | **(4,271)** | **(413)** | **(2,428)** | **(791)** | **(848)** | **203** | **(1,291)** | **(3,546)** | **70** | **23** |
| **Total Disbursements** | **(56,833)** | **(1,688)** | **(6,035)** | **(4,718)** | **(8,281)** | **(3,126)** | **(5,412)** | **(3,776)** | **(4,104)** | **(3,188)** | **(4,080)** | **(6,093)** | **(3,082)** | **(3,250)** |
| **Net Available Cash** | | | | | | | | | | | | | | |
| Opening Liquidity | - | - | 10,506 | 6,791 | 5,058 | 787 | 5,374 | 2,946 | 2,155 | 1,307 | 1,510 | 5,218 | 1,672 | 1,742 |
| Senior DIP Opening Availability | 7,524 | 7,524 | - | - | - | - | - | - | - | - | - | - | - | - |
| Junior DIP Drawdown | 12,500 | 2,500 | - | - | - | 5,000 | - | - | - | - | 5,000 | - | - | - |
| Collections | 38,575 | 2,170 | 2,320 | 2,984 | 4,011 | 2,713 | 2,984 | 2,984 | 3,256 | 3,391 | 2,789 | 2,546 | 3,153 | 3,274 |
| Disbursements | (56,833) | (1,688) | (6,035) | (4,718) | (8,281) | (3,126) | (5,412) | (3,776) | (4,104) | (3,188) | (4,080) | (6,093) | (3,082) | (3,250) |
| Paydown | 0 | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 |
| Net Available Cash Plus Senior DIP Availability | **1,765** | **10,506** | **6,791** | **5,058** | **787** | **5,374** | **2,946** | **2,155** | **1,307** | **1,510** | **5,218** | **1,672** | **1,742** | **1,765** |