IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                                      :   Chapter 11
:
Nuverra Environmental Solutions, Inc., *et al.*,[1]         :   Case No. 17–10949 (KJC)
:
Debtors.                                                    :   (Jointly Administered)
:
:   RE: Docket No. 11
:
------------------------------------------------------------x

**ORDER (I) SCHEDULING COMBINED HEARING ON (A) ADEQUACY DISCLOSURE STATEMENT AND (B) CONFIRMATION OF PREPACKAGED PLAN; (II) FIXING DEADLINE TO OBJECT TO DISCLOSURE STATEMENT AND PREPACKAGED PLAN; (III) APPROVING PREPETITION SOLICITATION PROCEDURES AND FORM AND MANNER OF NOTICE OF COMMENCEMENT, COMBINED HEARING, AND OBJECTION DEADLINE; (IV) CONDITIONALLY (A) DIRECTING THE UNITED STATES TRUSTEE NOT TO CONVENE CREDITORS' MEETING AND (B) WAIVING REQUIREMENT OF FILING STATEMENTS OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES; AND (V) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (the "**Scheduling Order**") (i) scheduling the Combined Hearing; (ii) establishing the Objection Deadline; (iii) approving the Solicitation Procedures and Combined Notice; (iv) conditionally (a) directing the U.S. Trustee to not convene a 341 Meeting and (b) waiving the requirement that the Debtors file SOFAs and Schedules; and (v) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

01:21853269.2

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interests; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Combined Hearing (at which time this Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Plan) will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Courtroom 5 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, **on June 21, 2017 at 10:00 a.m. (ET)**. The Combined Hearing may be continued from time to time by the Court without further notice other than adjournments announced in open court in the filing of a notice or a hearing agenda in these chapter 11 cases.

3. Any responses or objections to the adequacy of the Disclosure Statement or confirmation of the Plan must: (i) be in writing; (ii) conform to the applicable Federal Rules of

01:21853269.2

Bankruptcy Procedure and the Local Rules; (iii) set forth the name of the objecting party, the basis for the objection, and the specific grounds thereof; and (iv) be filed with this Court, together with proof of service. In addition to being filed with the Court, any such responses or objections must be served on the following parties so as to be received by **4:00 p.m. (ET) on June 12, 2017 (the "Objection Deadline")**: (a) counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Douglas P. Bartner, Esq., Fredric Sosnick, Esq., and Sara Coelho, Esq.); (b) Delaware counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Pauline K. Morgan, Esq. and Kenneth Enos, Esq.); (c) counsel to the Supporting Noteholders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004 (Attn: Brad Eric Scheler, Esq. and Jennifer Rodburg, Esq.); and (d) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Mark Kenney, Esq.). **Any objections not timely filed and served in the manner set forth in this Scheduling Order may not be considered and may be overruled.**

4. The Debtors may file reply briefs in response to any objections by June 16, 2017.

5. The Debtors are authorized to combine the notice of the Combined Hearing and the Objection Deadline (and related procedures) with the notice of commencement of these chapter 11 cases.

6. Notice of the Combined Heading as proposed in the Motion and the form of Combined Notice, substantially the form attached hereto as <u>Exhibit 1</u>, shall be deemed good and sufficient notice of the Combined Hearing and no further notice need be given. The Debtors

01:21853269.2

shall cause the Voting Agent to mail a copy of the Combined Notice to the parties set forth in the Motion within five (5) businesses day of the entry of this Scheduling Order or as soon as reasonably possible. The notice procedures set forth in this paragraph 6 constitute good and sufficient notice of the commencement of the Debtors' chapter 11 cases, the Combined Hearing, the Objection Deadline, and procedures for objecting to the adequacy of the Disclosure Statement and to confirmation of the Plan.

7. The Debtors are authorized to mail the Combined Notice to the Non-Voting Holders, in accordance with the terms of this Scheduling Order, in lieu of sending such Non-Voting Holders copies of the Disclosure Statement and the Plan and, except to the extent necessary to comply with Local Rule 3017-1(c), the requirements under the Bankruptcy Rules or the Local Rules, including Bankruptcy Rule 3017(d), to transmit copies of the Disclosure Statement and Plan to Non-Voting Holders are hereby waived with respect to such Non-Voting Holders.

8. To the extent the Nominees incur out-of-pocket expenses in connection with distribution of the Combined Notice, the Debtors are authorized, but not directed, to reimburse such entities for their reasonable and customary expenses incurred in this regard.

9. The Debtors are authorized, but not directed, pursuant to Bankruptcy Rule 2002(1), to give supplemental publication notice of the Combined Hearing and Objection Deadline (in a form substantially similar to the Combined Notice modified for publication or a summary thereof) not less than fourteen (14) days prior to the Combined Hearing Date in the national edition of *USA Today*, and any other trade or other publications the Debtors deem necessary in their sole discretion, which publication notice shall constitute good and sufficient

01:21853269.2

notice of the Combined Hearing and the Objection Deadline (and related procedures) to persons who do not receive the Combined Notice by mail.

10. The Solicitation Procedures utilized by the Debtors for distribution of the Solicitation Packages as set forth in the Motion in soliciting acceptances and rejections of the Plan satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and are conditionally approved.

11. The Ballots, substantially in the forms attached to the Motion as Exhibits B-1 through B-5 are approved.

12. The 341 Meeting shall be waived unless the Plan is not confirmed on or before June 30, 2017.

13. Cause exists to extend the time by which the Debtors must file SOFAs and Schedules until June 30, 2017, without prejudice to the Debtors' rights to request further extensions thereof; *provided, however*, that if the Plan is confirmed by this Court on or before June 30, 2017, the requirement to file SOFAs and Schedules in the Debtors' chapter 11 cases shall be waived.

14. The Debtors shall file the Plan Supplement (as defined in the Plan) no later than seven (7) calendar days prior to the Combined Hearing.

15. The requirements of Bankruptcy Rule 6004(h), to the extent applicable, are hereby waived, and this Scheduling Order shall be immediately effective and enforceable upon its entry.

16. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules 4001(d) and 6004(a) are waived.

01:21853269.2

17.     The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Scheduling Order.

18.     This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Scheduling Order.

Dated: May __, 2017
       Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

01:21853269.2

6