# EXHIBIT B

## Albergotti Declaration

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                        :

In re:                      :       Chapter 11

Nuverra Environmental Solutions, Inc., *et al.*,[1]   :       Case No. 17–10949 (KJC)

            Debtors.      :       (Jointly Administered)
                        :

---------------------------------------------------------------x

## DECLARATION OF ROBERT D. ALBERGOTTI IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND RETAIN AP SERVICES, LLC TO PROVIDE INTERIM MANAGEMENT SERVICES PURSUANT TO 11 U.S.C. § 363, *NUNC PRO TUNC* TO THE PETITION DATE, AND (II) DESIGNATE ROBERT D. ALBERGOTTI AS CHIEF RESTRUCTURING OFFICER

Robert D. Albergotti submits this declaration (the "**Declaration**") pursuant to 28 U.S.C. § 1746, and states:

1.      I am a Managing Director of AlixPartners, LLP ("**AlixPartners**") and I am an authorized representative of AP Services, LLC ("**APS**"), which has a place of business at 909 Third Avenue, New York, New York 10022. I am duly authorized to execute this Declaration on behalf of APS, an affiliate of AlixPartners, and in support of the motion (the "**Motion**")[2] of the Debtors for an order, pursuant to 11 U.S.C. § 363, (i) to employ APS to

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

provide interim management services to the Debtors, *nunc pro tunc* to the Petition Date and (ii) to designate Robert D. Albergotti as CRO.

2.      Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

3.      APS has a wealth of experience in providing interim management services and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

4.      APS's professionals have provided strategic advice to, debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases.  Since its inception in 1981, APS, AlixPartners, its subsidiary affiliates, and its predecessor entities have provided restructuring or crisis management services in numerous large cases as set forth in the Motion.

5.      In providing prepetition professional services to the Debtors,[4] I, along with certain other APS professionals, have become familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters.  Having worked closely with the Debtors' management and their other advisors, APS has developed relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in these chapter 11 cases.  Accordingly, APS is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

6.      The parties have entered into an agreement that would govern the relationship between APS and the Debtors, a copy of which is attached as <u>Exhibit C</u> to the Application (the

---

[3]      Certain of the disclosures herein relate to matters within the knowledge of other professionals at APS and are based on information provided by them.

[4]      Some AlixPartners personnel have previously worked with the Debtors pursuant to an engagement letter between the Debtors and AlixPartners, LLP.  APS is a wholly owned subsidiary of AlixPartners, LLP.

"**Engagement Letter**").   Pursuant to the Engagement Letter, APS will provide, without limitation, the following interim-management services during these chapter 11 cases:[5]

- Assist the Debtors with management of their financial and treasury functions;

- Assist with the preparation of the statements of affairs, schedules, and other regular reports required by the Court;

- Provide testimony before the Court, as required, on matters that are within the scope of this engagement and within APS's area of testimonial competencies;

- Assist in obtaining and presenting information required by parties in interest in the Debtors' bankruptcy process including official committees appointed by the Court and the Court itself;

- Assist the "working group" professionals who are representing the Debtors or their stakeholders in the reorganization process with their efforts in a manner consistent with the Debtors' overall restructuring goals;

- Maintain signing authority on behalf of the Debtors in line with the Debtors' internal delegation of authority and/or risk management policies;

- Provide assistance to management in connection with the Debtors' development and maintenance of their rolling 13-week cash receipts and disbursements forecasting tool;

- Provide assistance to management in connection with the Debtors' review and/or development of their revised business plan, and such other related forecasts as may be required;

- Assess basin level operations for profitability and growth opportunities;

- Assist in communication and/or negotiation with the Debtors' stakeholders, including, but not limited to, the Debtors' lenders and their advisors;

- Assist management in reviewing and enhancing current cost reduction initiatives, and

- Assist with such other matters as may be requested that fall within APS's expertise and that are mutually agreeable.

7.       APS shall use its reasonable efforts to avoid any unnecessary duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

---

[5]       To the extent that this Declaration and the terms of the Engagement Letter are inconsistent, the terms of this Declaration shall control.

## APS FEE STRUCTURE

8.      APS's decision to accept this engagement to provide services to the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in Schedule 1 of the Engagement Letter (the "**Fee and Expense Structure**").

9.      The standard hourly rates of the APS personnel currently working on this matter are as follows:

| Name | Description | 2017 Hourly Rate |
|---|---|---|
| Robert D. Albergotti | Chief Restructuring Officer | $985 |

**Additional Temporary Staff**

| Name | Description | 2017 Hourly Rate | Commitment Full[6] or Part[7] Time |
|---|---|---|---|
| Robert Sullivan | Operations Subject Matter Expert | $1,050 | Part Time |
| Michael Hartley | Restructuring Team | $800 | Full Time |
| Dan Kelsall | Liquidity Management & Business Planning | $605 | Full Time |
| Alvaro Corletto-Costa | Liquidity Management & Business Planning | $415 | Part Time |
| Shamiq Syed | Restructuring Team | $415 | Full Time |
| Hart Ku | Restructuring Team | $325 | Full Time |

10.     APS's current standard hourly rates for 2017, subject to periodic adjustments, are as follows:

---

[6]     Full time is defined as substantially full time.

[7]     Part time is defined as approximately two to three days per week, with some weeks more or less depending on the needs and issues facing the Company at that time.

01:19496407.5

| Title | Hourly Rate |
| --- | --- |
| Managing Director | $960 – $1,135 |
| Director | $745 – $910 |
| Vice President | $550 – $660 |
| Associate | $380– $520 |
| Analyst | $135 – $365 |
| Paraprofessional | $250 – $270 |
| Developer | $200 – $415 |

In the normal course of business, APS reserves the right to periodically adjust its billing rates.

11.      The Debtors have agreed to reimburse APS, upon receipt of periodic billings, for all reasonable and necessary expenses incurred in connection with the chapter 11 cases, including transportation costs, lodging, meals, telephone, copying, and messenger services.[8]

12.      To the extent APS requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

13.      The Fee Structure is consistent with and typical of compensation arrangements entered into by APS and other comparable firms in connection with the rendering of similar services under similar circumstances.  The Debtors believe that the Fee Structure is in fact reasonable, market-based and designed to fairly compensate APS for its work and to cover fixed and routine expenses.

