# EXHIBIT A

**Sosnick Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x

| | : | |
|---|---|---|
| | : | |
| In re: | : | |
| | : | **Chapter 11** |
| **Nuverra Environmental Solutions, Inc.,** *et al.*,[1] | : | |
| | : | **Case No. 17–10949 (KJC)** |
| **Debtors.** | : | |
| | : | **(Jointly Administered)** |
| | : | |
| | : | |

----------------------------------------------------------------x

**DECLARATION OF FREDRIC SOSNICK IN SUPPORT OF DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF SHEARMAN & STERLING LLP
AS CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Fredric Sosnick, hereby declare under penalty of perjury that the following is

true and correct:

1.      I am an attorney admitted to practice law in the State of New York, the

State of California, and before the United States District Courts for the Southern and Eastern

Districts of New York.  I am a partner in the firm of Shearman & Sterling LLP ("**Shearman &**

**Sterling**"), which maintains its offices at, among other places, 599 Lexington Avenue, New

York, New York 10022.  I am familiar with the matters set forth herein and make this declaration

(this "**Declaration**") in support of the application (the "**Application**") seeking to retain

Shearman & Sterling filed on the date hereof by Nuverra Environmental Solutions, Inc., on

behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases

---

[1]      The Debtors in these cases (including the last four digits of their respective taxpayer identification numbers) are:  Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084).  The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

(collectively, the "**Debtors**"), for entry of an order authorizing the retention and employment of Shearman & Sterling as co-counsel for the Debtors.

2.       Unless otherwise stated, I have personal knowledge of the facts set forth herein.  To the extent that any information disclosed herein requires amendment or modification upon Shearman & Sterling's completion of further analysis or as additional parties-in-interest are identified to me, I will submit a supplemental declaration to the Court.

3.       Except as otherwise disclosed herein, insofar as I have been able to ascertain, neither I, Shearman & Sterling, nor any partner, counsel, or associate of Shearman & Sterling:  (a) represents entities other than the Debtors in connection with the Debtors' chapter 11 cases; (b) has any connections with the Debtors, their creditors, stockholders, or any other party in interest; or (c) holds any interest adverse to the Debtors or their estates.

4.       More specifically, Shearman & Sterling, and, to the best of my knowledge after due inquiry, its partners, counsel, and associates:

(a)       are not creditors, equity security holders, or insiders of the Debtors;

(b)       are not and were not, within three years before the Petition Date, directors, officers, or employees of the Debtors; and

(c)       do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors, or for any other reason.

5.       Accordingly, I submit that Shearman & Sterling is a "disinterested person," as that term is defined in section 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), as modified by section 1107(b) thereof.

**Shearman & Sterling's Prepetition Relationship
with the Debtors and Nature of Retention**

6.      Shearman & Sterling was engaged by Nuverra, the direct or indirect parent of each of the other Debtors in these chapter 11 cases, to provide legal advisory services pursuant to the letter agreement between Nuverra and Shearman & Sterling, dated September 11, 2015, attached as Exhibit C to the Application (the "**Engagement Letter**").  Since that time, Shearman & Sterling has been providing legal services to all of the Debtors.[2]

7.      During its engagement, Shearman & Sterling has developed significant knowledge of the Debtors' businesses and legal affairs and is familiar with the Debtors' capital structure, material agreements, and issues relevant to these chapter 11 cases.  Shearman & Sterling's recent representation of the Debtors has included, among other things, advising the Debtors in negotiations with their major creditor constituencies, and structuring, negotiating, and preparing legal documentation to file these chapter 11 cases.  In providing such extensive prepetition services to the Debtors, Shearman & Sterling's professionals have worked closely with the Debtors' management and have become well acquainted with the Debtors' business, operations, finances, debt structure, and related matters.  Accordingly, Shearman & Sterling has developed significant and unique experience and expertise regarding the Debtors that will allow the effective and efficient provision of legal services throughout these chapter 11 cases.

8.      Shearman & Sterling is not a creditor of the Debtors.  In the approximately one year prior to the commencement of these chapter 11 cases, the Debtors paid $3,068,800.40 to Shearman & Sterling on account of services performed and expenses incurred (the "**Fees and**

---

[2]      The board of directors or managing member, as applicable, of each Debtor, other than Nuverra, authorized Shearman & Sterling, pursuant to resolutions attached to each Debtor's respective chapter 11 petition, to provide legal services to it pursuant to the Engagement Letter.

01:21892561.1

**Expenses**").  The billing and payment history between Shearman & Sterling and the Debtors for Fees and Expenses for the 90 days prior to the commencement of these chapter 11 cases is listed on Schedule I attached hereto.  In addition to payment of Fees and Expenses, Shearman & Sterling received an advance retainer of $400,000 (the "**Retainer**") for professional services to be performed and expenses to be incurred in connection with these chapter 11 cases (which was increased from $250,000 to $400,000 on March 31, 2017).  Prior to the Petition Date, Shearman & Sterling applied a substantial portion of the Retainer to Fees and Expenses.  Shearman & Sterling has not yet completed its final reconciliation of Fees and Expenses applied against the Retainer.  Details regarding such final reconciliation will be included in Shearman & Sterling's first application for interim compensation.

