# EXHIBIT B

## Client Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 :
                                                                 :
In re:                                                           :
                                                                 :    Chapter 11
Nuverra Environmental Solutions, Inc., et al.,¹                  :
                                                                 :    Case No. 17–10949 (KJC)
                Debtors.                                         :
                                                                 :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x
```

### DECLARATION OF JOSEPH M. CRABB IN SUPPORT
### OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE
### RETENTION AND EMPLOYMENT OF
### SHEARMAN & STERLING LLP AS CO-COUNSEL FOR THE DEBTORS
### *NUNC PRO TUNC* TO THE PETITION DATE

I, Joseph M. Crabb, Executive Vice President and Chief Legal Officer of Nuverra Environmental Solutions, Inc. being duly sworn, state the following under penalty of perjury:

1. I am the Executive Vice President and Chief Legal Officer of Nuverra Environmental Solutions, Inc. located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

2. I submit this declaration (the "**Declaration**") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Co-counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*

---

[1] The Debtors in these cases (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

(the "**Application**").² Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

### The Debtors' Selection of Counsel

3. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4. The review process utilized by the Debtors here assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings. In September 2015, Nuverra, the 100% direct or indirect parent of 100% of each of the other Debtors in these chapter 11 cases, engaged Shearman & Sterling to advise the Debtors in connection with a potential recapitalization transaction. Since that time, Shearman & Sterling has continued to advise the Debtors with respect to various recapitalization, restructuring and contingency planning issues, including both potential in-court and out-of-court strategies.³

5. Accordingly, during its engagement, I believe that Shearman & Sterling became familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe that for this reason, as well as Shearman & Sterling's extensive experience in corporate reorganizations, both out-of-court and

---

2     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3     The board of directors or managing member, as applicable, of each Debtor, other than Nuverra, authorized Shearman & Sterling, pursuant to resolutions attached to each Debtor's respective chapter 11 petition, to provide legal services to it pursuant to the Engagement Letter.

under chapter 11 of the Bankruptcy Code, Shearman & Sterling is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner. Thus, the Debtors decided to retain Shearman & Sterling as the Debtors' bankruptcy counsel during these chapter 11 cases.

### Rate Structure

6. In my capacity as Chief Legal Officer of Nuverra, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Shearman & Sterling has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Shearman & Sterling charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Shearman & Sterling, and can confirm that the rates Shearman & Sterling charged the Debtors in the prepetition period are the same as the rates Shearman & Sterling will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions.

### Cost Supervision

7. The Debtors have approved Shearman & Sterling's prospective budget and staffing plan for the three-month period beginning on the Petition Date, recognizing that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Shearman & Sterling. The budget may be amended as necessary to reflect changed or unanticipated developments. The Debtors further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases. The Debtors will continue to review the invoices that Shearman & Sterling regularly

submits, and, together with Shearman & Sterling, periodically amend the budget and staffing plans, as the case develops.

8. As Executive Vice President and Chief Legal Officer of Nuverra Environmental Solutions, Inc., I will continue to supervise the applicant's fees and expenses and manage costs. To this end, the budget will provide guidance on the amount of time involved and the level of the attorneys and professionals that will work on various matters, as well as projections of average hourly rates for the attorneys and professionals for various matters.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Phoenix, Arizona
       May 10, 2017

Nuverra Environmental Solutions, Inc., on behalf of itself and its affiliated Debtors and Debtors in Possession

By: /s/ Joseph M. Crabb
Name:   Joseph M. Crabb
Title:    Executive Vice President and Chief Legal Officer of Nuverra