# EXHIBIT D

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
: 
**In re:** :
: Chapter 11
**Nuverra Environmental Solutions, Inc., *et al.*,**[1] :
: Case No. 17–10949 (KJC)
**Debtors.** :
: (Jointly Administered)
: 
: RE: Docket No. __
: 
---------------------------------------------------------------x

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SHEARMAN & STERLING LLP AS CO-COUNSEL FOR DEBTORS
*NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "**Application**")[2] of Nuverra Environmental Solutions, on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), for an order (this "**Order**") authorizing the Debtors to retain and employ Shearman & Sterling as co-counsel for the Debtors, as described in detail in the Application, the declaration of Fredric Sosnick (the "**Sosnick Declaration**") attached to the Application as Exhibit A, the declaration of Joseph M. Crabb (the "**Client Declaration**") attached to the Application as Exhibit B, and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of

---

[1] The Debtors in these cases (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

01:21892561.1

February 29, 2012; and it appearing that venue of these chapter 11 cases and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that Shearman & Sterling is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and this Court having further determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Application has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED as set forth herein.

2.    Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, each of the Debtors, as debtors and debtors in possession, is authorized to employ and retain Shearman & Sterling as its co-counsel under a retainer as described in the Application, the Sosnick Declaration, the Client Declaration, and the Engagement Letter attached as <u>Exhibit C</u> to the Application, to perform the services as set forth in the Application and the Sosnick Declaration, effective as of the Petition Date.

3.    Shearman & Sterling shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and such other orders as this Court may direct, including, without limitation, any order of this Court establishing

procedures for interim compensation and reimbursement of professionals retained in these chapter 11 cases.

   4. Shearman & Sterling shall file the budgets approved by the Debtors for the applicable billing period with its interim and final applications.

   5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

   6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

   7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
   May _____, 2017

                _____
                KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE