# EXHIBIT A

**Morgan Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
:
:
**In re:**                                                                  :    Chapter 11
:
**Nuverra Environmental Solutions, Inc., *et al.*,**[1]    :    Case No. 17–10949 (KJC)
:
                        **Debtors.**              :    (Jointly Administered)
:
---------------------------------------------------------------------x

**DECLARATION OF PAULINE K. MORGAN IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

      I, Pauline K. Morgan, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

      1.    I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**" or the "**Firm**"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the States of Delaware, New York, Pennsylvania, and New Jersey, as well as in the United States Court of Appeals for the Third Circuit and in the United States District Courts for the District of Delaware, the Southern District of New York, the Eastern, Middle and Western Districts of Pennsylvania, and the District of New Jersey. I submit this declaration in support of *Debtors' Application for an*

---

[1]    The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), , Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

*Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "**Application**").[2]

2. Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in these cases (collectively, the "**Interested Parties**").[3]

3. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other parties-in-interest herein, except as stated below:

  a. In recent weeks and months, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting these cases.

  b. The Debtors have sought or will seek to retain: Shearman & Sterling as bankruptcy co-counsel; Lazard Middle Market LLC as investment banker; Squire Patton Boggs (US) LLP as special counsel; and Prime Clerk as claims, noticing, and administrative agent in these chapter 11 cases. The Debtors have sought to employ AP Services, LLC to provide interim management and restructuring services. Young Conaway has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to these chapter 11 proceedings.

  c. Young Conaway has previously represented the following parties, or affiliates of the following parties, who may be Interested Parties, in matters wholly unrelated to the Debtors and these chapter 11 cases:

     i. American International Group
     ii. AT&T
     iii. Bank of America, N.A.
     iv. Chesapeake Energy Corporation
     v. Chubb

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

[3] A list of the Interested Parties searched is attached hereto as Exhibit I.

    vi. Commerce & Industry Insurance Company
    vii. Federal Insurance Company
    viii. National Union Fire Insurance Company
    ix. Polsinelli P.C.
    x. Squire Patton Boggs (US) LLP
    xi. The Bank of New York Mellon Trust Company, N.A.

  d. Young Conaway currently represents the following parties, or affiliates of the following parties, who may be Interested Parties, in matters wholly unrelated to the Debtors and these chapter 11 cases:

    i. Capital One Business Credit Corp.
    ii. Key Energy Services, LLC
    iii. KPMG LLP
    iv. Lexington Insurance Company
    v. Shearman & Sterling LLP
    vi. Wells Fargo Bank, N.A.
    vii. Wilmington Savings Fund Society, FBS

  4. In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to these chapter 11 cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render the Firm's retention in these chapter 11 cases improper. Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the U.S. Trustee or any persons employed by the U.S. Trustee.

  5. Young Conaway is continuing to review the Debtors' complete list of creditors. Based upon the Firm's review as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors. Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6. Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

a. are not creditors, equity security holders, or insiders of the Debtors;

b. are not and were not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c. do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7. As set forth above, and subject to any explanations and/or exceptions contained herein, Young Conaway (i) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged, and (ii) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make any further disclosures as may be appropriate at that time.

8. Young Conaway was retained by the Debtors pursuant to the Engagement Agreement, dated September 13, 2016. In accordance with the Engagement Agreement, Young Conaway received the initial Retainer in the amount of $75,000 on September 22, 2016, in connection with the planning and preparation of initial documents and its proposed postpetition representation of the Debtors. On March 31, 2017, Young Conaway also received $24,038 as advanced payment for chapter 11 filing fees. A portion of the Retainer will be applied to any outstanding balances existing as of the Petition Date.[4] The remainder will constitute a general retainer as security for postpetition services and expenses. Additionally, Young Conaway has

---

[4] Young Conaway has not yet completed its final reconciliation of prepetition fees and expenses applied against the Retainer. Details regarding such final reconciliation will be included in the Firm's first application for compensation.

