# EXHIBIT B

**Crabb Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
Nuverra Environmental Solutions, Inc., *et al.*,[1] :    Case No. 17–10949 (KJC)
:
Debtors.                                 :    (Jointly Administered)
:
------------------------------------------------------------------x

**DECLARATION OF JOSEPH M. CRABB IN SUPPORT OF DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Joseph M. Crabb, hereby submit this declaration (this "**Declaration**") under penalty of perjury:

1. I am the Chief Legal Officer of Nuverra Environmental Solutions, Inc., one of the debtors and debtors in possession (collectively, "the "**Debtors**") in the above-captioned chapter 11 cases.

2. I submit this Declaration in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "**Application**").[2] Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

01:19439594.7

information supplied to me by other members of the Debtors' management and the Debtors' advisors.

3.   The Debtors engaged Young Conaway as their bankruptcy co-counsel at the recommendation of Shearman & Sterling.  The Debtors selected Young Conaway because of the Firm's extensive knowledge, expertise, and experience in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code.  Young Conaway's knowledge, expertise, and experience practicing before the Court will enable the Firm to work in an efficient and cost-effective manner on behalf of the Debtors' estates. Additionally, in preparing for these chapter 11 cases, Young Conaway has become familiar with the Debtors' business and affairs and many of the potential legal issues that might arise in the context of these cases, and since the Firm's engagement, Young Conaway has advised the Debtors and Shearman & Sterling on, among other things, local rules, practices, and procedures with respect to various restructuring issues.  Therefore, the Debtors believe that Young Conaway is uniquely qualified to represent them in these cases.

4.   In selecting Young Conaway, the Debtors reviewed the rates of Young Conaway, including rates for bankruptcy services, and compared them to outside law firms that the Debtors have used in the past to determine that the rates are reasonable.  Young Conaway has informed the Debtors that its current hourly rates are the Firm's standard hourly rates for work of this nature.

5.   In my capacity as Chief Legal Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  As discussed below, I am also responsible for reviewing the invoices regularly submitted by Young Conaway, and can confirm that the rates Young Conaway charged the Debtors in the prepetition period are the same

as the rates Young Conaway will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions.

6. The Debtors have approved or will approve Young Conaway's prospective budget and staffing plan for the three-month period beginning on the Petition Date, recognizing that in the course of large chapter 11 cases like these, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Young Conaway. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed expectations or unanticipated developments. The Debtors further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. The Debtors will continue to review the invoices that Young Conaway regularly submits, and, together with Young Conaway, periodically amend the budget and staffing plans, as these cases develop.

7. As Executive Vice President and Chief Legal Officer of Nuverra Environmental Solutions, Inc., I will continue to supervise the applicant's fees and expenses and manage costs. To this end, the budget will provide guidance on the amount of time involved and the level of the attorneys and professionals that will work on various matters, as well as projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated:   May 10, 2017              Nuverra Environmental Solutions Inc., *et al.*

                                         */s/ Joseph M. Crabb*
                                         Joseph M. Crabb
                                         Chief Legal Officer