## Exhibit C

**Rule 2016 Statement**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                           :
In re:                                     :   Chapter 11
                                           :
Nuverra Environmental Solutions, Inc., et al.,¹ :   Case No. 17–10949 (KJC)
                                           :
                    Debtors.               :   (Jointly Administered)
                                           :
------------------------------------------------------------x
```

**STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP
UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1. Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**"), and section 329 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), states that the undersigned is proposed co-counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in these chapter 11 cases.

2. Compensation agreed to be paid by the Debtors to Young Conaway is to be for legal services rendered in connection with these chapter 11 cases. The Debtors have agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with these cases by Young Conaway's

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

various attorneys and paralegals. The Debtors have also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with these cases.

   3. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated September 13, 2016 (the "**Engagement Agreement**"). In accordance with the Engagement Agreement, Young Conaway received a retainer in the amount of $75,000 (as supplemented, the "**Retainer**") on September 22, 2016, in connection with the planning and preparation of initial documents and its proposed postpetition representation of the Debtors. On March 31, 2017, Young Conaway also received $24,038 as advanced payment for chapter 11 filing. A portion of the Retainer will be applied to any outstanding balances existing as of the Petition Date.[2] The remainder will constitute a general retainer as security for postpetition services and expenses. Additionally, Young Conaway has received or applied the following payments from the Debtors for services rendered prior to the Petition Date:

| **Invoice Date** | **Billing Period** | **Date of Payment** | **Form of Payment** | **Payment Amount** |
|---|---|---|---|---|
| 12/6/16 | 9/9/16–11/30/16 | 1/12/17 | Wire | 74,917.73 |
| 3/31/17 | 12/1/16–3/24/17 | 3/31/17 | Wire | 21,638.93 |
| 4/21/17 | 12/5/16–3/31/17 | 4/28/17 | Wire | 23,286.80 |
| 4/24/17 | 4/01/17–4/24/17 | 4/28/17 | Wire | 41,444.20 |
| 4/28/17 | 4/24/17–4/27/17 | 4/28/17 | Wire | 25,482.20 |

---

[2]  Young Conaway has not yet completed its final reconciliation of prepetition fees and expenses applied against the Retainer. Details regarding such final reconciliation will be included in the Young Conaway's first application for compensation.

4. Within the year prior to the Petition Date, Young Conaway has received no other payments from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with these chapter 11 cases.

5. Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

6. All filing fees in these chapter 11 cases have been paid in full.

7. The services to be rendered include all those services set forth in the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date*.

8.  Young Conaway further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Young Conaway, or (b) any compensation another person or party has received or may receive.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
May 10, 2017

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Co-Counsel to the
Debtors and Debtors in Possession