## EXHIBIT B

**Holman Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x
           :

In re:                       :    Chapter 11

Nuverra Environmental Solutions, Inc., *et al.*,[1]   :    Case No. 17–10949 (KJC)

         Debtors.     :    (Jointly Administered)

-------------------------------------------------------------------x

**DECLARATION OF MATTHEW M. HOLMAN IN SUPPORT OF THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN SQUIRE PATTON BOGGS (US) LLP AS GENERAL CORPORATE AND SPECIAL LITIGATION AND TRANSACTIONAL COUNSEL**

I, Matthew M. Holman, hereby declare under penalty of perjury:

1.    I am a partner in the law firm of Squire Patton Boggs (US) LLP ("**Squire Patton Boggs**" or the "**Firm**"), with offices located at, among other places, 1 E. Washington St., Suite 2700 Phoenix, AZ 85004. I am a member in good standing of the Bar of the State of Arizona. In addition, there are no disciplinary proceedings pending against me in any jurisdiction.

2.    I am in all respects competent to make this Declaration in support of the application (the "**Application**")[2] of the Debtors to retain Squire Patton Boggs as special counsel.

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Application.

01:21272523.12

3.      The Debtors currently seek to retain Squire Patton Boggs, subject to further order of the Court, to render such legal services as may be specified and agreed to between the Debtors and Squire Patton Boggs, and as set forth in the Application.

4.      Based on the preliminary conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, the Firm, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest (the "**Interested Parties**"),[3] or their respective attorneys and accountants, the judge assigned to these cases, the United States Trustee, or any person employed in the Office of the United States Trustee, except as described below:

(a)    Squire Patton Boggs has represented the Debtors on a variety of general corporate, finance, employment, and litigation matters for over three years.  Joseph Crabb, general counsel to Nuverra Environmental Solutions, Inc., was a partner of the Firm prior to being employed by Nuverra approximately three years ago.

(b)    After a review of its preliminary conflicts check for this engagement, Squire Patton Boggs has identified certain connections to some of the Interested Parties.

(i)    Squire Patton Boggs currently represents Interested Parties or related entities in open and closed matters unrelated to these chapter 11 cases.  These Interested Parties and related entities are clients of the Firm:  Significant Lenders and Lienholders -- Bank of America, N.A. and related entities / entities related to Capital One Business Credit Corp. / RBS Citizens, N.A. / Wells Fargo Bank N.A. and related entities; Insurers and Brokers -- Lexington Insurance Company / Ironshore Indemnity, Inc. / National Union Fire Insurance Company (AIG) / AIG / Federal Insurance Company / Tokio Marine HCC  an entity related to Endurance American Specialty Insurance Company / Aspen Specialty Insurance Company; Professionals -- Shearman & Sterling, LLP / KPMG, LLP; Parties to Litigation and their Counsel -- Oneok Rockies Midstream, LLC / Varnum LLP / Barnes & Thornburg LLP; Indenture Trustees -- The Bank of New York Mellon Trust Company, N.A.; Major Customers and Vendors -- Continental

---

[3]      A list of the Interested Parties is attached hereto as Exhibit 1.

Resources / SM Energy / Chevron and related entities / XTO Energy, Inc. / Shell and related entities / Oneok Rockies Midstream, LLC / Marathon and related entities / Concur Technologies, Inc. / Cintas Corp and related entities / Citizens Bank and related entities; Significant Utilities or Providers of Energy -- AT&T Corporation and related entities / American Electric Power and related entities; Top 35 Creditors -- The Bank of New York Trust Company and related entities.

(ii)     Squire Patton Boggs previously represented Interested Parties or related entities in matters unrelated to these chapter 11 cases. These Interested Parties and related entities were clients of the Firm:    Insurers and Brokers -- Federal Insurance Company / Argonaut Insurance Company; Professionals -- Goldberg Kohn Ltd. / Snell & Wilmer LLP; Parties to Litigation and their Counsel -- Stradling Yocca Carlson & Rauth; Major Customers and Vendors -- Hess Bakken Investments Ii, LLC / Statoil / Conoco Phillips / Eclipse Resources Pty Ltd. / Newfield Exploration Company / Gallagher Bassett Services Pty Ltd. / American Express Company; Letter of Credit Issuers and Beneficiaries -- Zurich American Insurance Company; Federal and State Taxing Authorities -- City of Louisville, OH / Receiver appointed by the Securities Exchange Commission.

