# **EXHIBIT C**

**Crabb Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
**In re:** : **Chapter 11**
: 
**Nuverra Environmental Solutions, Inc.,** *et al.*,[1] : **Case No. 17–10949 (KJC)**
: 
**Debtors.** : **(Jointly Administered)**
: 
: 
: 
---------------------------------------------------------------x

**DECLARATION OF JOSEPH M. CRABB IN SUPPORT OF APPLICATION OF THE
DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO
RETAIN AND EMPLOY SQUIRE PATTON BOGGS (US) LLP AS
<u>SPECIAL COUNSEL EFFECTIVE AS OF THE PETITION DATE</u>**

Pursuant to 28 U.S.C. § 1746, I, Joseph M. Crabb hereby submit this declaration (this "**Declaration**") under penalty of perjury:

1. I am the Chief Legal Officer of Nuverra Environmental Solutions, Inc., one of the debtors and debtors in possession (collectively, "the "**Debtors**") in the above-captioned chapter 11 cases.

2. I submit this Declaration in support of the *Application of the Debtors for Entry of an Order Authorizing Debtors to Retain and Employ Squire Patton Boggs (US) LLP as Special Counsel Effective as of the Petition Date* (the "**Application**").[2] Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

3. The Debtors seek to engage Squire Patton Boggs as special counsel because Squire Patton Boggs has represented, and continues to represent, the Debtors in numerous general corporate matters for over three years. The Debtors did not interview any other law firms to represent them in these non-bankruptcy matters as the Debtors were familiar with Squire Patton Boggs' capabilities and rates. Squire Patton Boggs has informed the Debtors that its current hourly rates are the Firm's standard hourly rates for work of this nature.

4. The Debtors believe that Squire Patton Boggs is well qualified to represent them as special counsel in their chapter 11 bankruptcy cases in an efficient and timely manner. The Debtors selected Squire Patton Boggs because of the Firm's extensive experience and knowledge in general corporate, finance, and securities legal matters, and in particular the fields of financial services, securities, labor and employment, and litigation. Further, the Debtors believe that Squire Patton Boggs has substantial familiarity with the Debtors' business operations, prior litigation matters, and organization and capital structure. Therefore, the Debtors believe that Squire Patton Boggs is uniquely qualified to represent them as special counsel in these cases.

5. In my capacity as Chief Legal Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Squire Patton Boggs, and can confirm that the rates Squire Patton Boggs charged the Debtors in the prepetition period are the same as the rates Squire Patton Boggs will charge the Debtors in the postpetition period, subject to periodic adjustment to reflect economic and other conditions.

6. The Debtors have approved or will approve Squire Patton Boggs' prospective budget and staffing plan for the three-month period beginning on the Petition Date, recognizing that in the course of large chapter 11 cases like these, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Squire Patton Boggs. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed expectations or unanticipated developments. The Debtors further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. The Debtors will continue to review the invoices that Squire Patton Boggs regularly submits, and, together with Squire Patton Boggs, periodically amend the budget and staffing plans, as these cases develop.

7. As Executive Vice President and Chief Legal Officer of Nuverra Environmental Solutions, Inc., I will continue to supervise the applicant's fees and expenses and manage costs. To this end, the budget will provide guidance on the amount of time involved and the level of the attorneys and professionals that will work on various matters, as well as projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: May 10, 2017                                    Nuverra Environmental Solutions Inc., *et al.*

                                                        */s/ Joseph M. Crabb*
                                                        Joseph M. Crabb
                                                        Chief Legal Officer