**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------x

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|   | : |   |
| **Nuverra Environmental Solutions, Inc.**, *et al.*,[1] | : | **Case No. 17–10949 (KJC)** |
|   | : |   |
| Debtors. | : | **(Jointly Administered)** |
|   | : |   |
|   | : | **Hearing Date: May 31, 2017 at 2:00 p.m. (ET)** |
|   | : | **Objection Deadline: May 24, 2017 at 4:00 p.m. (ET)** |

-----------------------------------------------------------------x

## NOTICE OF APPLICATION

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE SUPPORTING NOTEHOLDERS; (III) COUNSEL TO WELLS FARGO BANK, N.A., REVOLVING CREDIT AGREEMENT AGENT; (IV) COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE TO SENIOR SECURED SECOND LIEN NOTES DUE 2021, AND TERM LOAN AGENT; (V) COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, TRUSTEE TO 9.875% SENIOR NOTES DUE 2018; (VI) AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC, AS WARRANT AGENT; (VII) THE 30 LARGEST UNSECURED CREDITORS OF THE DEBTORS, ON A CONSOLIDATED BASIS; AND (VIII) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

  **PLEASE TAKE NOTICE** that Nuverra Environmental Solutions, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed the attached *Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 Date* (the "Application").

  **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **May 24, 2017, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, copies of any

---

[1]   The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are:  Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

responses or objections to the Application must be served upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

   **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **MAY 31, 2017 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

   **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: Wilmington, Delaware    SHEARMAN & STERLING LLP
   May 10, 2017      Douglas P. Bartner
              Fredric Sosnick
              Sara Coelho
              Stephen M. Blank
              599 Lexington Avenue
              New York, New York  10022
              Telephone:  (212) 848-4000
              Facsimile:   (646) 848-8174

                 -and-

              YOUNG CONAWAY STARGATT & TAYLOR, LLP

              /s/ JAIME LUTON CHAPMAN
              Pauline K. Morgan (No. 3650)
              Kenneth J. Enos (No. 4544)
              Jaime Luton Chapman (No. 4936)
              Rodney Square
              1000 North King Street
              Wilmington, Delaware  19801
              Telephone: (302) 571-6600
              Facsimile: (302)  571-1253

              Proposed Counsel to the Debtors and Debtors in Possession

01:21889173.1