---

[8]      Such reimbursements by the Debtors will be subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding limitations on reimbursement of expenses.

14.     Based upon its books and records, APS's current estimate is that it has received unapplied advance payments from the Debtors in excess of pre-petition billings in the amount of $200,000 (the "Retainer").  The Debtors and APS have agreed that any portion of the Retainer not used to compensate APS for its pre-petition services and expenses will be held and applied against its final post-petition billing and will not be placed in a separate account.

15.     In the ninety (90) days prior to the Petition Date and in addition to the Retainer described above, the Debtors paid APS a total of $1,341,902.38 incurred in providing services to the Debtor in contemplation of, and in connection with, prepetition restructuring activities, as follows:

| Invoice Date | Invoice Amount | Payment Date | Service Period Covered |
|---|---|---|---|
| 02/15/2017 | 200,192.96 | 03/22/2017 | 1/1/17-1/31/17 |
| 03/21/2017 | 243,009.68 | 03/30/2017 | 2/1/17-2/28/17 |
| 03/31/2017 | 277,611.08 | 03/31/2017 | 3/1/17-3/31/17 |
| 04/07/2017 | 64,984.50 | 04/21/2017 | through 4/3/17 |
| 04/13/2017 | 126,402.58 | 04/21/2017 | 4/4/17-4/10/17 |
| 04/18/2017 | 110,241.85 | 04/26/2017 | 4/11/17-4/16/17 |
| 04/25/2017 | 150,643.76 | 04/26/2017 | 4/17/17-4/23/17 |
| 04/28/2017 | 168,815.97 | 04/28/2017 | 4/24/17-4/28/17 |

16.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior to, and subsequent to, the Petition Date, APS may have incurred but not billed fees and reimbursable expenses which relate to the prepetition period.  APS hereby seeks this Court's approval to apply the Retainer against any prepetition fees and expenses APS becomes aware of during its ordinary course billing review and reconciliation.  Upon the proposed application of the Retainer, the Debtors would not owe APS any sums for prepetition services.  If any amounts, after application of the Retainer, are owed to APS as of the Petition

Date, APS will waive any claim relating thereto upon entry of a final order approving APS's engagement herein.

### **APS'S Disinterestedness**

17.     In connection with its proposed retention by the Debtors in these chapter 11 cases, APS undertook a lengthy review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, APS obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases ("**Potential Parties in Interest**").  Such parties are listed on Schedule 1 annexed hereto.  A search was performed for connections to the Potential Parties in Interest within the past five (5) years, and results were disclosed as to AlixPartners Holdings, LLP ("**AP Holdings**"), AlixPartners' parent company, and each of AlixPartners Holdings' U.S. and non-U.S. subsidiary affiliates.  In addition, an email is sent to all of their professionals inquiring of any potential connections

18.     Based on that review, APS represents that to the best of its knowledge, APS knows of no fact or situation that would represent a conflict of interest for APS regarding the Debtors.  APS, however, wishes to disclose the connections to the Parties in Interest as set forth below.  While the disclosures refer to APS, the conflict search was performed and results were disclosed as APS, AlixPartners, its parent company, AP Holdings and each of its U.S. and non-U.S. subsidiaries, including, without limitation, APS.  The disclosures below collectively refer to APS, AlixPartners, AP Holdings and each of their subsidiaries.

- APS is a wholly owned subsidiary of AlixPartners, a wholly owned subsidiary of AP Holdings.  On January 12, 2017, funds managed by subsidiaries of CVC Capital Partners SICAV-FIS S.A., a private equity and investment advisory firm, ceased to own a controlling stake in AP Holdings and now does not own any interest in AP Holdings.  As of

January 12, 2017, no person or entity owns a controlling interest in AP Holdings.

The equity capital of AP Holdings is now owned by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc. and other affiliates of Jay Alix (collectively "Lakeview"), (iii) affiliates of Caisse de dépôt et placement du Québec ("CDPQ"), (iv) affiliates of Investcorp Group ("IVC"), (v) affiliates of Public Sector Pension Investment Board ("PSP Investments") and (vi) other individuals and trusts.  Neither CDPQ, IVC, Lakeview nor PSP Investments (collectively, the "Investors") nor their respective affiliates that directly hold interests in AP Holdings (the "Investor Affiliates," and together with the Investors, the "Investor Parties") nor any other person owns a majority of the equity capital of AP Holdings or individually controls the Board of AP Holdings.

Designees of the Investors shall serve as some of the members of the Boards of Directors of each of AlixPartners and AP Holdings (collectively, the "Boards").  In addition to their investments in AP Holdings, all of the Investors have substantial investments unrelated to AP.

No material nonpublic information about the Debtors has been or will be furnished by AP to the Investor Parties, and AP will continue to abide by its confidentiality obligations to the Debtors.  Except for the Board designees, AP operates independently of the Investor Parties, and does not share employees, officers or other management with any such Investor Parties.  AP and each of the Investor Parties have separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems.  No personnel of the Investor Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel.  No AP executive or employee is a director, officer or employee of any Investor Party.  Each Investor Party is governed by its own board of directors or similar body and managed by its own management team.  Each Investor is independent of each other Investor.

The ownership structure of AP Holdings only recently changed to include the Investor Affiliates.  As a result, as of the date hereof, due to, among other things, the sheer size of the investment portfolios of some of the Investors, AlixPartners' conflicts search related to the Investor Parties involved AlixPartners searching the names of each of the Investor Parties against the list of Debtors and the list of Potential Parties in Interest. AlixPartners has determined, to the best of its knowledge based on that search, that there are no connections with the Investor Parties that require disclosure other than as noted herein.  Nonetheless, AlixPartners is working with the Investor Parties to evaluate and implement any

additional conflicts checks that might be warranted as soon as reasonably practicable. AlixPartners will promptly file a supplemental disclosure if there are additional connections.