9.      Prior to the Petition Date, a substantial portion of the Retainer was applied to any outstanding balance existing immediately prior to the Petition Date.  After application of amounts for payment of any prepetition professional services and related expenses, the excess amount of the Retainer will be credited to the Debtors and utilized as the Retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by the Court in accordance with the Bankruptcy Code.[3]

10.      I understand that the Debtors have selected Shearman & Sterling to be their bankruptcy co-counsel because of Shearman & Sterling's broad range of experience in reorganization and bankruptcy proceedings.  Over the last several years, Shearman & Sterling has represented debtors, creditors and creditors' committees, institutional lenders, and various other parties-in-interest in numerous bankruptcy cases, including, among others, Westinghouse

---

[3]      Shearman & Sterling has not yet completed its final reconciliation of prepetition fees and expenses applied against the Retainer.  Details regarding such final reconciliation will be included in Shearman & Sterling's first application for interim compensation.

01:21892561.1

Electric Company LLC, Grupo Isolux Corsan, S.A., Energy Future Intermediate Holding Company, RCS Capital Corp., BPS US Holdings Inc., Coldwater Creek Inc., Lupatech S.A., Sabine Oil & Gas Corporation, Cinram, Caesars Entertainment Operating Company, SunEdison, Northshore Mainland Services, Inc., Molycorp, Inc., AMR Corporation, Applied Extrusion Technologies, Asarco LLC, Capmark Financial Group, Inc., Chemtura Corporation, Eastman Kodak Co., Lehman Brothers Holdings Inc., Pilgrim's Pride Corp., Pope & Talbot, Inc., Quebecor World Inc., Remy Worldwide Holdings, Inc., Residential Capital, LLC, Stock Building Supply Holdings, LLC, and Synagro Technologies Inc. Accordingly, Shearman & Sterling has developed significant bankruptcy and reorganization knowledge and expertise that will serve the Debtors well in these chapter 11 cases.

11.    For these reasons, Shearman & Sterling is well qualified to represent the Debtors as bankruptcy counsel.

### Services to Be Rendered

12.    If retained, Shearman & Sterling will render, among others, the following services to the Debtors at their request:

(a)    legal advice with respect to the Debtors' rights and duties as debtors in possession;

(b)    preparation on behalf of the Debtors of all necessary applications, motions, complaints, objections, responses, answers, orders, reports, and other legal papers;

(c)    advice on obtaining debtor in possession financing (and the use of cash collateral) and exit financing, and the terms and conditions of such financing;

(d)    advice regarding the pursuit of confirmation of a chapter 11 plan and approval of the corresponding solicitation procedures and disclosure statement;

01:21892561.1

(e)     attendance at meetings and negotiations with representatives of creditors, equity holders, prospective investors or acquirers, and other parties-in-interest in connection with the above matters;

(g)     appearance before the Court, any appellate courts, and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") to protect the interests of the Debtors;

(h)     provision of general corporate, capital markets, mergers and acquisitions, employment, tax, and litigation advice and other general non-bankruptcy legal services to the Debtors, as required; and

(i)     performance of all other legal services for the Debtors that are necessary and proper in these proceedings.

13.     The Debtors understand that Shearman & Sterling intends to work closely with other professionals retained by the Debtors, including Young Conaway Stargatt & Taylor, LLP ("**YCST**"), to the extent necessary to coordinate representation of the Debtors and to ensure that there is no unnecessary duplication of services performed for or charged to the Debtors' estates.

14.     It is my understanding that the Debtors have sought or intend to seek to retain other professionals to perform specific tasks that are unrelated to the work to be performed by Shearman & Sterling as bankruptcy co-counsel to the Debtors.  Shearman & Sterling intends to work closely with such other professionals retained by the Debtors to ensure that there is no unnecessary duplication of services performed for or charged to the Debtors' estates.  To the extent that issues arise that would cause the Debtors to be adverse to any of Shearman & Sterling's clients, such that it would not be appropriate for Shearman & Sterling to represent the Debtors with respect to such matters, it is my understanding that the Debtors may request that their proposed Delaware bankruptcy co-counsel, YCST, or, in certain instances, the Debtors'

corporate and financial counsel, Squire Patton Boggs (US) LLP ("**Squire**"), represent the Debtors with respect to those matters.[4]

15.     It is also my understanding that the Debtors also have sought to retain Lazard Middle Markets LLC, AP Services, LLC, and Prime Clerk LLC to provide professional services in these cases.  Shearman & Sterling has in the past worked or currently does work with or against these professionals in connection with matters wholly unrelated to these chapter 11 cases.

### Shearman & Sterling Disclosure Procedures

16.     Shearman & Sterling and partners, counsel, and associates of Shearman & Sterling have in the past represented, currently represent, and may in the future represent other entities that are claimants or equity security holders of the Debtors in matters unrelated to the Debtors' chapter 11 cases.  Shearman & Sterling, which employs approximately 850 attorneys in 20 cities worldwide, has a large and diversified legal practice that encompasses the representation of many commercial corporations, financial institutions, and individuals, some of which may be or become claimants or equity security holders in these chapter 11 cases or otherwise have an interest therein.