received or applied the following payments from the Debtors for services rendered prior to the Petition Date:

| Invoice Date | Billing Period | Date of Payment | Form of Payment | Payment Amount |
|---|---|---|---|---|
| 12/6/16 | 9/9/16–11/30/16 | 1/12/17 | Wire | 74,917.73 |
| 3/31/17 | 12/1/16–3/24/17 | 3/31/17 | Wire | 21,638.93 |
| 4/21/17 | 12/5/16–3/31/17 | 4/28/17 | Wire | 23,286.80 |
| 4/24/17 | 4/01/17–4/24/17 | 4/28/17 | Wire | 41,444.20 |
| 4/28/17 | 4/24/17–4/27/17 | 4/28/17 | Wire | 25,482.20 |

9. Young Conaway intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses, and other charges incurred by Young Conaway. The Firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. The principal attorneys and paralegal designated to represent the Debtors and their current standard hourly rates are:

| Timekeeper | Hourly Rate |
|---|---|
| Pauline K. Morgan | $890.00 |
| Kenneth J. Enos | $570.00 |

01:19439594.7

| Jaime Luton Chapman | $540.00 |
| --- | --- |
| Kenneth A. Listwak | $300.00 |
| Debbie Laskin (paralegal) | $270.00 |

10. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

11. The Debtors have been advised that the hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature and that these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

12. No promises have been received by Young Conaway, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no

agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with these chapter 11 cases.

13. Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), which became effective on November 1, 2013,[5] I state as follows:

  a. Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

  b. None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of these chapter 11 cases;

  c. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated September 13, 2016. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application; and

  d. The Debtors have approved or will be approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

14. Young Conaway intends to perform the services set forth in Section C of the Application. By separate application, the Debtors also have asked the Court to approve the retention of Shearman & Sterling as bankruptcy co-counsel with respect to these chapter 11 cases. Young Conaway has discussed the division of responsibilities with Shearman & Sterling and will make every effort to avoid duplication of efforts in connection with these chapter 11

---

[5] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these cases.

cases. To specifically disclose the division of labor and to avoid unnecessary duplication of services, Young Conaway is proposed to primarily provide the following services for its engagement in these chapter 11 cases as co-counsel to the Debtors:

    a. providing legal advice and services regarding local rules, practices, and procedures and providing substantive and strategic advice on how to accomplish the Debtors' goals in connection with the prosecution of these chapter 11 cases, bearing in mind that the Court relies on co-counsel such as Young Conaway to be involved in all aspects of each bankruptcy proceeding;

    b. reviewing, commenting, and/or preparing drafts of documents to be filed with the Court as co-counsel to the Debtors;

    c. appearing in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Debtors as their co-counsel;

    d. performing various services in connection with the administration of these chapter cases, including, without limitation, (i) preparing agenda letters, certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings, (ii) monitoring the docket for filings and coordinating with Weil on pending matters that need responses, (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with the same, and (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these chapter 11 cases and coordinating with Weil on any necessary responses; and

    e. performing all other services assigned by the Debtors, in consultation with Shearman & Sterling, to Young Conaway as co-counsel to the Debtors, and to the extent the Firm determines that such services fall outside of the scope of services historically or generally performed by Young Conaway as co-counsel in a bankruptcy proceeding, Young Conaway will file a supplemental declaration pursuant to Bankruptcy Rule 2014.

9

      15.      The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated:  May 10, 2017
           Wilmington, Delaware

                                        */s/ Pauline K. Morgan*
                                        Pauline K. Morgan

# EXHIBIT I

## Interested Parties

## **Nuverra Environmental Solutions, Inc. – List of Interested Parties**

**(A) The Debtors**

**Debtor Entities**

Nuverra Environmental Solutions, Inc.
Appalachian Water Services, LLC
Badlands Leasing, LLC
Badlands Power Fuels, LLC (DE)
Badlands Power Fuels, LLC (ND)
Heckmann Water Resources Corporation
Heckmann Water Resources (CVR), Inc.
Heckmann Woods Cross, LLC
HEK Water Solutions, LLC
Ideal Oilfield Disposal, LLC
Landtech Enterprises, L.L.C.
NES Water Solutions, LLC
Nuverra Total Solutions, LLC
1960 Well Services, LLC

**Trade Names & Aliases**

Nuverra Environmental Solutions
Nuverra
BPFEnergy, LLC
HWR
Complete Vacuum and Rental, Inc.
Excalibur Energy Services, Inc.