(c)     As a leading global law firm, Squire Patton Boggs represents, or has represented in the past, numerous clients, some of whom may have an interest in these chapter 11 cases.  In the course of its conflicts searches, Squire Patton Boggs has not identified any current or former client relationships that are materially adverse to the Debtors' interests in these chapter 11 cases, nor any current or former client relationships that hold or represent any interest adverse to the Debtors or their estates with respect to the matters on which Squire Patton Boggs is to be employed, including those relationships discussed above.

5.     During the 90-day period immediately preceding the Petition Date, Squire Patton Boggs received the following payments in connection with its representation of the Debtors:

| Date Received | Amount |
|---|---|
| 2/8/2017 | $128,104.83 |
| 3/8/2017 | $45,286.06 |
| 3/29/2017 | $10,152.50 |
| 3/31/2017 | $72,028.84 |
| 3/31/2017 | $226,215.00 |

| 4/21/2017 | $189,684.27 |
|-----------|-------------|
| 4/26/2017 | $90,719.20  |
| 4/28/17   | $193,364.64 |

6.      Other than as set forth herein, Squire Patton Boggs has not received any payments from or on behalf of the Debtors during the 90 days immediately preceding the Petition Date for services rendered or to be rendered in contemplation of or in connection with these chapter 11 cases.

7.      None of the representations described herein are materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders thereof. Moreover, pursuant to section 327(e) of the Bankruptcy Code, Squire Patton Boggs would not be disqualified from acting as the Debtors' special counsel merely because it represents the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

8.      Squire Patton Boggs has conducted a preliminary conflicts check of its client database and is in the process of completing its search.  Squire Patton Boggs will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Squire Patton Boggs will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

9.      Squire Patton Boggs intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of the Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules on an hourly basis, plus reimbursement of actual, necessary expenses, and other

charges incurred by the Firm.  The current standard hourly rates of the principal attorneys and paralegals designated to represent the Debtors are:

| | |
|---|---|
| Partners | $525 to $975 |
| Counsel | $535 to $730 |
| Associates | $255 to $600 |
| Paralegals | $230 to $305 |

10.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

11.    The hourly rates set forth above are the Firm's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, and transcription costs.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

01:21272523.12

12.     No promises have been received by the Firm nor by any partner, counsel, or associate thereof as to compensation in connection with these chapter cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

13.     Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), which became effective on November 1, 2013,[4] I state as follows:

- The Firm has not agreed to a variation of its standard or customary billing arrangements for this engagement;

- None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of these chapter 11 cases;

- The Firm was retained by the Debtors pursuant to an engagement agreement dated July 18, 2013.  While the  billing rates have been adjusted consistent with the Firm's standard annual adjustments and other conditions, the material terms of the prepetition engagement are the same as the terms described in the Application; and

- The Debtors have approved or will be approving a prospective budget and staffing plan for Squire Patton Boggs' engagement for the postpetition period as appropriate.  In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

14.     Squire Patton Boggs intends to perform the services set forth in section B of the Application.  I am aware that the Debtors also have sought to retain Shearman & Sterling

---

[4]     The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority."  While the Debtors and Squire Patton Boggs intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Squire Patton Boggs that the Firm is required to comply with the U.S. Trustee Guidelines.  Squire Patton Boggs reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these cases.

LLP and Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel in these chapter 11 cases.  Although certain aspects of the representations may necessarily involve Squire Patton Boggs as well as other law firms, I believe that the services Squire Patton Boggs will provide will be complementary rather than duplicative of the services to be performed by any other retained counsel.  Further, Squire Patton Boggs will work with the other retained professionals to avoid duplication of services and ensure that there is minimal duplication of effort, if any, as a result of Squire Patton Boggs' role as special counsel.