Although AlixPartners has performed a conflicts check as to the Investor Parties, one or more of the Investor Parties may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities in the Debtors and/or Potential Parties in Interest. In addition, one or more of the Investor Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of such business relationships or other connections, AlixPartners will promptly file a supplemental disclosure.

In addition, AlixPartners may have had, may currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between each of the Investor Parties and AlixPartners and the contractual client confidentiality obligations of AlixPartners, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- AEP Ohio – American Electric Power ("AEP"), a utility provider to the Debtors, is a creditor, material contract party, bondholder, client counsel, litigation party and vendor to current and former AP clients.

- AFLAC, an insurance provider to the Debtors, is an insurance provider and vendor to current and former AP clients in matters unrelated to the Debtors. AFLAC is a vendor to AP.

- AIG, an insurance provider to the Debtors, is a limited partner, litigation counterparty, insurance provider, adverse party, associated company, lender, parent company and bondholder to current and former AP clients in matters unrelated to the Debtors. AIG is a current and former AP client in matters unrelated to the Debtors.

- Allied World National Insurance Company ("Allied"), an insurance provider to the Debtors, is an adverse party, insurance provider, lender, shareholder and material contract party to current and former AP clients in matters unrelated to the Debtors. Allied is a vendor to AP.

- American Express, a vendor to the Debtors, is a lender, bondholder, creditor, material contract party, lessor and vendor to current and former

AP clients in matters unrelated to the Debtors.  American Express is an AP vendor. American Express is a former employer of current AP employees.

- American Stock Transfer & Trust Company, LLC ("American Stock"), a professional in interest in this bankruptcy matter, is a co-defendant, creditor, indenture trustee and professional in interest to current and former AP clients in matters unrelated to the Debtors.  American Stock is an AP vendor.

- Argonaut Insurance Company ("Argonaut"), an insurance provider to the Debtors, is affiliated with a former AP client in matters unrelated to the Debtors.  Argonaut is a bondholder, lender, professional in interest and insurance provider to current and former AP clients in matters unrelated to the Debtors.

- AT&T, a utility provider to the Debtors, is affiliated with entities that are creditors, lenders, adverse parties, co-defendants, director-affiliated companies, material contract parties, lessees, lessors, vendors, litigation parties, customers and shareholders to current and former AP clients in matters unrelated to the Debtors.  AT&T affiliated entities are current and former AP clients in matters unrelated to the Debtors.  AT&T is a vendor to AP.  AT&T is a former employer of current AP employees.

- Bank of America, a lender to the Debtors, is affiliated with entities that are material contract parties, creditors, adverse parties, bondholders, associated parties, indenture trustees, investors, co-defendants, co-plaintiffs, director-affiliated companies, litigation parties, lessors, professionals in interest, shareholders, vendors and lenders to current and former AP clients in matters unrelated to the Debtors.  Bank of America and affiliates are current and former AP clients in matters unrelated to the Debtors.  Bank of America is a former employer of a current AP employee.

- Bank of New York Mellon ("BNY"), a debtholder to the Debtors, is affiliated with entities that are lenders, bondholders, shareholders, creditors, litigation parties, adverse parties, co-defendants, and indenture trustees to current and former AP clients in matters unrelated to the Debtors.  BNY affiliated entities are current and former AP clients in matters unrelated to the Debtors.  BNY is a former employer of a current AP employee.

- Barnes & Thornburg LLP – Tina Syring, a litigation party to the Debtors, is affiliated with entities that are professionals in interest and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

01:19496407.5

- Basic Energy Services, a competitor to the Debtors, is a creditor, vendor, material contract party, shareholder, and vendor to current AP clients in matters unrelated to the Debtors. Basic Energy Services is a current AP client in matters unrelated to the Debtors.

- Blue Shield of North Dakota ("Blue Cross"), an insurance provider to the Debtors, is affiliated with entities that are vendors, lenders, material contract parties, professionals in interest, director's affiliated companies, adverse parties, creditors and insurance providers to current and former AP clients in matters unrelated to the Debtors. A Blue Cross affiliated entity is a former AP client in matters unrelated to the Debtors.

- Capital One Business Credit Corp., a lender to the Debtors, is a current and former AP client in matters unrelated to the Debtors. Capital One is an adverse party, creditor, lender, litigation party, noteholder, vendor and material contract party to current and former AP clients in matters unrelated to the Debtors.

- Chesapeake Operating Inc. and Chesapeake Energy Corporation ("Chesapeake"), customers to the Debtors, are affiliated with a former AP client in matters unrelated to the Debtors. Chesapeake affiliated entities are litigation parties, adverse parties, material contract parties, creditors and vendors to current and former AP clients in matters unrelated to the Debtors.

- Chevron, a customer to the Debtors, is affiliated with entities that are material contract parties, creditors, adverse parties, associated parties, vendors, litigation parties, director-affiliated companies, lessors and customers to current and former AP clients in matters unrelated to the Debtors. Chevron is a current and former AP client in matters unrelated to the Debtors. Chevron is an AP vendor.

- Chubb, an insurance provider to the Debtors, is affiliated with entities that are adverse parties, lenders, insurance providers, bondholders, vendors and material contract parties to current and former AP clients in matters unrelated to the Debtors. A Chubb affiliated entity is a former AP client in matters unrelated to the Debtors. Chubb affiliated entities are insurance providers to AP. In addition, Chubb provides liability insurance to certain AP MD's and to certain AP board members.

- Cintas Corporation, a vendor to the Debtors, is affiliated with entities that are vendors, material contract parties, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Cintas Corporation and Cintas Document Management are AP vendors.

- CIT Finance LLC ("CIT"), a lender to the Debtors, is a lender, creditor, material contract party and lessor to current and former AP clients in matters unrelated to the Debtors.  An affiliate of CIT is a former employer of current AP employees.

- Citizens Bank and Citizens Bank of Pennsylvania, vendors and lenders to the Debtors, creditor, are lenders and material contract party to current and former AP clients in matters unrelated to the Debtors.  Citizens Bank is a former AP client in matters unrelated to the Debtors.