17.     In preparing this Declaration, I used a set of procedures developed by Shearman & Sterling to ensure compliance with the requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") regarding the retention of professionals by a debtor under the Bankruptcy Code.  Pursuant to those procedures, I performed,

---

[4]     Concurrently herewith, the Debtors will be filing an application to retain YCST under section 327(a) of the Bankruptcy Code, to act as their Delaware bankruptcy co-counsel.  In addition, concurrently herewith, the Debtors will be filing an application to retain Squire under section 327(e) of the Bankruptcy Code.  As stated above, Shearman & Sterling will take the appropriate steps to ensure that there is no unnecessary duplication of efforts by and between YCST, Squire and Shearman & Sterling.

or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Shearman & Sterling's connection to such parties:

(a)    A comprehensive list of the types of entities that have contacts with the Debtors the ("**Interested Parties**") was developed through discussions with Shearman & Sterling attorneys and management of the Debtors, which includes the following and is attached hereto as <u>Schedule II</u>:

      i.    the Debtors;

      ii.    the Debtors' affiliates and non-Debtor subsidiaries;

      iii.    the Debtors' current and former officers and directors for the past three years;

      iv.    the Debtors' lenders and lienholders (including current and former agents under the Debtors' credit facilities and their counsel and financial advisors);

      v.    the Debtors' insurers and brokers;

      vi.    professionals (attorneys, accountants, significant ordinary course professionals and other professionals) used by the Debtors;

      vii.    parties to litigation with the Debtors and their counsel;

      viii.    record holders of 5% or more of the issued and outstanding equity securities of Nuverra;

      ix.    record holders of 5% or more of any outstanding issuance of notes;

      x.    the indenture trustees under the Debtors' debt securities;

      xi.    counterparties to the Debtors' major leases;

      xii.    counterparties to the Debtors' major contracts;

      xiii.    the Debtors' major customers and vendors;

      xiv.    letter of credit issuers and beneficiaries; secured financial creditors

      xv.    joint venture partners;

xvi.    environmental protection agencies (Federal and State) that may have an interest in the Debtors' estates;

xvii.    significant utilities or providers of energy to the Debtors;

xviii.    Federal and State taxing authorities;

xix.    Region 3 U.S. Trustee and Delaware Bankruptcy Court personnel;

xx.    significant competitors;

xxi.    Royalty vendors; and

xxii.    benefit providers

(b)    Shearman & Sterling compared the Interested Parties to the names in Shearman & Sterling's conflict clearance database (the "**Client Database**").  The Client Database includes the name of each current or former client and their respective known affiliates, the name of the parties who are or were related or adverse to such current or former client, and the names of the Shearman & Sterling personnel who are or were responsible for current or former matters for such client.

(c)    Any matches between the Client Database and the Interested Parties were identified on a list (the "**Client List**"), together with the names of the respective Shearman & Sterling personnel responsible for current or former matters for the entities on the Client List.

(d)    I then reviewed, or caused an attorney under my supervision to review, the Client List and deleted obvious name coincidences and individuals or entities that were adverse to Shearman & Sterling in both this matter and the matter referenced on the Client List.  The remaining client connections with regard to which Shearman & Sterling had represented the client were compiled for purposes of this Declaration.

(e)    In addition, a general inquiry to all Shearman & Sterling attorneys was sent by electronic mail to determine whether (i) any such individual or immediate family member holds any claim against, or stock of, the Debtors, and (ii) any such individual ever was employed by the Debtors.

18.    It should be noted that Shearman & Sterling has a long-standing policy prohibiting all lawyers and support staff from using confidential information that may come to

their attention in the course of their work.  In this regard all personnel are barred from trading in securities with respect to which they possess confidential information.

### **Shearman & Sterling's Connections with Interested Parties**

19.     I have reviewed, or caused an attorney under my supervision to review, the Client List and have determined that, in respect of each connection between Shearman & Sterling and such party, Shearman & Sterling:  (a) does not hold or represent an interest that is adverse to the Debtors or their estates with respect to the matters on which Shearman & Sterling is being employed; and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) thereof.

20.     Shearman & Sterling has identified the client connections disclosed below. The connections are categorized as follows:  (a) Interested Parties that Shearman & Sterling currently represents, and may in the future represent, in matters wholly unrelated to these chapter 11 cases; (b) Interested Parties whose affiliates are, or may be, represented by Shearman & Sterling, or which may be represented by Shearman & Sterling in the future in matters wholly unrelated to these chapter 11 cases; and (c) Interested Parties who either are former clients, or whose affiliates are former clients, that Shearman & Sterling has represented in the past, and may represent in the future, in matters wholly unrelated to these chapter 11 cases.

21.     Shearman & Sterling currently represents, and may in the future represent, in matters wholly unrelated to these chapter 11 cases the parties listed below (as well as certain affiliates of such parties):[5]

- Professionals: KPMG LLP.

---

[5]     Certain Interested Parties listed in paragraphs 21 through 23 of this Declaration may appropriately be listed in more than one of the categories of interested parties set forth in such paragraphs.  To avoid duplication, I have listed each such Interested Party in only one applicable category.

- <u>Significant Lenders and Lienholders</u>: Wells Fargo Bank, National Association ("**Wells Fargo**"),[6] Bank of America, N.A.

- <u>Holder of 5% or More of Outstanding Equity Securities of Nuverra</u>: Senvest Management, LLC.

- <u>Insurers</u>: Tokio Marine HCC, AIG.

- <u>Major Customers and Vendors</u>: Indigo Minerals, Atlas Energy Group.

- <u>Parties to Litigation</u>: Advanced Disposal LLC.