**(B) Affiliates and Non-Debtor Subsidiaries**

Dodge Water Depot, LLC
Nuverra Rocky Mountain Pipeline, LLC
China Water and Drinks, Inc.

**(C) Current and Former Officers and Directors (For the Past 3 Years)**

Mark D. Johnsrud
Robert B. Simonds, Jr.
Joseph M. Crabb
Lawrence W. Strohmaier
Daniel Pon
Liz Merritt
Stacy W. Hilgendorf
Kevin Klann
William M. Austin
Edward A. Barkett
Tod C. Holmes
R. Dan Nelson
Dr. Alfred E. Osborne, Jr.
J. Danforth Quayle
Gregory J. Heinlein
W. Christopher Chisholm
Andrew D. Siedel
Jay C. Parkinson
Kevin L. Spence
Richard J. Heckmann
Lou L. Holtz
Charles R. Gordon
Robert D. Albergotti

**(D) Significant Lenders and Lienholders**

Wells Fargo Bank, N.A.
Bank of America, N.A.
RBS Citizens, N.A.
Citizens Bank of Pennsylvania
Capital One Business Credit Corp.
CIT Finance LLC
Banc of America Credit Products, Inc.
Wilmington Savings Fund Society, FSB
Ascribe II Investments LLC
Ascribe III Investments LLC
ECF Value Fund, LP
ECF Value Fund II, LP
ECF Value Fund International Master, LP

**(E) Insurers and Brokers**

Kinsale Insurance Company
Great West Casualty Company
Mid Continent Casualty Company
Lexington Insurance Company
North American Elite Insurance Company
XL Specialty Insurance Company
Commerce & Industry Insurance Company
Starr Indemnity & Liability Insurance Company
Ironshore Indemnity Inc.
National Union Fire Insurance Company (AIG)
Federal Insurance Company (Chubb)
Argonaut Insurance Company
US Specialty Insurance Company (HCC)
RSUI Indemnity Company
Freedom Specialty Insurance Company
Allied World National Assurance Company
Lockton Companies
Lahr Agency
North Dakota Workforce Safety & Insurance
Ohio Bureau of Workers Compensation
Lexon Insurance Company
Nationwide
CRC Swett
Tokio Marine HCC
XL Specialty Insurance Company (XL)
AIG
CHUBB
SEITZ INSURANCE AGENCY
James River Insurance
Zurich

First Insurance Funding
First Specialty Insurance Corporation
RT Specialty Group
Steadfast Insurance Company
Endurance American Specialty Insurance Company
Aspen Specialty Insurance Company

**(F) Professionals**

**Debtors' Restructuring Professionals**
AlixPartners, LLP
AP Services, LLC
Shearman & Sterling LLP
Young Conaway Stargatt & Taylor, LLP
Lazard Middle Markets LLC
Prime Clerk

**Other Restructuring Professionals**
Fried, Frank, Harris, Shriver & Jacobson LLP
Goldberg Kohn Ltd.
Conway MacKenzie, Inc.
Ropes & Gray LLP
Morrison & Foerster LLP

**Significant Ordinary Course Professionals & Other Professionals**
American Stock Transfer & Trust Company
Pearl Meyer & Partners
KPMG LLP
Hein & Associates LLP
Squire Patton Boggs (US) LLP
Kuhn Consulting, Inc.
Polsinelli P.C.
Fenix Financial Forensics LLC
Donnelly Financial Solutions
Snell & Wilmer L.L.P.
RSM US LLP
RSM McGladrey, Inc.