15.    The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: May 10, 2017

_/s/ Matthew M. Holman_____
Matthew M. Holman

# **EXHIBIT 1**

## **Interested Parties**

**Nuverra Environmental Solutions, Inc. – List of Interested Parties**

**(A) The Debtors**

**Debtor Entities**

Nuverra Environmental Solutions, Inc.
Appalachian Water Services, LLC
Badlands Leasing, LLC
Badlands Power Fuels, LLC (DE)
Badlands Power Fuels, LLC (ND)
Heckmann Water Resources Corporation
Heckmann Water Resources (CVR), Inc.
Heckmann Woods Cross, LLC
HEK Water Solutions, LLC
Ideal Oilfield Disposal, LLC
Landtech Enterprises, L.L.C.
NES Water Solutions, LLC
Nuverra Total Solutions, LLC
1960 Well Services, LLC

**Trade Names & Aliases**

Nuverra Environmental Solutions
Nuverra
BPFEnergy, LLC
HWR
Complete Vacuum and Rental, Inc.
Excalibur Energy Services, Inc.

**(B) Affiliates and Non-Debtor Subsidiaries**

Dodge Water Depot, LLC
Nuverra Rocky Mountain Pipeline, LLC
China Water and Drinks, Inc.

**(C) Current and Former Officers and Directors**
     **(For the Past 3 Years)**

Mark D. Johnsrud
Robert B. Simonds, Jr.
Joseph M. Crabb
Lawrence W. Strohmaier
Daniel Pon
Liz Merritt
Stacy W. Hilgendorf
Kevin Klann
William M. Austin
Edward A. Barkett
Tod C. Holmes
R. Dan Nelson
Dr. Alfred E. Osborne, Jr.
J. Danforth Quayle
Gregory J. Heinlein
W. Christopher Chisholm
Andrew D. Siedel
Jay C. Parkinson

Kevin L. Spence
Richard J. Heckmann
Lou L. Holtz
Charles R. Gordon
Robert D. Albergotti

**(D) Significant Lenders and Lienholders**

Wells Fargo Bank, N.A.
Bank of America, N.A.
RBS Citizens, N.A.
Citizens Bank of Pennsylvania
Capital One Business Credit Corp.
CIT Finance LLC
Banc of America Credit Products, Inc.
Wilmington Savings Fund Society, FSB
Ascribe II Investments LLC
Ascribe III Investments LLC
ECF Value Fund, LP
ECF Value Fund II, LP
ECF Value Fund International Master, LP

**(E) Insurers and Brokers**

Kinsale Insurance Company
Great West Casualty Company
Mid Continent Casualty Company
Lexington Insurance Company
North American Elite Insurance Company
XL Specialty Insurance Company
Commerce & Industry Insurance Company
Starr Indemnity & Liability Insurance Company
Ironshore Indemnity Inc.
National Union Fire Insurance Company (AIG)
Federal Insurance Company (Chubb)
Argonaut Insurance Company
US Specialty Insurance Company (HCC)
RSUI Indemnity Company
Freedom Specialty Insurance Company
Allied World National Assurance Company
Lockton Companies
Lahr Agency
North Dakota Workforce Safety & Insurance
Ohio Bureau of Workers Compensation
Lexon Insurance Company
Nationwide
CRC Swett
Tokio Marine HCC
XL Specialty Insurance Company (XL)
AIG
CHUBB
SEITZ INSURANCE AGENCY
James River Insurance
Zurich

First Insurance Funding
First Specialty Insurance Corporation
RT Specialty Group
Steadfast Insurance Company
Endurance American Specialty Insurance Company
Aspen Specialty Insurance Company

**(F)  Professionals**

**Debtors' Restructuring Professionals**
AlixPartners, LLP
AP Services, LLC
Shearman & Sterling LLP
Young Conaway Stargatt & Taylor, LLP
Lazard Middle Markets LLC
Prime Clerk

**Other Restructuring Professionals**
Fried, Frank, Harris, Shriver & Jacobson LLP
Goldberg Kohn Ltd.
Conway MacKenzie, Inc.
Ropes & Gray LLP
Morrison & Foerster LLP

**Significant Ordinary Course Professionals &
Other Professionals**
American Stock Transfer & Trust Company
Pearl Meyer & Partners
KPMG LLP
Hein & Associates LLP
Squire Patton Boggs (US) LLP
Kuhn Consulting, Inc.
Polsinelli P.C.
Fenix Financial Forensics LLC
Donnelly Financial Solutions
Snell & Wilmer L.L.P.
RSM US LLP
RSM McGladrey, Inc.