- Commerce and Industry Insurance Company ("Commerce"), an insurance provider to the Debtors, is an insurance provider and litigation party to current and former AP clients in matters unrelated to the Debtors.  Commerce is a current AP client in matters unrelated to the Debtors.

- Concur Technologies, a vendor to the Debtors, is an AP vendor.

- ConocoPhillips Company, a customer to the Debtors, is a creditor, material contract party, professional in interest, joint venture entity, vendor and adverse party to current and former AP clients in matters unrelated to the Debtors.  Chevron Phillips Chemical Co., an affiliate of ConocoPhillips, is a former AP client in matters unrelated to the Debtors.

- Conway Mackenzie, a professional in interest in this bankruptcy matter, is a professional in interest and vendor to current and former AP clients in matters unrelated to the Debtors.  Conway Mackenzie is a former employer of current AP employees.

- Cornerstone Natural Resources ("Cornerstone"), a customer to the Debtors, is affiliated with entities that are lenders, material contract parties, vendors, professionals in interest, litigation parties, associated parties and customers to current and former AP clients in matters unrelated to the Debtors.  Cornerstone Research is a former employer of current AP employees.

- Crowley Fleck, a litigation party to the Debtors, is a professional in interest to current AP clients in matters unrelated to the Debtors.

- ECS, Inc., a creditor to the Debtors, is an adverse party to a current AP client in matters unrelated to the Debtors.

- Encana Oil & Gas (USA) Inc. ("Encana"), a creditor to the Debtors, is a customer, material contract party, and joint venture entity to current and former AP clients in matters unrelated to the Debtors.

- EP Energy, a customer to the Debtors, is a vendor and customer to current AP clients in matters unrelated to the Debtors.  EP Energy is a former AP client in matters unrelated to the Debtors.

- Federal Insurance Company ("Federal Insurance"), an insurance provider to the Debtors, is an adverse party, lender, insurance provider, lessor and material contract party to current and former AP clients in matters unrelated to the Debtors.  Federal Insurance is a former AP client in matters unrelated to the Debtors.  Federal Insurance is a vendor to AP.

- Fried Frank Harris Shriver & Jacobson LLP ("Fried Frank"), a professional in interest in this bankruptcy matter, is a professional in interest, legal counsel, adverse party and vendor to current and former AP clients in matters unrelated to the Debtors.  Fried Frank is a current AP client in matters unrelated to the Debtors.

- Great West Casualty Company, a creditor and insurance provider to the Debtors, is a creditor, material contract party, insurance provider, lessor and shareholder to current and former AP clients in matters unrelated to the Debtors.  Great West Life Assurance Company is a former AP client in matters unrelated to the Debtors.  Great West Life Assurance Company is an AP vendor.

- Hein & Associates LLP, a professional in interest in these bankruptcy matters, is a professional in interest to current AP clients in matters unrelated to the Debtors.

- Hess Bakken Investments II, LLC, Hess Nd Pipelines, LLC, Hess Ohio Developments, LLC, and Hess Trading Corporation ("Hess"), customers to the Debtors, are affiliated with an entity that is a current AP client in matters unrelated to the Debtors.  Hess is a material contract party, joint venture entity, creditor, and vendor to current and former AP clients in matters unrelated to the Debtors.

- Investors Management Marketing, a creditor to the Debtors, is a material contract party and related party to current and former AP clients in matters unrelated to the Debtors.

- Ironshore Indemnity Inc. ("Ironshore"), an insurance provider to the Debtors, is a co-defendant, litigation party, creditor and insurance provider to current and former AP clients in matters unrelated to the Debtors. Ironshore is a former AP client in matters unrelated to the Debtors.

- KPMG LLP ("KPMG"), a professional in interest in these bankruptcy matters, is a current and former AP client in matters unrelated to the

Debtors.   KPMG is a professional in interest, auditor, adverse party, associated party and creditor to current and former AP clients in matters unrelated to the Debtors.   KPMG provides auditing services to AP. KPMG is a vendor to AP and the former employer of current AP employees.

- Lockton Companies, an insurance provider to the Debtors, is an adverse party, creditor, material contract party, insurance provider, professional in interest, and vendor to current and former AP clients in matters unrelated to the Debtors.

- Marathon, a customer to the Debtors, is affiliated with entities that are shareholders, customers, noteholders, creditors, lenders, joint venture entities, material contract parties, joint venture entities, vendors and creditors to current and former AP clients in matters unrelated to the Debtors.

- Nationwide, an insurance party to the Debtors, is a bondholder, lender, professional in interest, creditor, adverse party and litigation party to current and former AP clients in matters unrelated to the Debtors. Nationwide is a former AP client in matters unrelated to the Debtors. Nationwide is the former employer of current AP employees.

- Oasis Petroleum North America, Oasis Midstream Services, and Oasis Petroleum LLC ("Oasis"), customers to the Debtors, are affiliated with entities that are vendors, professionals in interest, customers, material contract parties, and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Oasis Services is an AP vendor.

- Oneok Partners, L.P. and Oneok Rockies Midstream, LLC, litigation parties and customers to the Debtors, are joint venture entities, customers, material contract parties and vendors to current and former AP clients in matters unrelated to the Debtors.

- Pearl Meyer & Partners, a professional in interest in these bankruptcy matters, is a professional in interest to current and former AP clients in matters unrelated to the Debtors.

- Polsinelli PC, a professional in interest in this bankruptcy matter, is affiliated with entities that are current and former AP clients in matters unrelated to the Debtors.  Polsinelli Shughart, PC is a professional in interest, creditors, and vendors to current and former AP clients in matters unrelated to the Debtors.  Polsinelli PC is a vendor to AP.

- RSM McGladerey, Inc. and RSM US LLP ("RSM"), professionals in in interest in these bankruptcy matters, are litigation parties, associated

parties and shareholders to current and former AP clients in matters unrelated to the Debtors.  RSM is a former employer of current AP employees.