22.     In addition, Shearman & Sterling currently represents, or may represent, and may in the future represent, in matters wholly unrelated to these chapter 11 cases, clients who are, or may be, affiliates of the following Interested Parties:

- <u>Benefit Providers</u>: Wells Fargo Financial Services.

- <u>Debtors' Restructuring Advisors</u>: Alix Partners, LLP, AP Services, LLC.

- <u>Indenture Trustee</u>: Wilmington Trust, National Association.

- <u>Insurers:</u> Lexington Insurance Company, Commerce & Industry Insurance Company, National Union Fire Insurance Company (AIG), Zurich, Steadfast Insurance Co.

- <u>Major Customers and Vendors</u>: Shell – Swepi, LP, Citizens Bank.

---

[6]     Shearman & Sterling requested and received a conflict waiver from Wells Fargo, pursuant to which Shearman & Sterling agreed:

- to take all steps necessary to insure that no person presently working on matters on behalf of Wells Fargo will work on the Restructuring, and that no person who works on the Restructuring will have access to any Wells Fargo files or documents, or any information contained in those files or documents;
- not to participate in any manner in any challenge to the amount, allowance, validity, priority, perfection, or extent of liens or claims asserted or held by Wells Fargo; and
- not to commence, render legal advice respecting or otherwise participate in any litigation which seeks or would seek to recover funds from Wells Fargo whether by direct payment from Wells Fargo, setoff, recoupment, counterclaim or any other means.

- <u>Parties to Litigation</u>: Shell Oil and Gas Company, PACCAR, Inc. d/b/a Peterbilt Motor Company.

- <u>Professionals</u>: Lazard Middle Markets LLC.

- <u>Record Noteholders Holding 5% or more of any Outstanding Issuance of Notes of the Debtors</u>: Phoenix Investment Adviser LLC.

- <u>Significant Lenders and Lienholders</u>: Citizens Bank of Pennsylvania, Capital One Business Credit Corp., CIT Finance LLC, Banc of America Credit Products, Inc.; RBS Citizens, NA, National Union Fire Insurance Company (AIG).

23.     Shearman & Sterling has represented in the past in matters wholly unrelated to these chapter 11 cases, the following Interested Parties or affiliates thereof, which it may represent in the future:

- <u>Counterparties to Major Leases</u>: Paccar Financial.

- <u>Indenture Trustees</u>: The Bank of New York Mellon Trust Company, N.A.

- <u>Insurers</u>: Mid Continent Casualty Company, Federal Insurance Company (Chubb), Allied World National Assurance Company, Nationwide, Chubb.

- <u>Letter of Credit Issuers</u>: Great West Casualty Company, Zurich American Insurance Company.

- <u>Major Customers and Vendors</u>: Chevron, Statoil, Comstock, Talisman Energy, USA, Marathon, Keystone Chemical LLC, Encana Oil & Gas (USA) Inc., CDR Transport Inc.

- <u>Professionals</u>: American Stock Transfer & Trust Company, Fried Frank, Harris, Shriver & Jacobson LLP, Ropes & Gray LLP.

- <u>Significant Ordinary Course Professionals & Other Professionals</u>: RSM US LLP, RSM McGladrey, Inc.

- <u>Top Vendors</u>: American Express.

- <u>Utilities</u>: AT&T.

24.    To the best of my knowledge and information, the fees for any one (or group, in the case of affiliated entities) of the entities listed in paragraphs 21 through 23 above did not exceed 1% of Shearman & Sterling's gross revenue in 2016, except for Wells Fargo, N.A. and its affiliates and Bank of America, N.A. and its affiliates.[7]

25.    As part of its practice, Shearman & Sterling appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, real estate consultants, and investment bankers, some of which may represent claimants and parties-in-interest in these chapter 11 cases.   In certain instances, such professionals may be direct clients of Shearman & Sterling.   In addition, Shearman & Sterling in the past has appeared, and currently appears, in matters in which Shearman & Sterling represents the same entity, a related entity, or an entity adverse to those represented by other professionals that the Debtors seek to retain in connection with these chapter 11 cases.   Shearman & Sterling occasionally represents committees in bankruptcy and restructuring matters, and Shearman & Sterling's clients in those unrelated engagements may have represented certain of the Interested Parties.   Shearman & Sterling does not presently, has not in the past, and will not in the future, represent such entities in connection with these chapter 11 cases, and Shearman & Sterling does not have any relationship with any such entity, lawyer, or accountant that would be adverse to the Debtors or their respective estates.

26.    The Debtors collectively have numerous suppliers, vendors, service providers, employees, creditors, and other Interested Parties in these chapter 11 cases.   I periodically review, and will continue to periodically review, potential conflicts.   If I learn that

---

[7]    Wells Fargo, N.A. and its affiliates represented approximately 1.2% of Shearman & Sterling's gross 2016 revenues.  Bank of America, N.A., and its affiliates represented approximately 3% of Shearman & Sterling's 2016 gross revenues.

Shearman & Sterling has a relationship with, or has represented, a party in interest in these chapter 11 cases, I will supplement this Declaration immediately and promptly notify the U.S. Trustee.

27.     I submit that none of the representations described in paragraphs 21 through 23 above have resulted, or will result, in an interest of Shearman & Sterling adverse to the Debtors or their estates with respect to the matters on which Shearman & Sterling is to be retained, and that Shearman & Sterling is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) thereof.