**(G) Parties to Litigation and Their Counsel**

Veronica Hernandez Garcia
Manuel Sanchez
Humberto J. Machado Zingg
Key Energy Services, LLC.
Shell Oil and Gas Company
Louisiana Department of Environmental Quality
In Re Nuverra Environmental Solutions, Inc. Federal Securities Class Action Plaintiffs
Terry Dickey
Devin International, Inc.
Greene's Energy Group, LLC
Greene's Energy Group International, LLC
Pipe Pros, Inc.
PP Holdco, Inc.
Pipe Pros, LLC
Eric Schaffer
Wade Keifer

Oneok Rockies Midstream, LLC
Oneok Partners, L.P.
Douglas Bedford, Jr.
Angela Bedford
Armstrong Hot Water, Inc.
Varnum LLP – Ron DeWaard
HDH Land & Timber, L.P.
Peterbilt of Lafayette, LLC
Taylor, Porter, Brooks & Phillips L.L.P.
Gabriel De La Vega
Wayne P. Perdue
Barnes & Thornburg LLP – Tina Syring
Lazar Kostovski
Patrick Johnston
Denzil Deuley
Judge Kostura & Putnman, P.C.
Pringle & Herigstad, P.C.
Crowley Fleck
Advanced Disposal LLC
Kentucky Department of Public Health
C&C Backhoe Service LLC
Clearwater Shale Services LLC
Daniel Daniluk, LLC
Osie D. Gilbert
Equal Employment Opportunity Commission
Dorsey & Whitney LLP
9Z's LLC
Chax Holdings, LLC
Anderson Bottrell Sanden & Thompson
Deck Jones
Joseph P. Novak, Esq.
Brenna Law Firm, PLLC
North Dakota Department of Labor and Human Rights
Robbins Arroyo LLP
PACCAR, Inc. d/b/a Peterbilt Motor Company
Westport Power, Inc.
Cotton Schmidt & Abbott L.L.P.
Stradling Yocca Carlson & Rauth, P.C.
Alexandra C. Christopher
Michael R. Clemens
Bordas and Bordas Attorneys, PLLC

**(H) Holders of 5% or More of Any Outstanding Equity Securities of the Company**

Mark D. Johnsrud and affiliates

Ascribe Capital LLC
Ascribe III Investments LLC
American Securities LLC
Gates Capital Management, L.P.
Gates Capital Management GP, LLC
Gates Capital Management, Inc.
Jeffrey L. Gates

**(I) Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company**

Ascribe Capital LLC
Gates Capital Management, Inc.
Phoenix Investment Adviser LLC

**(J) Indenture Trustees**

The Bank of New York Mellon Trust Company, N.A.
Wilmington Savings Fund Society, FSB
Wilmington Trust, N.A.

**(K) Counterparties to Major Leases**

Scottsdale Kierland Properties, LLC
Shallenberger Construction Inc.
Skywater Development, LLC.
PACCAR Financial
Automotive Resources International

**(L) Counterparties to Major Contracts**

S&D Holdings LLC

**(M) Major Customers and Vendors**
**Top Customers**

Oasis Petroleum North America
Hess Bakken Investments Ii, LLC
Continental Resources
Indigo Minerals
Vantage Energy
Whiting Oil & Gas Corp.
Sm Energy
Southwestern Energy Company
Chevron
Hess Trading Corporation
XTO Energy
Ascent Resources - Utica LLC
Shell - Swepi, Lp
Exco Resources
Chesapeake Energy Corporation
Oneok Rockies Midstream, LLC
Penntex Ventures LLC
Statoil
EOG Resources, Inc
Samson Resources Corp., Debtor-In-Possession
Nuverra Treatment Center
Lime Rock Resources
Qep Energy Company
Qep/Blt
Ep Energy
Devon
Conoco Phillips
Petro Quest
Power Fuels
Np Resources LLC
Hess Ohio Developments, LLC
Oasis Midstream Services

Denbury Onshore, LLC
Rice Energy Inc.
Hess Nd Pipelines, LLC
Highland Field Services LLC, Sub. of Seneca Res
Comstock
Talisman Energy Usa
Boyd & Company Construction LLC
Cornerstone Natural Resources
Eclipse Resources I, Lp
Chesapeake Operating , Inc. (Pa)
Covey Park Gas LLC
Atlas Energy Group
Newfield Exploration Company
Marathon
Indian Hills Disposal
Oasis Petroleum LLC
Southeast Directional Drilling LLC
Minn-Dak Farmers Cooperative