**(G)  Parties to Litigation and Their Counsel**

Veronica Hernandez Garcia
Manuel Sanchez
Humberto J. Machado Zingg
Key Energy Services, LLC.
Shell Oil and Gas Company
Louisiana Department of Environmental Quality
In Re Nuverra Environmental Solutions, Inc. Federal
    Securities Class Action Plaintiffs
Terry Dickey
Devin International, Inc.
Greene's Energy Group, LLC
Greene's Energy Group International, LLC
Pipe Pros, Inc.
PP Holdco, Inc.
Pipe Pros, LLC
Eric Schaffer
Wade Keifer

Oneok Rockies Midstream, LLC
Oneok Partners, L.P.
Douglas Bedford, Jr.
Angela Bedford
Armstrong Hot Water, Inc.
Varnum LLP – Ron DeWaard
HDH Land & Timber, L.P.
Peterbilt of Lafayette, LLC
Taylor, Porter, Brooks & Phillips L.L.P.
Gabriel De La Vega
Wayne P. Perdue
Barnes & Thornburg LLP – Tina Syring
Lazar Kostovski
Patrick Johnston
Denzil Deuley
Judge Kostura & Putnman, P.C.
Pringle & Herigstad, P.C.
Crowley Fleck
Advanced Disposal LLC
Kentucky Department of Public Health
C&C Backhoe Service LLC
Clearwater Shale Services LLC
Daniel Daniluk, LLC
Osie D. Gilbert
Equal Employment Opportunity Commission
Dorsey & Whitney LLP
9Z's LLC
Chax Holdings, LLC
Anderson Bottrell Sanden & Thompson
Deck Jones
Joseph P. Novak, Esq.
Brenna Law Firm, PLLC
North Dakota Department of Labor and Human
    Rights
Robbins Arroyo LLP
PACCAR, Inc. d/b/a Peterbilt Motor Company
Westport Power, Inc.
Cotton Schmidt & Abbott L.L.P.
Stradling Yocca Carlson & Rauth, P.C.
Alexandra C. Christopher
Michael R. Clemens
Bordas and Bordas Attorneys, PLLC

**(H)  Holders of 5% or More of Any Outstanding
       Equity Securities of the Company**

Mark D. Johnsrud and affiliates

Ascribe Capital LLC
Ascribe III Investments LLC
American Securities LLC
Gates Capital Management, L.P.
Gates Capital Management GP, LLC
Gates Capital Management, Inc.
Jeffrey L. Gates

**(I)  Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company**

Ascribe Capital LLC
Gates Capital Management, Inc.
Phoenix Investment Adviser LLC

**(J)  Indenture Trustees**

The Bank of New York Mellon Trust Company, N.A.
Wilmington Savings Fund Society, FSB
Wilmington Trust, N.A.

**(K)  Counterparties to Major Leases**

Scottsdale Kierland Properties, LLC
Shallenberger Construction Inc.
Skywater Development, LLC.
PACCAR Financial
Automotive Resources International

**(L)  Counterparties to Major Contracts**

S&D Holdings LLC

**(M) Major Customers and Vendors**
**Top Customers**

Oasis Petroleum North America
Hess Bakken Investments Ii, LLC
Continental Resources
Indigo Minerals
Vantage Energy
Whiting Oil & Gas Corp.
Sm Energy
Southwestern Energy Company
Chevron
Hess Trading Corporation
XTO Energy
Ascent Resources - Utica LLC
Shell - Swepi, Lp
Exco Resources
Chesapeake Energy Corporation
Oneok Rockies Midstream, LLC
Penntex Ventures LLC
Statoil
EOG Resources, Inc
Samson Resources Corp., Debtor-In-Possession
Nuverra Treatment Center
Lime Rock Resources
Qep Energy Company
Qep/Blt
Ep Energy
Devon
Conoco Phillips
Petro Quest
Power Fuels
Np Resources LLC
Hess Ohio Developments, LLC
Oasis Midstream Services