- Shell – Swepi, LP and Shell Oil and Gas Company ("Shell"), customers and litigation parties to the Debtors, is affiliated with an entity that is a former AP client in matters unrelated to the Debtors.  Shell and affiliates are vendors, investors, acquisition targets, joint venture entities, adverse parties, customers, creditors, lessors, associated parties and material contract parties to former AP clients in matters unrelated to the Debtors. Shell is a former employer of current AP employees.

- SM Energy Company, a customer to the Debtors, is a former AP client in matters unrelated to the Debtors.  SM Energy Company is a litigation party, vendor and customer to current and former AP client in matters unrelated to the Debtors.

- Snell & Wilmer, LLP, a professional in interest in this bankruptcy matter, is a creditor and professional in interest to a current AP and/or APS client in matters unrelated to the Debtors.  Snell & Wilmer is a vendor to AP.

- Squire Patton Boggs (US) LLP ("Squire"), a professional in interest in these bankruptcy matters, is a current AP client in matters unrelated to the Debtors.  Squire is a legal counsel to current and former AP clients in matters unrelated to the Debtors.  Squire is a former employer of current AP employees.

- Stallion Oilfield Services, a vendor to the Debtors, is affiliated with an entity that is a current AP client in matters unrelated to the Debtors. Additionally, AP undertook an interim management role in Stallion Oilfield Services chapter 11 bankruptcy case.

- Unum Life Insurance Company of America ("Unum"), an insurance provider to the Debtors, is an insurance provider, material contract party, and bondholder to current and former AP clients in matters unrelated to the Debtors.  Unum is a vendor to AP.

- US Specialty Insurance Company ("US Specialty"), an insurance provider to the Debtors, is a former AP client in matters unrelated to the Debtors. US Specialty is an insurance provider and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Wells Fargo Bank, N.A. and Wells Fargo Financial Services ("Wells Fargo"), insurance providers, creditors and lenders to the Debtors, and affiliates are lenders, creditors, lessors, bondholders, indenture trustees, co-defendants, adverse parties, insurance providers, associated companies,

01:19496407.5

investors, material contract parties, trustees, professionals in interest, shareholders and vendors to current and former AP clients in matters unrelated to the Debtors.  Wells Fargo is a current and former AP client in matters unrelated to the Debtors.  Wells Fargo is a former employer of current AP employees.  Wells Fargo is a vendor to AP.

- Westport Power, Inc., a litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Wilmington Savings Fund Society, FSB, a lender and indenture trustee to the Debtors, is affiliated with entities that are bondholders, material contract parties, creditors, lessors, adverse parties, professionals in interest, litigation parties, vendors, shareholders, lessors and indenture trustees to current and former AP clients in matters unrelated to the Debtors.  Wilmington Trust is a former AP client in matters unrelated to the Debtors.  Wilmington Trust is affiliated with entities that are vendors to AP.

- XL Specialty Insurance, an insurance provider and creditor to the Debtors, and affiliates are material contract parties, associated companies, insurance providers, lessors and co-defendants to current and former AP clients in matters unrelated to the Debtors.

- Young Conaway Stargatt & Taylor LLP, a professional in interest in these bankruptcy matters, is a professional in interest, opposing counsel and adverse party to current and former AP clients in matters unrelated to the Debtors.

- Zurich American Insurance Company ("Zurich"), a creditor to the Debtors, is affiliated with entities that are creditors, vendors, material contract parties, co-defendants, insurance providers, lenders and adverse parties to current and former AP clients in matters unrelated to the Debtors.  Zurich is a current and former AP client in matters.  Zurich provides insurance services to AP.

19.    APS, AlixPartners, and their subsidiary affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of its diverse practice, APS appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and interested parties in these chapter 11 cases.  Further, APS has in the past, and may in the future, be represented by several attorneys and law firms, some of

whom may be involved in these chapter 11 cases. In addition, APS has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or against other professionals involved in these cases. Moreover, from time to time, APS may have referred work to, or have other business relationships with, other professionals to be retained in these chapter 11 cases. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors.

20.     From time to time, APS has provided services, and likely will continue to provide services, to certain parties-in-interest of the Debtors and various other parties adverse to the Debtors in matters unrelated to these chapter 11 cases. As described herein, however, APS has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided, services to any significant creditor, equity security holder, insider, or other party-in-interest in such unrelated matters.

21.     To the best of my knowledge, none of APS, AP Holdings, AlixPartners, or their subsidiaries, affiliates, or professionals is a direct holder of any of the Debtors' securities. It is possible that certain of APS's employees, managing directors, board members, equity holders, or affiliates of any of the foregoing may own investment interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties-in-interests' debt or equity securities or other financial instruments, including bank loans or other obligations. Typically, the holders of such investment interests are passive investors and have no role in management of the investment vehicle and no control over investment decisions related to such investment funds or financial instruments. APS's policy prohibits its employees from personally trading in the Debtors' securities.

01:19496407.5

22.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, except as otherwise disclosed herein, neither I nor any of AlixPartners' nor APS's professional employees or representatives:  (i) have any connection with the Debtors, their creditors, or any other Potential Parties in Interest; or (ii) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee or any employee in the Office of the U.S. Trustee, except as otherwise set forth herein.

23.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, neither AlixPartners nor APS has been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.  If the Debtors are authorized by the Court to employ and retain APS, neither AlixPartners nor APS will accept any engagement or perform any service for any other entity in these chapter 11 cases.  APS will, however, continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or parties-in-interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases.

24.    Certain individuals affiliated with APS may render crisis and management services to the Debtors on a part-time basis, while others have been and/or will continue to be engaged full-time.  To the extent such individuals are employed on a part-time basis, APS submits that there are no simultaneous or prospective engagements existing which would constitute a conflict or adverse interest as to the matters for which it has been employed by the Debtors.

01:19496407.5

25.    Despite the efforts described above to identify and disclose APS's connections with parties-in-interest in these cases, because the Debtors are a large enterprise with thousands of creditors and other relationships, APS is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if APS discovers additional information that requires disclosure, APS will file a supplemental disclosure with the Court.