### Shearman & Sterling's Rates and Billing Practices

28.     Shearman & Sterling categorizes its billings by subject matter.  Shearman & Sterling agrees to charge, and the Debtors have agreed to pay, subject to the Court's approval in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Shearman & Sterling's customary hourly rates and its customary reimbursements as charged to bankruptcy and non-bankruptcy clients.

29.     Shearman & Sterling did not agree to any variations from, or alternatives to, its standard or customary billing arrangements.  Additionally, no Shearman & Sterling professionals included in this engagement with the Debtors vary their rates based on the geographic location of their practice or these chapter 11 cases.

30.     As of the Petition Date, Shearman & Sterling's rates, which are adjusted from time to time include the following ranges and amounts: $925 to $1,500 for partners, from $915 to $1,135 for counsel, from $325 to $995 for associates, and from $215 to $430 for legal assistants.  Shearman & Sterling's hourly rates vary with the experience and seniority of the

individuals assigned.   The hourly rates Shearman & Sterling charged the Debtors in the prepetition period are the same as the hourly rates Shearman & Sterling will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions. As described in the declaration of Joseph M. Crabb (the "**Client Declaration**"), attached hereto as Exhibit B, the Debtors have undertaken certain steps to ensure that the rate structure provided by Shearman & Sterling is appropriate and is not significantly different from (a) the rates that Shearman & Sterling charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Shearman & Sterling will perform in these chapter 11 cases.   Furthermore, the Debtors have approved Shearman & Sterling's prospective budget and staffing plan for the three-month period beginning on the Petition Date.   The budget may be amended as necessary to reflect changed or unanticipated developments.

31.     Shearman & Sterling customarily is reimbursed for all expenses it incurs in connection with its representation of a client in a given matter.   Those expenses include, without limitation, travel, telecommunications, express mail, messenger service, document reproduction, document processing, temporary employment of additional staff, overtime meals, Lexis and Westlaw fees, court fees, transcript costs and, in general, all identifiable expenses that would not have been incurred but for the representation of a particular client.   To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time Shearman & Sterling utilizes the services of overtime secretaries.   Shearman & Sterling charges fees for these services pursuant to the Engagement Letter, which permits Shearman & Sterling to bill the Debtors for overtime secretarial charges that arise out of business necessity.

32.     Shearman & Sterling acknowledges that all amounts paid to Shearman & Sterling during these chapter 11 cases are subject to final allowance by the Court.  In the event that any fees or expenses paid to Shearman & Sterling during these chapter 11 cases are disallowed by the Court, the fees and expenses will be disgorged by Shearman & Sterling and returned to the Debtors or as otherwise ordered by the Court.

33.     No agreement exists, and no agreement will be made, to share any compensation received by Shearman & Sterling for its services to the Debtors with any other person or firm.

34.     The foregoing constitutes the statement of Shearman & Sterling pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1.

35.     By reason of the foregoing, I believe that Shearman & Sterling is eligible for employment and retention by the Debtors pursuant to section 327(a) of the Bankruptcy Code, the applicable Bankruptcy Rules and the Local Rules.

36.     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: New York, New York
       May 10, 2017

                                        SHEARMAN & STERLING LLP

                                        By: Fredrick Sosnick
                                        Name: Fredrick Sosnick
                                        Title:   Partner

## Schedule I to Sosnick Declaration

### Billing and Payment History of the Debtors

#### RESTRUCTURING

| Invoice Number | Date of Invoice | Amount of Invoice | Date Paid | Amount Paid |
|---|---|---|---|---|
| 5601324 | 02/03/2017 | $168,829.05 | 02/22/2017 | $168,829.05 |
| 5602603 | 02/24/2017 | $164,805.03 | 03/22/2017 | $164,805.03 |
| 5604628 | 03/22/2017 | $203,963.13 | 03/31/2017 | $203,963.13 |
| 5605410 | 03/31/2017 | $230,000.00* | 03/31/2017 | $230,000.00* |
| 5605590 | 04/06/2017 | $ 77,123.06 | 04/21/2017 | $ 77,123.06 |
| 5606621 | 04/17/2017 | $206,895.39 | 04/21/2017 | $206,895.39 |
| 5606965 | 04/24/2017 | $220,707.35 | 04/26/2017 | $220,707.35 |
| 5607570 | 04/28/2017 | $339,594.55 | 04/28/2017 | $339,594.55 |

* Excludes an additional retainer payment of $150,000, which was invoiced and received on March 31, 2017.

# Schedule II to Sosnick Declaration

# List of Interested Parties

**(A)  The Debtors**

**Debtor Entities**

Nuverra Environmental Solutions, Inc.
Appalachian Water Services, LLC
Badlands Leasing, LLC
Badlands Power Fuels, LLC (DE)
Badlands Power Fuels, LLC (ND)
Heckmann Water Resources Corporation
Heckmann Water Resources (CVR), Inc.
Heckmann Woods Cross, LLC
HEK Water Solutions, LLC
Ideal Oilfield Disposal, LLC
Landtech Enterprises, L.L.C.
NES Water Solutions, LLC
Nuverra Total Solutions, LLC
1960 Well Services, LLC

**Trade Names & Aliases**

Nuverra Environmental Solutions
Nuverra
BPFEnergy, LLC
HWR
Complete Vacuum and Rental, Inc.
Excalibur Energy Services, Inc.

**(B)  Affiliates and Non-Debtor Subsidiaries**

Dodge Water Depot, LLC
Nuverra Rocky Mountain Pipeline, LLC
China Water and Drinks, Inc.