**Top Vendors**

Comdata Corporation
United Quality Cooperative
Concur Technologies
Wallwork Truck Center
Investors Management Marketing
Hunter Truck Sales & Service, Inc.
Western Area Water Supply Authority
Sun Coast Resources Inc
Cintas Corporation
Warhorse Vacuum Services LLC
Williams Oil & Propane
Gallagher Bassett Services Inc
Panola-Harrison Electric Co-Op
Nd Dept Of Transportation
Chad Hamilton Enterprizes
Northern A-1 Services Kalkaska
Timber Trails Apartments
Feniello Enterprises
Mielke Oil Co.
Environmental Energy Solutions LLC
Continental Broadband LLC
Aqua Terra Water Management Usa LLC
Donnelly Financial Solutions
Mts Enterprises
Ok Tire Store-Minot
Rdo Equipment Co. Inc.
Pine Island Chemical Solutions
Performance Truck
Werts Welding & Tank Service Inc.
Grace Environmental
Tdl Resources LLC
Heart-E Hot Water LLC
Rush Truck
KLN Contractors LLC
Weavertown Environmental Group
Ames Savage Water Solutions, LLC

Topcat Truck Wash
Hutchins Welding And Rental Service Inc
Ihd Liquids Management LLC
Lyden Oil Company
Mckenzie Electric Coop Inc.
Reliable Tire
Horizon-Olson LLC
Peoplenet
French-Ellison Truck Center
Mountrail Williams Electric Coop
Carol Goff
Omnitracs Inc.
Parish of Desoto
Debora Riley, PCC
Caliber Midstream Fresh Water Partners
American Express
Citizens Bank
The Bank of New York Mellon Trust Company, N.A.
9Z'S LLC
Chax Holdings, LLC
Shallenberger Construction Inc.
S&D Holdings, LLC
Shallenberger Enterprises, Inc.
Terrance Shallenberger, Jr.
Keystone Chemical LLC
Wallwork Truck Center
United Quality Cooperative
Twin Falls Oil Service LLC
JH Trucking LLC
Tom & Teds Trucking Inc
Liquid Connection Inc
RDO Equipment Co. Inc.
M & L Fresh Water Service, LLC
Encana Oil & Gas (USA) Inc
Polsinelli P.C.
Tdl Resources LLC
Comdata Corporation
Whiting Oil & Gas Corporation
Hunter Truck Sales & Service, Inc.
CDR Transport Inc
Williams Oil & Propane
Iron Will Transport
Werts Welding & Tank Service Inc.
Continental Broadband LLC
Nickleback Transport Inc
Investors Management Marketing
Wolt Transport Inc
SBT Inc
ICIMS Inc
Cross 10 Energy LLC
IHD Liquids Management LLC
Motion & Flow Control Products Inc.
Sun Coast Resources Inc
RSM US LLP
Groundmetrics Inc
701 Water LLC
Ciferno Cement Contracting, LLC

Ensign Trucking LLC

**(N) Letter of Credit Issuers and Beneficiaries; Secured Financial Creditors**

Wells Fargo Bank, N.A
Great West Casualty Company
Zurich American Insurance Company
XL Specialty Insurance Company
Scottsdale Kierland Properties, LLC
Texas Railroad Commission

**(O) Joint Venture Partners**

MBI Energy Services

**(P) All Environmental Protection Agencies (Federal and State) That May Have Jurisdiction Over Any of the Company's Properties, Products and Waste Items**

Texas Railroad Commission
Texas Commission on Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Environmental Quality
Louisiana Public Service Commission
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Environmental Protection
West Virginia Department of Environmental Protection
Pennsylvania Public Utility Commission
North Dakota Department of Health
North Dakota Industrial Commission, Oil and Gas Division
North Dakota State Water Commission
Montana Department of Environmental Quality
Montana Board of Oil and Gas
U.S. Environmental Protection Agency
U.S. Department of Labor Occupational Safety and Health Administration (OSHA)