Denbury Onshore, LLC
Rice Energy Inc.
Hess Nd Pipelines, LLC
Highland Field Services LLC, Sub. of Seneca Res
Comstock
Talisman Energy Usa
Boyd & Company Construction LLC
Cornerstone Natural Resources
Eclipse Resources I, Lp
Chesapeake Operating , Inc. (Pa)
Covey Park Gas LLC
Atlas Energy Group
Newfield Exploration Company
Marathon
Indian Hills Disposal
Oasis Petroleum LLC
Southeast Directional Drilling LLC
Minn-Dak Farmers Cooperative

**Top Vendors**

Comdata Corporation
United Quality Cooperative
Concur Technologies
Wallwork Truck Center
Investors Management Marketing
Hunter Truck Sales & Service, Inc.
Western Area Water Supply Authority
Sun Coast Resources Inc
Cintas Corporation
Warhorse Vacuum Services LLC
Williams Oil & Propane
Gallagher Bassett Services Inc
Panola-Harrison Electric Co-Op
Nd Dept Of Transportation
Chad Hamilton Enterprizes
Northern A-1 Services Kalkaska
Timber Trails Apartments
Feniello Enterprises
Mielke Oil Co.
Environmental Energy Solutions LLC
Continental Broadband LLC
Aqua Terra Water Management Usa LLC
Donnelly Financial Solutions
Mts Enterprises
Ok Tire Store-Minot
Rdo Equipment Co. Inc.
Pine Island Chemical Solutions
Performance Truck
Werts Welding & Tank Service Inc.
Grace Environmental
Tdl Resources LLC
Heart-E Hot Water LLC
Rush Truck
KLN Contractors LLC
Weavertown Environmental Group
Ames Savage Water Solutions, LLC

Topcat Truck Wash
Hutchins Welding And Rental Service Inc
Ihd Liquids Management LLC
Lyden Oil Company
Mckenzie Electric Coop Inc.
Reliable Tire
Horizon-Olson LLC
Peoplenet
French-Ellison Truck Center
Mountrail Williams Electric Coop
Carol Goff
Omnitracs Inc.
Parish of Desoto
Debora Riley, PCC
Caliber Midstream Fresh Water Partners
American Express
Citizens Bank
The Bank of New York Mellon Trust Company, N.A.
9Z'S LLC
Chax Holdings, LLC
Shallenberger Construction Inc.
S&D Holdings, LLC
Shallenberger Enterprises, Inc.
Terrance Shallenberger, Jr.
Keystone Chemical LLC
Wallwork Truck Center
United Quality Cooperative
Twin Falls Oil Service LLC
JH Trucking LLC
Tom & Teds Trucking Inc
Liquid Connection Inc
RDO Equipment Co. Inc.
M & L Fresh Water Service, LLC
Encana Oil & Gas (USA) Inc
Polsinelli P.C.
Tdl Resources LLC
Comdata Corporation
Whiting Oil & Gas Corporation
Hunter Truck Sales & Service, Inc.
CDR Transport Inc
Williams Oil & Propane
Iron Will Transport
Werts Welding & Tank Service Inc.
Continental Broadband LLC
Nickleback Transport Inc
Investors Management Marketing
Wolt Transport Inc
SBT Inc
ICIMS Inc
Cross 10 Energy LLC
IHD Liquids Management LLC
Motion & Flow Control Products Inc.
Sun Coast Resources Inc
RSM US LLP
Groundmetrics Inc
701 Water LLC
Ciferno Cement Contracting, LLC

Ensign Trucking LLC

**(N)  Letter of Credit Issuers and Beneficiaries;
Secured Financial Creditors**

Wells Fargo Bank, N.A
Great West Casualty Company
Zurich American Insurance Company
XL Specialty Insurance Company
Scottsdale Kierland Properties, LLC
Texas Railroad Commission

**(O)  Joint Venture Partners**

MBI Energy Services

**(P)  All Environmental Protection Agencies
(Federal and State) That May Have
Jurisdiction Over Any of the Company's
Properties, Products and Waste Items**

Texas Railroad Commission
Texas Commission on Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Environmental Quality
Louisiana Public Service Commission
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Environmental
  Protection
West Virginia Department of Environmental
  Protection
Pennsylvania Public Utility Commission
North Dakota Department of Health
North Dakota Industrial Commission, Oil and Gas
  Division
North Dakota State Water Commission
Montana Department of Environmental Quality
Montana Board of Oil and Gas
U.S. Environmental Protection Agency
U.S. Department of Labor Occupational Safety and
  Health Administration (OSHA)