26.    In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, to the extent deemed applicable to the services of APS under section 363 of the Bankruptcy Code, neither I nor APS has entered any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases.

27.    Further, except as otherwise set forth herein, insofar as I have been able to determine, none of AlixPartners, I, nor any APS Personnel holds or represents any interest adverse to the Debtors or their estates, and APS is a "disinterested person" as that term is defined in the section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that APS and its professionals and employees who will work on the engagement:

(i)    are not creditors, equity security holders or insiders of the Debtors;

(ii)    were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(iii)    do not have any interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders by any reason of direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

28.    Should APS discover additional information that requires disclosure, it will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014. APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS's employment by the Debtors.

01:19496407.5

29.     APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Robert D. Albergotti*
Robert D. Albergotti

Executed this 6th day of May 2017

## **SCHEDULE 1**

**Potential Parties-in-Interest**

## Nuverra Environmental Solutions, Inc. – List of Interested Parties

**(A)  The Debtors**

**Debtor Entities**

Nuverra Environmental Solutions, Inc.
Appalachian Water Services, LLC
Badlands Leasing, LLC
Badlands Power Fuels, LLC (DE)
Badlands Power Fuels, LLC (ND)
Heckmann Water Resources Corporation
Heckmann Water Resources (CVR), Inc.
Heckmann Woods Cross, LLC
HEK Water Solutions, LLC
Ideal Oilfield Disposal, LLC
Landtech Enterprises, L.L.C.
NES Water Solutions, LLC
Nuverra Total Solutions, LLC
1960 Well Services, LLC

**Trade Names & Aliases**

Nuverra Environmental Solutions
Nuverra
BPFEnergy, LLC
HWR
Complete Vacuum and Rental, Inc.
Excalibur Energy Services, Inc.

**(B)  Affiliates and Non-Debtor Subsidiaries**

Dodge Water Depot, LLC
Nuverra Rocky Mountain Pipeline, LLC
China Water and Drinks, Inc.

**(C)  Current and Former Officers and Directors
      (For the Past 3 Years)**

Mark D. Johnsrud
Robert B. Simonds, Jr.
Joseph M. Crabb
Lawrence W. Strohmaier
Daniel Pon
Liz Merritt
Stacy W. Hilgendorf
Kevin Klann
William M. Austin
Edward A. Barkett
Tod C. Holmes
R. Dan Nelson
Dr. Alfred E. Osborne, Jr.
J. Danforth Quayle
Gregory J. Heinlein
W. Christopher Chisholm

Andrew D. Siedel
Jay C. Parkinson
Kevin L. Spence
Richard J. Heckmann
Lou L. Holtz
Charles R. Gordon

Robert D. Albergotti

**(D)  Significant Lenders and Lienholders**

Wells Fargo Bank, N.A.
Bank of America, N.A.
RBS Citizens, N.A.
Citizens Bank of Pennsylvania
Capital One Business Credit Corp.
CIT Finance LLC
Banc of America Credit Products, Inc.
Wilmington Savings Fund Society, FSB
Ascribe II Investments LLC
Ascribe III Investments LLC
ECF Value Fund, LP
ECF Value Fund II, LP
ECF Value Fund International Master, LP

**(E)  Insurers and Brokers**

Kinsale Insurance Company
Great West Casualty Company
Mid Continent Casualty Company
Lexington Insurance Company
North American Elite Insurance Company
XL Specialty Insurance Company
Commerce & Industry Insurance Company
Starr Indemnity & Liability Insurance Company
Ironshore Indemnity Inc.
National Union Fire Insurance Company (AIG)
Federal Insurance Company (Chubb)
Argonaut Insurance Company
US Specialty Insurance Company (HCC)
RSUI Indemnity Company
Freedom Specialty Insurance Company
Allied World National Assurance Company
Lockton Companies
Lahr Agency
North Dakota Workforce Safety & Insurance
Ohio Bureau of Workers Compensation
Lexon Insurance Company
Nationwide
CRC Swett
Tokio Marine HCC
XL Specialty Insurance Company (XL)

AIG
CHUBB
SEITZ INSURANCE AGENCY
James River Insurance
Zurich
First Insurance Funding
First Specialty Insurance Corporation
RT Specialty Group
Steadfast Insurance Company
Endurance American Specialty Insurance Company
Aspen Specialty Insurance Company

**(F)  Professionals**

**Debtors' Restructuring Professionals**
AlixPartners, LLP
AP Services, LLC
Shearman & Sterling LLP
Young Conaway Stargatt & Taylor, LLP
Lazard Middle Markets LLC
Prime Clerk

**Other Restructuring Professionals**
Fried, Frank, Harris, Shriver & Jacobson LLP
Goldberg Kohn Ltd.
Conway MacKenzie, Inc.

**Significant Ordinary Course Professional & Other Professionals**
American Stock Transfer & Trust Company
Pearl Meyer & Partners
KPMG LLP
Hein & Associates LLP
Squire Patton Boggs (US) LLP
Kuhn Consulting, Inc.
Polsinelli P.C.
Fenix Financial Forensics LLC
Donnelly Financial Solutions
Morrison & Foerster LLP
Snell & Wilmer L.L.P.
RSM US LLP
RSM McGladrey, Inc.

**(G)  Parties to Litigation and Their Counsel**

Veronica Hernandez Garcia
Manuel Sanchez
Humberto J. Machado Zingg
Key Energy Services, LLC.
Shell Oil and Gas Company
Louisiana Department of Environmental Quality
In Re Nuverra Environmental Solutions, Inc. Federal
  Securities Class Action Plaintiffs
Terry Dickey
Devin International, Inc.