**(C)  Current and Former Officers and Directors
     (For the Past 3 Years)**

Mark D. Johnsrud
Robert B. Simonds, Jr.
Joseph M. Crabb
Lawrence W. Strohmaier
Daniel Pon
Liz Merritt
Stacy W. Hilgendorf
Kevin Klann
William M. Austin
Edward A. Barkett
Tod C. Holmes
R. Dan Nelson
Dr. Alfred E. Osborne, Jr.
J. Danforth Quayle

Gregory J. Heinlein
W. Christopher Chisholm
Andrew D. Siedel
Jay C. Parkinson
Kevin L. Spence
Richard J. Heckmann
Lou L. Holtz
Charles R. Gordon
Robert D. Albergotti

**(D)  Significant Lenders and Lienholders**

Wells Fargo Bank, N.A.
Bank of America, N.A.
RBS Citizens, N.A.
Citizens Bank of Pennsylvania
Capital One Business Credit Corp.
CIT Finance LLC
Banc of America Credit Products, Inc.
Wilmington Savings Fund Society, FSB
Ascribe II Investments LLC
Ascribe III Investments LLC
ECF Value Fund, LP
ECF Value Fund II, LP
ECF Value Fund International Master, LP

**(E)  Insurers and Brokers**

Kinsale Insurance Company
Great West Casualty Company
Mid Continent Casualty Company
Lexington Insurance Company
North American Elite Insurance Company
XL Specialty Insurance Company
Commerce & Industry Insurance Company
Starr Indemnity & Liability Insurance Company
Ironshore Indemnity Inc.
National Union Fire Insurance Company (AIG)
Federal Insurance Company (Chubb)
Argonaut Insurance Company
US Specialty Insurance Company (HCC)
RSUI Indemnity Company
Freedom Specialty Insurance Company
Allied World National Assurance Company
Lockton Companies
Lahr Agency
North Dakota Workforce Safety & Insurance
Ohio Bureau of Workers Compensation
Lexon Insurance Company
Nationwide

01:21892561.1

3

CRC Swett
Tokio Marine HCC
XL Specialty Insurance Company (XL)
AIG
CHUBB
SEITZ INSURANCE AGENCY
James River Insurance
Zurich
First Insurance Funding
First Specialty Insurance Corporation
RT Specialty Group
Steadfast Insurance Company
Endurance American Specialty Insurance Company
Aspen Specialty Insurance Company

**(F) Professionals**

**Debtors' Restructuring Professionals**
AlixPartners, LLP
AP Services, LLC
Shearman & Sterling LLP
Young Conaway Stargatt & Taylor, LLP
Lazard Middle Markets LLC
Prime Clerk

**Other Restructuring Professionals**
Fried, Frank, Harris, Shriver & Jacobson LLP
Goldberg Kohn Ltd.
Conway MacKenzie, Inc.
Ropes & Gray LLP
Morrison & Foerster LLP

**Significant Ordinary Course Professionals &
Other Professionals**
American Stock Transfer & Trust Company
Pearl Meyer & Partners
KPMG LLP
Hein & Associates LLP
Squire Patton Boggs (US) LLP
Kuhn Consulting, Inc.
Polsinelli P.C.
Fenix Financial Forensics LLC
Donnelly Financial Solutions
Snell & Wilmer L.L.P.
RSM US LLP
RSM McGladrey, Inc.

**(G) Parties to Litigation and Their Counsel**

Veronica Hernandez Garcia
Manuel Sanchez
Humberto J. Machado Zingg
Key Energy Services, LLC.
Shell Oil and Gas Company
Louisiana Department of Environmental Quality
In Re Nuverra Environmental Solutions, Inc. Federal
    Securities Class Action Plaintiffs

Terry Dickey
Devin International, Inc.
Greene's Energy Group, LLC
Greene's Energy Group International, LLC
Pipe Pros, Inc.
PP Holdco, Inc.
Pipe Pros, LLC
Eric Schaffer
Wade Keifer
Oneok Rockies Midstream, LLC
Oneok Partners, L.P.
Douglas Bedford, Jr.
Angela Bedford
Armstrong Hot Water, Inc.
Varnum LLP – Ron DeWaard
HDH Land & Timber, L.P.
Peterbilt of Lafayette, LLC
Taylor, Porter, Brooks & Phillips L.L.P.
Gabriel De La Vega
Wayne P. Perdue
Barnes & Thornburg LLP – Tina Syring
Lazar Kostovski
Patrick Johnston
Denzil Deuley
Judge Kostura & Putnman, P.C.
Pringle & Herigstad, P.C.
Crowley Fleck
Advanced Disposal LLC
Kentucky Department of Public Health
C&C Backhoe Service LLC
Clearwater Shale Services LLC
Daniel Daniluk, LLC
Osie D. Gilbert
Equal Employment Opportunity Commission
Dorsey & Whitney LLP
9Z's LLC
Chax Holdings, LLC
Anderson Bottrell Sanden & Thompson
Deck Jones
Joseph P. Novak, Esq.
Brenna Law Firm, PLLC
North Dakota Department of Labor and Human
    Rights
Robbins Arroyo LLP
PACCAR, Inc. d/b/a Peterbilt Motor Company
Westport Power, Inc.
Cotton Schmidt & Abbott L.L.P.
Stradling Yocca Carlson & Rauth, P.C.
Alexandra C. Christopher
Michael R. Clemens
Bordas and Bordas Attorneys, PLLC

**(H) Holders of 5% or More of Any Outstanding Equity Securities of the Company**

Mark D. Johnsrud and affiliates

Ascribe Capital LLC
Ascribe III Investments LLC
American Securities LLC
Gates Capital Management, L.P.
Gates Capital Management GP, LLC
Gates Capital Management, Inc.
Jeffrey L. Gates

**(I) Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company**

Ascribe Capital LLC
Gates Capital Management, Inc.
Phoenix Investment Adviser LLC

**(J) Indenture Trustees**

The Bank of New York Mellon Trust Company, N.A.
Wilmington Savings Fund Society, FSB
Wilmington Trust, N.A.