**(Q) Significant Utilities or Providers of Energy to the Company (at least $100,000/year)**

AT&T
Deep East Texas Electric Co-Op
Panola-Harrison Electric Co-op
Southwestern Electric Power Company
Montana Dakota Utilities
McKenzie Electric Coop. Inc.
Mountrail Williams Electric Coop.
AEP Ohio – American Electric Power
NETC MDU EXTENSION
ROUGHRIDER ELECTRIC COOP INC.
LOWER YELLOWSTONE RURAL ELEC INC. (LYREC)
Continental Broadband (Expedient)

**(R) Federal and State Taxing Authorities**

Kathleen Packroni, Tax Collector, Fayette Cty., PA
Albert Gallatin School District, Fayette Cty, PA
AZ Personal Property Tax
La Salle Cty., TX Landfill Property Tax
Dilley, TX ISD Landfill Property Tax
Cotulla, TX Property Tax
McKenzie Cty., ND Treasurer
Golden Valley Cty., ND Treasurer
Ward Cty., ND Auditor/Treasurer
Williams Cty., ND Treasurer/Recorder
Mountrail Cty., ND Treasurer
Stark Cty., ND Auditor
Billings Cty., ND Treasurer
Richland Cty., ND Treasurer
Desoto Parish, LA
Louisiana Dept. of Revenue
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pointe Coupee Parish, LA
Red River Parish, LA Tax Agency
Sabine Parish, LA
St Helena Parish, LA
Texas Comptroller
Kansas Department of Revenue
Internal Revenue Service
Arizona Department of Revenue
West Virginia State Tax Department
Securities Exchange Commission
City of Louisville, OH
City of East Canton, OH
Regional Income Tax Authority
Village of Cadiz, OH
City of Newton Falls, OH
North Dakota Office of State Tax Commissioner
Arkansas Department of Finance and Administration
Mississippi Department of Revenue
Montana Department of Revenue
New York State Department of Taxation and Finance
Oklahoma Tax Commission
State of California Franchise Tax Board
Industrial Commission of Arizona
Arizona Department of Economic Security
Pennsylvania Department of Labor and Industry
Louisiana Workforce Commission
West Virginia Division of Labor
Texas Workforce Commission
Mississippi Department of Employment Security
U.S. Department of Labor
North Dakota Department of Labor
Montana Department of Labor and Industry
Ohio Department of Commerce
Ohio Department of Job and Family Services
Pennsylvania Department of Labor and Industry
WorkForce West Virginia

**(S) Region 3 U.S. Trustee and Delaware Bankruptcy Court Personnel**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Natalie Cox
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
David Gerardi
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Michael West
Dion Wynn
Brendan Linehan Shannon
Kevin J. Carey
Kevin Gross
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

**(T) Significant Competitors**

Missouri Basin Well Services
Light Tower Rentals
Rockwater Energy
Select Energy Services
Stallion Oilfield Services
Key Energy Services
Basic Energy Services

**(U) Royalty Vendors**

Charles Ray Lynch
Arnold Bert Gordon
Carol Goff
D&B Hill Special
Grace Environmental
Guevara Investment Partners, LLC
Harvco LLC
John Blazek
John W Gordon

Johnny Lamza
Larry Joe Eaves
Minnie Lou Bagley
Norman & Charlotte Nichols Sr
PFM Greenwood
Pickering Investment Company
Ramsey R Gordon
Raymond C Pander
RCS Saltwater, LLC
RG Karg Development Co
Roger N Root
Beagle Land Company
Bloom Family Mineral Trust
D&P Locken, LLP
Jacobson, James
Johnsrud, Mark
JSBA Inc.
Klein, Allan & Shirley
Klose, Vernon & Karen
Olson, Caroline
Paluck, Doug
Rehak, Dennis & Rhonda
Rink, Delmer & Marceline
Robinson, Sharon
Romo Brothers
Scoop Dore Family LLC
Too Far Farms, LLC
Toussaint, Thomas
Toussaint, William J.
Wahlstrom, Cameron

**(V) Benefit Providers**

Aflac
USAble Life
Unum Life Insurance Company of America
Blue Cross Blue Shield of North Dakota
Wells Fargo Financial Services