**(Q)  Significant Utilities or Providers of Energy to
the Company (at least $100,000/year)**

AT&T
Deep East Texas Electric Co-Op
Panola-Harrison Electric Co-op
Southwestern Electric Power Company
Montana Dakota Utilities
McKenzie Electric Coop. Inc.
Mountrail Williams Electric Coop.
AEP Ohio – American Electric Power
NETC MDU EXTENSION
ROUGHRIDER ELECTRIC COOP INC.
LOWER YELLOWSTONE RURAL ELEC INC.
  (LYREC)
Continental Broadband (Expedient)

**(R) Federal and State Taxing Authorities**

Kathleen Packroni, Tax Collector, Fayette Cty., PA
Albert Gallatin School District, Fayette Cty, PA
AZ Personal Property Tax
La Salle Cty., TX Landfill Property Tax
Dilley, TX ISD Landfill Property Tax
Cotulla, TX Property Tax
McKenzie Cty., ND Treasurer
Golden Valley Cty., ND Treasurer
Ward Cty., ND Auditor/Treasurer
Williams Cty., ND Treasurer/Recorder
Mountrail Cty., ND Treasurer
Stark Cty., ND Auditor
Billings Cty., ND Treasurer
Richland Cty., ND Treasurer
Desoto Parish, LA
Louisiana Dept. of Revenue
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pointe Coupee Parish, LA
Red River Parish, LA Tax Agency
Sabine Parish, LA
St Helena Parish, LA
Texas Comptroller
Kansas Department of Revenue
Internal Revenue Service
Arizona Department of Revenue
West Virginia State Tax Department
Securities Exchange Commission
City of Louisville, OH
City of East Canton, OH
Regional Income Tax Authority
Village of Cadiz, OH
City of Newton Falls, OH
North Dakota Office of State Tax Commissioner
Arkansas Department of Finance and Administration
Mississippi Department of Revenue
Montana Department of Revenue
New York State Department of Taxation and Finance
Oklahoma Tax Commission
State of California Franchise Tax Board
Industrial Commission of Arizona
Arizona Department of Economic Security
Pennsylvania Department of Labor and Industry
Louisiana Workforce Commission
West Virginia Division of Labor
Texas Workforce Commission
Mississippi Department of Employment Security
U.S. Department of Labor
North Dakota Department of Labor
Montana Department of Labor and Industry
Ohio Department of Commerce
Ohio Department of Job and Family Services
Pennsylvania Department of Labor and Industry
WorkForce West Virginia

**(S) Region 3 U.S. Trustee and Delaware Bankruptcy Court Personnel**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Natalie Cox
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
David Gerardi
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Michael West
Dion Wynn
Brendan Linehan Shannon
Kevin J. Carey
Kevin Gross
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

**(T) Significant Competitors**

Missouri Basin Well Services
Light Tower Rentals
Rockwater Energy
Select Energy Services
Stallion Oilfield Services
Key Energy Services
Basic Energy Services

**(U) Royalty Vendors**

Charles Ray Lynch
Arnold Bert Gordon
Carol Goff
D&B Hill Special
Grace Environmental
Guevara Investment Partners, LLC
Harvco LLC
John Blazek
John W Gordon

Johnny Lamza
Larry Joe Eaves
Minnie Lou Bagley
Norman & Charlotte Nichols Sr
PFM Greenwood
Pickering Investment Company
Ramsey R Gordon
Raymond C Pander
RCS Saltwater, LLC
RG Karg Development Co
Roger N Root
Beagle Land Company
Bloom Family Mineral Trust
D&P Locken, LLP
Jacobson, James
Johnsrud, Mark
JSBA Inc.
Klein, Allan & Shirley
Klose, Vernon & Karen
Olson, Caroline
Paluck, Doug
Rehak, Dennis & Rhonda
Rink, Delmer & Marceline
Robinson, Sharon
Romo Brothers
Scoop Dore Family LLC
Too Far Farms, LLC
Toussaint, Thomas
Toussaint, William J.
Wahlstrom, Cameron

**(V) Benefit Providers**

Aflac
USAble Life
Unum Life Insurance Company of America
Blue Cross Blue Shield of North Dakota
Wells Fargo Financial Services