Greene's Energy Group, LLC
Greene's Energy Group International, LLC
Pipe Pros, Inc.
PP Holdco, Inc.
Pipe Pros, LLC
Eric Schaffer
Wade Keifer
Oneok Rockies Midstream, LLC
Oneok Partners, L.P.
Douglas Bedford, Jr.
Angela Bedford
Armstrong Hot Water, Inc.
Varnum LLP – Ron DeWaard
HDH Land & Timber, L.P.
Peterbilt of Lafayette, LLC
Taylor, Porter, Brooks & Phillips L.L.P.
Gabriel De La Vega
Wayne P. Perdue
Barnes & Thornburg LLP – Tina Syring
Lazar Kostovski
Patrick Johnston
Denzil Deuley
   Judge Kostura & Putnman, P.C.
   Pringle & Herigstad, P.C.
   Crowley Fleck
   Advanced Disposal LLC
   Kentucky Department of Public Health
   C&C Backhoe Service LLC
   Clearwater Shale Services LLC
   Daniel Daniluk, LLC
   Osie D. Gilbert
   Equal Employment Opportunity Commission
   Dorsey & Whitney LLP
   9Z's LLC
   Chax Holdings, LLC
   Anderson Bottrell Sanden & Thompson
   Deck Jones
   Joseph P. Novak, Esq.
   Brenna Law Firm, PLLC
   North Dakota Department of Labor and Human
      Rights
   Robbins Arroyo LLP
   PACCAR, Inc. d/b/a Peterbilt Motor Company
   Westport Power, Inc.
   Cotton Schmidt & Abbott L.L.P.
   Stradling Yocca Carlson & Rauth, P.C.
   Alexandra C. Christopher
   Michael R. Clemens
   Bordas and Bordas Attorneys, PLLC

**(H)  Holders of 5% or More of Any Outstanding Equity Securities of the Company**

Mark D. Johnsrud and affiliates

Ascribe Capital LLC
Ascribe III Investments LLC

American Securities LLC
Gates Capital Management, L.P.
Gates Capital Management GP, LLC
Gates Capital Management, Inc.
Jeffrey L. Gates

**(I)  Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company**

Ascribe Capital LLC
Gates Capital Management, Inc.
Phoenix Investment Adviser LLC

**(J)  Indenture Trustees**

The Bank of New York Mellon Trust Company, N.A.
Wilmington Savings Fund Society, FSB

**(K)  Counterparties to Major Leases**

Scottsdale Kierland Properties, LLC
Shallenberger Construction Inc.
Skywater Development, LLC.
PACCAR Financial
Automotive Resources International

**(L)  Counterparties to Major Contracts**

S&D Holdings LLC

**(M) Major Customers and Vendors**

**Top Customers**

Oasis Petroleum North America
Hess Bakken Investments Ii, LLC
Continental Resources
Indigo Minerals
Vantage Energy
Whiting Oil & Gas Corp.
Sm Energy
Southwestern Energy Company
Chevron
Hess Trading Corporation
XTO Energy
Ascent Resources - Utica LLC
Shell - Swepi, Lp
Exco Resources
Chesapeake Energy Corporation
Oneok Rockies Midstream, LLC
Penntex Ventures LLC
Statoil
EOG Resources, Inc
Samson Resources Corp., Debtor-In-Possession
Nuverra Treatment Center

Lime Rock Resources
Qep Energy Company
Qep/Blt
Ep Energy
Devon
Conoco Phillips
Petro Quest
Power Fuels
Np Resources LLC
Hess Ohio Developments, LLC
Oasis Midstream Services
Denbury Onshore, LLC
Rice Energy Inc.
Hess Nd Pipelines, LLC
Highland Field Services LLC, Sub. of Seneca Res
Comstock
Talisman Energy Usa
Boyd & Company Construction LLC
Cornerstone Natural Resources
Eclipse Resources I, Lp
Chesapeake Operating , Inc. (Pa)
Covey Park Gas LLC
Atlas Energy Group
Newfield Exploration Company
Marathon
Indian Hills Disposal
Oasis Petroleum LLC
Southeast Directional Drilling LLC
Minn-Dak Farmers Cooperative

**Top Vendors**

Comdata Corporation
United Quality Cooperative
Concur Technologies
Wallwork Truck Center
Investors Management Marketing
Hunter Truck Sales & Service, Inc.
Western Area Water Supply Authority
Sun Coast Resources Inc
Cintas Corporation
Warhorse Vacuum Services Llc
Williams Oil & Propane
Gallagher Bassett Services Inc
Panola-Harrison Electric Co-Op
Nd Dept Of Transportation
Chad Hamilton Enterprizes
Northern A-1 Services Kalkaska
Timber Trails Apartments
Feniello Enterprises
Mielke Oil Co.
Environmental Energy Solutions Llc
Continental Broadband Llc
Aqua Terra Water Management Usa Llc
Donnelly Financial Solutions
Mts Enterprises
Ok Tire Store-Minot

Rdo Equipment Co. Inc.
Pine Island Chemical Solutions
Performance Truck
Werts Welding & Tank Service Inc.
Grace Environmental
Tdl Resources Llc
Heart-E Hot Water Llc
Rush Truck
Kln Contractors Llc
Weavertown Environmental Group
Ames Savage Water Solutions, Llc
Topcat Truck Wash
Hutchins Welding And Rental Service Inc
Ihd Liquids Management Llc
Lyden Oil Company
Mckenzie Electric Coop Inc.
Reliable Tire
Horizon-Olson Llc
Peoplenet
French-Ellison Truck Center
Mountrail Williams Electric Coop
Carol Goff
Omnitracs Inc.
Parish of Desoto
Debora Riley, PCC
Caliber Midstream Fresh Water Partners
American Express
Citizens Bank

**(N) Letter of Credit Issuers and Beneficiaries;
Secured Financial Creditors**

Wells Fargo Bank, N.A
Great West Casualty Company
Zurich American Insurance Company
XL Specialty Insurance Company
Scottsdale Kierland Properties, LLC
Texas Railroad Commission

**(O) Joint Venture Partners**

MBI Energy Services

**(P) All Environmental Protection Agencies
(Federal and State) That May Have
Jurisdiction Over Any of the Company's
Properties, Products and Waste Items[1]**

Texas Railroad Commission
Texas Commission on Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Environmental Quality