**(K) Counterparties to Major Leases**

Scottsdale Kierland Properties, LLC
Shallenberger Construction Inc.
Skywater Development, LLC.
PACCAR Financial
Automotive Resources International

**(L) Counterparties to Major Contracts**

S&D Holdings LLC

**(M) Major Customers and Vendors**
**Top Customers**

Oasis Petroleum North America
Hess Bakken Investments Ii, LLC
Continental Resources
Indigo Minerals
Vantage Energy
Whiting Oil & Gas Corp.
Sm Energy
Southwestern Energy Company
Chevron
Hess Trading Corporation
XTO Energy
Ascent Resources - Utica LLC
Shell - Swepi, Lp
Exco Resources
Chesapeake Energy Corporation
Oneok Rockies Midstream, LLC
Penntex Ventures LLC
Statoil

EOG Resources, Inc
Samson Resources Corp., Debtor-In-Possession
Nuverra Treatment Center
Lime Rock Resources
Qep Energy Company
Qep/Blt
Ep Energy
Devon
Conoco Phillips
Petro Quest
Power Fuels
Np Resources LLC
Hess Ohio Developments, LLC
Oasis Midstream Services
Denbury Onshore, LLC
Rice Energy Inc.
Hess Nd Pipelines, LLC
Highland Field Services LLC, Sub. of Seneca Res
Comstock
Talisman Energy Usa
Boyd & Company Construction LLC
Cornerstone Natural Resources
Eclipse Resources I, Lp
Chesapeake Operating , Inc. (Pa)
Covey Park Gas LLC
Atlas Energy Group
Newfield Exploration Company
Marathon
Indian Hills Disposal
Oasis Petroleum LLC
Southeast Directional Drilling LLC
Minn-Dak Farmers Cooperative

**Top Vendors**

Comdata Corporation
United Quality Cooperative
Concur Technologies
Wallwork Truck Center
Investors Management Marketing
Hunter Truck Sales & Service, Inc.
Western Area Water Supply Authority
Sun Coast Resources Inc
Cintas Corporation
Warhorse Vacuum Services LLC
Williams Oil & Propane
Gallagher Bassett Services Inc
Panola-Harrison Electric Co-Op
Nd Dept Of Transportation
Chad Hamilton Enterprizes
Northern A-1 Services Kalkaska
Timber Trails Apartments
Feniello Enterprises
Mielke Oil Co.
Environmental Energy Solutions LLC
Continental Broadband LLC

Aqua Terra Water Management Usa LLC
Donnelly Financial Solutions
Mts Enterprises
Ok Tire Store-Minot
Rdo Equipment Co. Inc.
Pine Island Chemical Solutions
Performance Truck
Werts Welding & Tank Service Inc.
Grace Environmental
Tdl Resources LLC
Heart-E Hot Water LLC
Rush Truck
KLN Contractors LLC
Weavertown Environmental Group
Ames Savage Water Solutions, LLC
Topcat Truck Wash
Hutchins Welding And Rental Service Inc
Ihd Liquids Management LLC
Lyden Oil Company
Mckenzie Electric Coop Inc.
Reliable Tire
Horizon-Olson LLC
Peoplenet
French-Ellison Truck Center
Mountrail Williams Electric Coop
Carol Goff
Omnitracs Inc.
Parish of Desoto
Debora Riley, PCC
Caliber Midstream Fresh Water Partners
American Express
Citizens Bank
The Bank of New York Mellon Trust Company, N.A.
9Z'S LLC
Chax Holdings, LLC
Shallenberger Construction Inc.
S&D Holdings, LLC
Shallenberger Enterprises, Inc.
Terrance Shallenberger, Jr.
Keystone Chemical LLC
Wallwork Truck Center
United Quality Cooperative
Twin Falls Oil Service LLC
JH Trucking LLC
Tom & Teds Trucking Inc
Liquid Connection Inc
RDO Equipment Co. Inc.
M & L Fresh Water Service, LLC
Encana Oil & Gas (USA) Inc
Polsinelli P.C.
Tdl Resources LLC
Comdata Corporation
Whiting Oil & Gas Corporation
Hunter Truck Sales & Service, Inc.
CDR Transport Inc
Williams Oil & Propane

Iron Will Transport
Werts Welding & Tank Service Inc.
Continental Broadband LLC
Nickleback Transport Inc
Investors Management Marketing
Wolt Transport Inc
SBT Inc
ICIMS Inc
Cross 10 Energy LLC
IHD Liquids Management LLC
Motion & Flow Control Products Inc.
Sun Coast Resources Inc
RSM US LLP
Groundmetrics Inc
701 Water LLC
Ciferno Cement Contracting, LLC
Ensign Trucking LLC