Louisiana Public Service Commission
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Environmental
Protection
West Virginia Department of Environmental
Protection
Pennsylvania Public Utility Commission
North Dakota Department of Health
North Dakota Industrial Commission, Oil and Gas
Division
North Dakota State Water Commission
Montana Department of Environmental Quality
Montana Board of Oil and Gas
U.S. Environmental Protection Agency
U.S. Department of Labor Occupational Safety and
Health Administration (OSHA)

**(Q) Significant Utilities or Providers of Energy to
the Company (at least $100,000/year)**

AT&T
Deep East Texas Electric Co-Op
Panola-Harrison Electric Co-op
Southwestern Electric Power Company
Montana Dakota Utilities
McKenzie Electric Coop. Inc.
Mountrail Williams Electric Coop.
AEP Ohio – American Electric Power
NETC MDU EXTENSION
ROUGHRIDER ELECTRIC COOP INC.
LOWER YELLOWSTONE RURAL ELEC INC.
(LYREC)
Continental Broadband (Expedient)

**(R) Federal and State Taxing Authorities**

Kathleen Packroni, Tax Collector, Fayette Cty., PA
Albert Gallatin School District, Fayette Cty, PA
AZ Personal Property Tax
La Salle Cty., TX Landfill Property Tax
Dilley, TX ISD Landfill Property Tax
Cotulla, TX Property Tax
McKenzie Cty., ND Treasurer
Golden Valley Cty., ND Treasurer
Ward Cty., ND Auditor/Treasurer
Williams Cty., ND Treasurer/Recorder
Mountrail Cty., ND Treasurer
Stark Cty., ND Auditor
Billings Cty., ND Treasurer
Richland Cty., ND Treasurer
Desoto Parish, LA
Louisiana Dept. of Revenue
Ohio Department of Taxation
Pennsylvania Department of Revenue

---

[1] To be supplemented as appropriate

4

Pointe Coupee Parish, LA
Red River Parish, LA Tax Agency
Sabine Parish, LA
St Helena Parish, LA
Texas Comptroller
Kansas Department of Revenue
Internal Revenue Service
Arizona Department of Revenue
West Virginia State Tax Department
Securities Exchange Commission
City of Louisville, OH
City of East Canton, OH
Regional Income Tax Authority
Village of Cadiz, OH
City of Newton Falls, OH
North Dakota Office of State Tax Commissioner
Arkansas Department of Finance and Administration
Mississippi Department of Revenue
Montana Department of Revenue
New York State Department of Taxation and Finance
Oklahoma Tax Commission
State of California Franchise Tax Board
Industrial Commission of Arizona
Arizona Department of Economic Security
Pennsylvania Department of Labor and Industry
Louisiana Workforce Commission
West Virginia Division of Labor
Texas Workforce Commission
Mississippi Department of Employment Security
U.S. Department of Labor
North Dakota Department of Labor
Montana Department of Labor and Industry
Ohio Department of Commerce
Ohio Department of Job and Family Services
Pennsylvania Department of Labor and Industry
WorkForce West Virginia

**(S)  Significant Creditors**

The Bank of New York Mellon Trust Company, N.A.
9Z'S LLC
Chax Holdings, LLC
Shallenberger Construction Inc.
S&D Holdings, LLC
Shallenberger Enterprises, Inc.
Terrance Shallenberger, Jr.
Keystone Chemical LLC
Wallwork Truck Center
United Quality Cooperative
Twin Falls Oil Service LLC
JH Trucking LLC
Tom & Teds Trucking Inc
Liquid Connection Inc
RDO Equipment Co. Inc.
M & L Fresh Water Service, LLC
Encana Oil & Gas (USA) Inc
Polsinelli P.C.

Tdl Resources LLC
Comdata Corporation
Whiting Oil & Gas Corporation
Hunter Truck Sales & Service, Inc.
CDR Transport Inc
Williams Oil & Propane
Iron Will Transport
Werts Welding & Tank Service Inc.
Continental Broadband LLC
Nickleback Transport Inc
Investors Management Marketing
Wolt Transport Inc
SBT Inc
ICIMS Inc
Cross 10 Energy LLC
IHD Liquids Management LLC
Motion & Flow Control Products Inc.
Sun Coast Resources Inc
RSM US LLP
Groundmetrics Inc.
701 Water LLC
Ciferno Cement Contracting LLC
Ensign Trucking LLC

**(T)  Region 3 U.S. Trustee and Delaware
Bankruptcy Court Personnel**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Natalie Cox
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
David Gerardi
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Michael West
Dion Wynn
Brendan Linehan Shannon
Kevin J. Carey
Kevin Gross
Laurie Selber Silverstein
Christopher S. Sontchi

Mary F. Walrath

**(U) Significant Competitors**

Missouri Basin Well Services
Light Tower Rentals
Rockwater Energy
Select Energy Services
Stallion Oilfield Services
Key Energy Services
Basic Energy Services

**(V) Royalty Vendors**

Charles Ray Lynch
Arnold Bert Gordon
Carol Goff
D&B Hill Special
Grace Environmental
Guevara Investment Partners, LLC
Harvco LLC
John Blazek
John W Gordon
Johnny Lamza
Larry Joe Eaves
Minnie Lou Bagley
Norman & Charlotte Nichols Sr
PFM Greenwood
Pickering Investment Company
Ramsey R Gordon
Raymond C Pander
RCS Saltwater, LLC
RG Karg Development Co
Roger N Root
Beagle Land Company
Bloom Family Mineral Trust
D&P Locken, LLP
Jacobson, James
Johnsrud, Mark
JSBA Inc.
Klein, Allan & Shirley
Klose, Vernon & Karen
Olson, Caroline
Paluck, Doug
Rehak, Dennis & Rhonda
Rink, Delmer & Marceline
Robinson, Sharon
Romo Brothers
Scoop Dore Family LLC
Too Far Farms, LLC
Toussaint, Thomas
Toussaint, William J.
Wahlstrom, Cameron

**(W) Benefit Providers**

Aflac
USAble Life

Unum Life Insurance Company of America
Blue Cross Blue Shield of North Dakota
Wells Fargo Financial Services