**(N) Letter of Credit Issuers and Beneficiaries; Secured Financial Creditors**

Wells Fargo Bank, N.A
Great West Casualty Company
Zurich American Insurance Company
XL Specialty Insurance Company
Scottsdale Kierland Properties, LLC
Texas Railroad Commission

**(O) Joint Venture Partners**

MBI Energy Services

**(P) All Environmental Protection Agencies (Federal and State) That May Have Jurisdiction Over Any of the Company's Properties, Products and Waste Items[1]**

Texas Railroad Commission
Texas Commission on Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Environmental Quality
Louisiana Public Service Commission
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Environmental Protection
West Virginia Department of Environmental Protection
Pennsylvania Public Utility Commission
North Dakota Department of Health
North Dakota Industrial Commission, Oil and Gas Division
North Dakota State Water Commission
Montana Department of Environmental Quality
Montana Board of Oil and Gas

---

[1] To be supplemented as appropriate

U.S. Environmental Protection Agency
U.S. Department of Labor Occupational Safety and
    Health Administration (OSHA)

**(Q) Significant Utilities or Providers of Energy to
the Company (at least $100,000/year)**

AT&T
Deep East Texas Electric Co-Op
Panola-Harrison Electric Co-op
Southwestern Electric Power Company
Montana Dakota Utilities
McKenzie Electric Coop. Inc.
Mountrail Williams Electric Coop.
AEP Ohio – American Electric Power
NETC MDU EXTENSION
ROUGHRIDER ELECTRIC COOP INC.
LOWER YELLOWSTONE RURAL ELEC INC.
    (LYREC)
Continental Broadband (Expedient)

**(R) Federal and State Taxing Authorities**

Kathleen Packroni, Tax Collector, Fayette Cty., PA
Albert Gallatin School District, Fayette Cty, PA
AZ Personal Property Tax
La Salle Cty., TX Landfill Property Tax
Dilley, TX ISD Landfill Property Tax
Cotulla, TX Property Tax
McKenzie Cty., ND Treasurer
Golden Valley Cty., ND Treasurer
Ward Cty., ND Auditor/Treasurer
Williams Cty., ND Treasurer/Recorder
Mountrail Cty., ND Treasurer
Stark Cty., ND Auditor
Billings Cty., ND Treasurer
Richland Cty., ND Treasurer
Desoto Parish, LA
Louisiana Dept. of Revenue
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pointe Coupee Parish, LA
Red River Parish, LA Tax Agency
Sabine Parish, LA
St Helena Parish, LA
Texas Comptroller
Kansas Department of Revenue
Internal Revenue Service
Arizona Department of Revenue
West Virginia State Tax Department
Securities Exchange Commission
City of Louisville, OH
City of East Canton, OH
Regional Income Tax Authority
Village of Cadiz, OH
City of Newton Falls, OH
North Dakota Office of State Tax Commissioner

Arkansas Department of Finance and Administration
Mississippi Department of Revenue
Montana Department of Revenue
New York State Department of Taxation and Finance
Oklahoma Tax Commission
State of California Franchise Tax Board
Industrial Commission of Arizona
Arizona Department of Economic Security
Pennsylvania Department of Labor and Industry
Louisiana Workforce Commission
West Virginia Division of Labor
Texas Workforce Commission
Mississippi Department of Employment Security
U.S. Department of Labor
North Dakota Department of Labor
Montana Department of Labor and Industry
Ohio Department of Commerce
Ohio Department of Job and Family Services
Pennsylvania Department of Labor and Industry
WorkForce West Virginia

**(S) Region 3 U.S. Trustee and Delaware
Bankruptcy Court Personnel**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Natalie Cox
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
David Gerardi
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Michael West
Dion Wynn
Brendan Linehan Shannon
Kevin J. Carey
Kevin Gross
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath
Brya Keilson

**(T) Significant Competitors**

Missouri Basin Well Services
Light Tower Rentals
Rockwater Energy
Select Energy Services
Stallion Oilfield Services
Key Energy Services
Basic Energy Services

**(U) Royalty Vendors**

Charles Ray Lynch
Arnold Bert Gordon
Carol Goff
D&B Hill Special
Grace Environmental
Guevara Investment Partners, LLC
Harvco LLC
John Blazek
John W Gordon
Johnny Lamza
Larry Joe Eaves
Minnie Lou Bagley
Norman & Charlotte Nichols Sr
PFM Greenwood
Pickering Investment Company
Ramsey R Gordon
Raymond C Pander
RCS Saltwater, LLC

RG Karg Development Co
Roger N Root
Beagle Land Company
Bloom Family Mineral Trust
D&P Locken, LLP
Jacobson, James
Johnsrud, Mark
JSBA Inc.
Klein, Allan & Shirley
Klose, Vernon & Karen
Olson, Caroline
Paluck, Doug
Rehak, Dennis & Rhonda
Rink, Delmer & Marceline
Robinson, Sharon
Romo Brothers
Scoop Dore Family LLC
Too Far Farms, LLC
Toussaint, Thomas
Toussaint, William J.
Wahlstrom, Cameron

**(V) Benefit Providers**

Aflac
USAble Life
Unum Life Insurance Company of America
Blue Cross Blue Shield of North Dakota
Wells Fargo Financial Services