# **EXHIBIT D**

**Torgove Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
:
**In re:** : **Chapter 11**
:
**Nuverra Environmental Solutions, Inc., *et al.*,**[1] : Case No. 17–10949 (KJC)
:
**Debtors.** : (Jointly Administered)
:
:
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW TORGOVE IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER (I) AUTHORIZING THE RETENTION AND
EMPLOYMENT OF LAZARD FRÈRES & CO. LLC AND LAZARD MIDDLE
MARKET LLC AS INVESTMENT BANKER, EFFECTIVE AS OF THE PETITION
DATE, AND (II) WAIVING CERTAIN INFORMATION
REQUIREMENTS OF LOCAL RULE 2016-2**

I, Andrew Torgove, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, to the best of my knowledge and belief, that:

1. I am a Managing Director of Lazard Middle Market LLC ("**LMM**" and together with Lazard Frères & Co. LLC, "**Lazard**"), which has its principal office at 600 Fifth Avenue, New York, New York 10020. I am authorized to make this declaration on behalf of LMM in support of the *Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements of*

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

*Local Rule 2016-2* (the "**Application**").[2]. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[3]

2. LMM is a subsidiary of Lazard Frères & Co. LLC ("**Lazard Frères**"), which is the primary U.S. operating subsidiary of a preeminent international financial advisory and asset management firm. Lazard Frères' principal office is located at 30 Rockefeller Plaza, New York, New York 10020. Together with its predecessors and affiliates, Lazard has been advising clients around the world for over 150 years. Lazard has dedicated professionals who provide restructuring services to its clients.

3. The current managing directors, directors, vice presidents, and associates of Lazard have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in chapter 11 proceedings. Lazard and its principals have been involved as advisor to debtor, creditor, and equity constituencies and government agencies in many reorganization cases. Together with its predecessors and affiliates, Lazard's professionals have been involved in over 250 restructurings since 1990, representing over $1 trillion in debtor assets.

4. Notably, Lazard has been retained as an investment banker and financial advisor in numerous large and complex chapter 11 cases, including, among others, *In re Modular Space Holdings, Inc.*, Case No. 16-12825 (KJC) (Bankr. D. Del. Jan. 18, 2017); *In re Stone Energy Corp.*, Case No. 16-36390 (MI) (Bankr. S.D. Tex. Jan. 10, 2017); *In re LINN Energy, LLC*, Case No. 16-60040 (Bankr. S.D. Tex. July 12, 2016); *In re Peabody Energy Corp.*, Case No. 16-42529-399 (Bankr. E.D. Mo. May 18, 2016); *In re Sabine Oil & Gas Corp.*,

---

[2]   Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Application.

[3]   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

01:19338845.9

2

No. 15-11835 (SCC) (Bankr. S.D.N.Y. Sept. 10, 2015); *In re Boomerang Tube, LLC*, Case No. 15-11247 (MFW) (Bankr. D. Del. July 9, 2015); *In re The Standard Register Co.*, No. 15-10541 (BLS) (Bankr. D. Del. Apr. 13, 2015); *In re AWI Del., Inc.*, No. 14-12092 (KJC) (Bankr. D. Del. Sept. 17, 2014); *In re Longview Power, LLC*, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013*); In re Maxcom Telecomm. S.A.B. de C.V.*, No. 13-11839 (PJW) (Bankr. D. Del. Aug. 15, 2013); *In re Cengage Learning Inc.*, No. 13-44106 (ESS) (Bankr. E.D.N.Y. July 24, 2013).

5. Lazard has been employed by the Debtors since August 2016[4] to, among other things, provide advice in connection with the Debtors' attempts to complete a restructuring, financing, sale, and/or recapitalization. In providing prepetition services to the Debtors in connection with these matters, Lazard's professionals have worked closely with the Debtors' management and other professionals and have become well acquainted with the Debtors' business, capital structure and related matters. Accordingly, Lazard has significant relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in the Debtors' chapter 11 cases and thus is well qualified to provide the services required by the Debtors.

6. In connection with its proposed retention by the Debtors in their chapter 11 cases, Lazard obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in the Debtors' chapter 11 cases (the "**Potential Parties in Interest**"), which parties are listed on Schedule 1 annexed hereto. Lazard then compared the names of the Potential Parties in Interest with the names of entities that have entered into engagement agreements with Lazard in the last three years. To the extent that this inquiry revealed that any of the Potential Parties in Interest (or their apparent affiliates or

---

[4] Lazard was also previously engaged by the Company on other matters pursuant to a September 11, 2015 engagement letter, which expired before the Debtors' chapter 11 cases were filed.

entities that Lazard believes to be affiliates, as the case may be) entered into any such engagement agreements with Lazard within the last three years, such parties are set forth in Schedule 2 annexed hereto.[5] To the best of my knowledge and belief, Lazard's representation of each entity listed on Schedule 2 (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the Debtors and their chapter 11 cases, except as stated herein. Other than as listed on Schedule 2, I am unaware of any investment banking engagements of Lazard by the Potential Parties in Interest within the last three years. Given the size of the Firm and the breadth of Lazard's client base, it is possible that Lazard may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge. To the extent that Lazard discovers any, or enters into any new, material relationship with Potential Parties in Interest, it will supplement this declaration.

7. In addition to the parties listed on Schedule 2, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties in Interest and Lazard may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard and the applicable law firm). Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are

---

[5] In addition to the parties listed on Schedule 2, Lazard may continue to provide services to non-Debtor affiliates of the Debtors pursuant to the Engagement Agreement.

Potential Parties in Interest.  Certain of the Potential Parties in Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

8.  Lazard also has asset management affiliates, Lazard Asset Management LLC ("LAM") and Lazard Frères Gestion SAS ("LFG"), and an affiliate, Edgewater HoldCo LLC, that hold interests in the management companies for certain private funds (collectively, "Edgewater").  Although Lazard receives payments from LAM, LFG, and Edgewater generated by their respective business operations, each of LAM, LFG, and Edgewater is operated as a separate and distinct affiliate and is separated from Lazard's other businesses.  As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its respective affiliates, managing directors and employees.  Some of these LAM or LFG accounts and funds may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases, and LAM or LFG may have relationships with such parties.  Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases.  Additionally, the Debtors, creditors, equity holders, or other parties in interest in these cases, and Lazard or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by Edgewater.  Lazard has in place compliance procedures to ensure that no confidential or nonpublic information concerning the Debtors has been or will be available to employees of LAM, LFG, or Edgewater.

9. Although Lazard has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Lazard may maintain business relationships. Additionally, as noted above, LMM and Lazard Frères are U.S. operating subsidiaries of an international investment banking, financial advisory, and asset management firm and thus have legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as only Lazard is being retained by the Debtors, we have researched only the electronic client files and records of Lazard, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

10. In addition, as of the date hereof, Lazard and its affiliates have approximately 2,600 employees worldwide. It is possible that certain of Lazard's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors, (ii) Potential Parties in Interest in the Debtors' chapter 11 cases, or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest.

11. During the 90 day period prior to the commencement of these cases, Lazard was paid in the ordinary course certain Monthly Fees and expense reimbursements. Specifically, Lazard was paid its January 2017 Monthly Fee and related expense reimbursements in the amount of $106,568.96 on February 14, 2017, its February 2017 Monthly Fee and related expense reimbursements in the amount of $55,058.83 on March 30, 2017, and its April 2017 Monthly Fee in the amount of $100,000.00 on April 21, 2017.[6] To the extent any

---

[6] Lazard only billed the Debtors half of the February 2017 Monthly Fee and did not bill the Debtors the March 2017 Monthly Fee.

amounts were unpaid as of the Petition Date, Lazard shall waive any such amounts upon entry of the Proposed Order.[7]

12. Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

13. Based upon the foregoing, except as otherwise set forth herein, to the best of my knowledge, information, and belief, Lazard (i) is not a creditor, equity security holder or an insider of the Debtors and (ii) is not or was not, within two years before the Debtors' Petition Date, a director, officer, or employee of any of the Debtors. For the reasons set forth above, Lazard believes that it is disinterested as defined in the Bankruptcy Code and does not hold or represent any interest adverse to the estate.

14. The foregoing constitutes the statement of Lazard pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 32, 2017

LAZARD MIDDLE MARKET  LLC

/s/ Andrew Torgove
Andrew Torgove
Managing Director

---

[7] Lazard did not bill the Debtors for the May 2017 Monthly Fee as it came due on the Petition Date. Lazard will bill the postpetition May 2017 Monthly Fee pursuant to the Bankruptcy Code and any compensation procedures approved by the Court in this case.

## **SCHEDULE 1 TO THE DECLARATION**

# **Nuverra Environmental Solutions, Inc. – List of Interested Parties**

**(A) The Debtors**

**Debtor Entities**

Nuverra Environmental Solutions, Inc.
Appalachian Water Services, LLC
Badlands Leasing, LLC
Badlands Power Fuels, LLC (DE)
Badlands Power Fuels, LLC (ND)
Heckmann Water Resources Corporation
Heckmann Water Resources (CVR), Inc.
Heckmann Woods Cross, LLC
HEK Water Solutions, LLC
Ideal Oilfield Disposal, LLC
Landtech Enterprises, L.L.C.
NES Water Solutions, LLC
Nuverra Total Solutions, LLC
1960 Well Services, LLC

**Trade Names & Aliases**

Nuverra Environmental Solutions
Nuverra
BPFEnergy, LLC
HWR
Complete Vacuum and Rental, Inc.
Excalibur Energy Services, Inc.

**(B) Affiliates and Non-Debtor Subsidiaries**

Dodge Water Depot, LLC
Nuverra Rocky Mountain Pipeline, LLC
China Water and Drinks, Inc.

**(C) Current and Former Officers and Directors (For the Past 3 Years)**

Mark D. Johnsrud
Robert B. Simonds, Jr.
Joseph M. Crabb
Lawrence W. Strohmaier
Daniel Pon
Liz Merritt
Stacy W. Hilgendorf
Kevin Klann
William M. Austin
Edward A. Barkett
Tod C. Holmes
R. Dan Nelson
Dr. Alfred E. Osborne, Jr.
J. Danforth Quayle
Gregory J. Heinlein
W. Christopher Chisholm
Andrew D. Siedel
Jay C. Parkinson
Kevin L. Spence
Richard J. Heckmann
Lou L. Holtz
Charles R. Gordon
Robert D. Albergotti

**(D) Significant Lenders and Lienholders**

Wells Fargo Bank, N.A.
Bank of America, N.A.
RBS Citizens, N.A.
Citizens Bank of Pennsylvania
Capital One Business Credit Corp.
CIT Finance LLC
Banc of America Credit Products, Inc.
Wilmington Savings Fund Society, FSB
Ascribe II Investments LLC
Ascribe III Investments LLC
ECF Value Fund, LP
ECF Value Fund II, LP
ECF Value Fund International Master, LP

**(E) Insurers and Brokers**

Kinsale Insurance Company
Great West Casualty Company
Mid Continent Casualty Company
Lexington Insurance Company
North American Elite Insurance Company
XL Specialty Insurance Company
Commerce & Industry Insurance Company
Starr Indemnity & Liability Insurance Company
Ironshore Indemnity Inc.
National Union Fire Insurance Company (AIG)
Federal Insurance Company (Chubb)
Argonaut Insurance Company
US Specialty Insurance Company (HCC)
RSUI Indemnity Company
Freedom Specialty Insurance Company
Allied World National Assurance Company
Lockton Companies
Lahr Agency
North Dakota Workforce Safety & Insurance
Ohio Bureau of Workers Compensation
Lexon Insurance Company
Nationwide
CRC Swett
Tokio Marine HCC
XL Specialty Insurance Company (XL)
AIG
CHUBB
SEITZ INSURANCE AGENCY
James River Insurance
Zurich

First Insurance Funding
First Specialty Insurance Corporation
RT Specialty Group
Steadfast Insurance Company
Endurance American Specialty Insurance Company
Aspen Specialty Insurance Company

**(F) Professionals**

**Debtors' Restructuring Professionals**
AlixPartners, LLP
AP Services, LLC
Shearman & Sterling LLP
Young Conaway Stargatt & Taylor, LLP
Lazard Middle Markets LLC
Prime Clerk

**Other Restructuring Professionals**
Fried, Frank, Harris, Shriver & Jacobson LLP
Goldberg Kohn Ltd.
Conway MacKenzie, Inc.
Ropes & Gray LLP
Morrison & Foerster LLP

**Significant Ordinary Course Professionals & Other Professionals**
American Stock Transfer & Trust Company
Pearl Meyer & Partners
KPMG LLP
Hein & Associates LLP
Squire Patton Boggs (US) LLP
Kuhn Consulting, Inc.
Polsinelli P.C.
Fenix Financial Forensics LLC
Donnelly Financial Solutions
Snell & Wilmer L.L.P.
RSM US LLP
RSM McGladrey, Inc.

**(G) Parties to Litigation and Their Counsel**

Veronica Hernandez Garcia
Manuel Sanchez
Humberto J. Machado Zingg
Key Energy Services, LLC.
Shell Oil and Gas Company
Louisiana Department of Environmental Quality
In Re Nuverra Environmental Solutions, Inc. Federal Securities Class Action Plaintiffs
Terry Dickey
Devin International, Inc.
Greene's Energy Group, LLC
Greene's Energy Group International, LLC
Pipe Pros, Inc.
PP Holdco, Inc.
Pipe Pros, LLC
Eric Schaffer
Wade Keifer

Oneok Rockies Midstream, LLC
Oneok Partners, L.P.
Douglas Bedford, Jr.
Angela Bedford
Armstrong Hot Water, Inc.
Varnum LLP – Ron DeWaard
HDH Land & Timber, L.P.
Peterbilt of Lafayette, LLC
Taylor, Porter, Brooks & Phillips L.L.P.
Gabriel De La Vega
Wayne P. Perdue
Barnes & Thornburg LLP – Tina Syring
Lazar Kostovski
Patrick Johnston
Denzil Deuley
Judge Kostura & Putnman, P.C.
Pringle & Herigstad, P.C.
Crowley Fleck
Advanced Disposal LLC
Kentucky Department of Public Health
C&C Backhoe Service LLC
Clearwater Shale Services LLC
Daniel Daniluk, LLC
Osie D. Gilbert
Equal Employment Opportunity Commission
Dorsey & Whitney LLP
9Z's LLC
Chax Holdings, LLC
Anderson Bottrell Sanden & Thompson
Deck Jones
Joseph P. Novak, Esq.
Brenna Law Firm, PLLC
North Dakota Department of Labor and Human Rights
Robbins Arroyo LLP
PACCAR, Inc. d/b/a Peterbilt Motor Company
Westport Power, Inc.
Cotton Schmidt & Abbott L.L.P.
Stradling Yocca Carlson & Rauth, P.C.
Alexandra C. Christopher
Michael R. Clemens
Bordas and Bordas Attorneys, PLLC

**(H) Holders of 5% or More of Any Outstanding Equity Securities of the Company**

Mark D. Johnsrud and affiliates

Ascribe Capital LLC
Ascribe III Investments LLC
American Securities LLC
Gates Capital Management, L.P.
Gates Capital Management GP, LLC
Gates Capital Management, Inc.
Jeffrey L. Gates

**(I) Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company**

Ascribe Capital LLC
Gates Capital Management, Inc.
Phoenix Investment Adviser LLC

**(J) Indenture Trustees**

The Bank of New York Mellon Trust Company, N.A.
Wilmington Savings Fund Society, FSB
Wilmington Trust, N.A.

**(K) Counterparties to Major Leases**

Scottsdale Kierland Properties, LLC
Shallenberger Construction Inc.
Skywater Development, LLC.
PACCAR Financial
Automotive Resources International

**(L) Counterparties to Major Contracts**

S&D Holdings LLC

**(M) Major Customers and Vendors**
**Top Customers**

Oasis Petroleum North America
Hess Bakken Investments Ii, LLC
Continental Resources
Indigo Minerals
Vantage Energy
Whiting Oil & Gas Corp.
Sm Energy
Southwestern Energy Company
Chevron
Hess Trading Corporation
XTO Energy
Ascent Resources - Utica LLC
Shell - Swepi, Lp
Exco Resources
Chesapeake Energy Corporation
Oneok Rockies Midstream, LLC
Penntex Ventures LLC
Statoil
EOG Resources, Inc
Samson Resources Corp., Debtor-In-Possession
Nuverra Treatment Center
Lime Rock Resources
Qep Energy Company
Qep/Blt
Ep Energy
Devon
Conoco Phillips
Petro Quest
Power Fuels
Np Resources LLC
Hess Ohio Developments, LLC
Oasis Midstream Services

Denbury Onshore, LLC
Rice Energy Inc.
Hess Nd Pipelines, LLC
Highland Field Services LLC, Sub. of Seneca Res
Comstock
Talisman Energy Usa
Boyd & Company Construction LLC
Cornerstone Natural Resources
Eclipse Resources I, Lp
Chesapeake Operating , Inc. (Pa)
Covey Park Gas LLC
Atlas Energy Group
Newfield Exploration Company
Marathon
Indian Hills Disposal
Oasis Petroleum LLC
Southeast Directional Drilling LLC
Minn-Dak Farmers Cooperative

**Top Vendors**

Comdata Corporation
United Quality Cooperative
Concur Technologies
Wallwork Truck Center
Investors Management Marketing
Hunter Truck Sales & Service, Inc.
Western Area Water Supply Authority
Sun Coast Resources Inc
Cintas Corporation
Warhorse Vacuum Services LLC
Williams Oil & Propane
Gallagher Bassett Services Inc
Panola-Harrison Electric Co-Op
Nd Dept Of Transportation
Chad Hamilton Enterprizes
Northern A-1 Services Kalkaska
Timber Trails Apartments
Feniello Enterprises
Mielke Oil Co.
Environmental Energy Solutions LLC
Continental Broadband LLC
Aqua Terra Water Management Usa LLC
Donnelly Financial Solutions
Mts Enterprises
Ok Tire Store-Minot
Rdo Equipment Co. Inc.
Pine Island Chemical Solutions
Performance Truck
Werts Welding & Tank Service Inc.
Grace Environmental
Tdl Resources LLC
Heart-E Hot Water LLC
Rush Truck
KLN Contractors LLC
Weavertown Environmental Group
Ames Savage Water Solutions, LLC

Topcat Truck Wash
Hutchins Welding And Rental Service Inc
Ihd Liquids Management LLC
Lyden Oil Company
Mckenzie Electric Coop Inc.
Reliable Tire
Horizon-Olson LLC
Peoplenet
French-Ellison Truck Center
Mountrail Williams Electric Coop
Carol Goff
Omnitracs Inc.
Parish of Desoto
Debora Riley, PCC
Caliber Midstream Fresh Water Partners
American Express
Citizens Bank
The Bank of New York Mellon Trust Company, N.A.
9Z'S LLC
Chax Holdings, LLC
Shallenberger Construction Inc.
S&D Holdings, LLC
Shallenberger Enterprises, Inc.
Terrance Shallenberger, Jr.
Keystone Chemical LLC
Wallwork Truck Center
United Quality Cooperative
Twin Falls Oil Service LLC
JH Trucking LLC
Tom & Teds Trucking Inc
Liquid Connection Inc
RDO Equipment Co. Inc.
M & L Fresh Water Service, LLC
Encana Oil & Gas (USA) Inc
Polsinelli P.C.
Tdl Resources LLC
Comdata Corporation
Whiting Oil & Gas Corporation
Hunter Truck Sales & Service, Inc.
CDR Transport Inc
Williams Oil & Propane
Iron Will Transport
Werts Welding & Tank Service Inc.
Continental Broadband LLC
Nickleback Transport Inc
Investors Management Marketing
Wolt Transport Inc
SBT Inc
ICIMS Inc
Cross 10 Energy LLC
IHD Liquids Management LLC
Motion & Flow Control Products Inc.
Sun Coast Resources Inc
RSM US LLP
Groundmetrics Inc
701 Water LLC
Ciferno Cement Contracting, LLC

Ensign Trucking LLC

**(N) Letter of Credit Issuers and Beneficiaries; Secured Financial Creditors**

Wells Fargo Bank, N.A
Great West Casualty Company
Zurich American Insurance Company
XL Specialty Insurance Company
Scottsdale Kierland Properties, LLC
Texas Railroad Commission

**(O) Joint Venture Partners**

MBI Energy Services

**(P) All Environmental Protection Agencies (Federal and State) That May Have Jurisdiction Over Any of the Company's Properties, Products and Waste Items**

Texas Railroad Commission
Texas Commission on Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Environmental Quality
Louisiana Public Service Commission
Ohio Department of Natural Resources
Ohio Environmental Protection Agency
Pennsylvania Department of Environmental Protection
West Virginia Department of Environmental Protection
Pennsylvania Public Utility Commission
North Dakota Department of Health
North Dakota Industrial Commission, Oil and Gas Division
North Dakota State Water Commission
Montana Department of Environmental Quality
Montana Board of Oil and Gas
U.S. Environmental Protection Agency
U.S. Department of Labor Occupational Safety and Health Administration (OSHA)

**(Q) Significant Utilities or Providers of Energy to the Company (at least $100,000/year)**

AT&T
Deep East Texas Electric Co-Op
Panola-Harrison Electric Co-op
Southwestern Electric Power Company
Montana Dakota Utilities
McKenzie Electric Coop. Inc.
Mountrail Williams Electric Coop.
AEP Ohio – American Electric Power
NETC MDU EXTENSION
ROUGHRIDER ELECTRIC COOP INC.
LOWER YELLOWSTONE RURAL ELEC INC. (LYREC)
Continental Broadband (Expedient)

**(R) Federal and State Taxing Authorities**

Kathleen Packroni, Tax Collector, Fayette Cty., PA
Albert Gallatin School District, Fayette Cty, PA
AZ Personal Property Tax
La Salle Cty., TX Landfill Property Tax
Dilley, TX ISD Landfill Property Tax
Cotulla, TX Property Tax
McKenzie Cty., ND Treasurer
Golden Valley Cty., ND Treasurer
Ward Cty., ND Auditor/Treasurer
Williams Cty., ND Treasurer/Recorder
Mountrail Cty., ND Treasurer
Stark Cty., ND Auditor
Billings Cty., ND Treasurer
Richland Cty., ND Treasurer
Desoto Parish, LA
Louisiana Dept. of Revenue
Ohio Department of Taxation
Pennsylvania Department of Revenue
Pointe Coupee Parish, LA
Red River Parish, LA Tax Agency
Sabine Parish, LA
St Helena Parish, LA
Texas Comptroller
Kansas Department of Revenue
Internal Revenue Service
Arizona Department of Revenue
West Virginia State Tax Department
Securities Exchange Commission
City of Louisville, OH
City of East Canton, OH
Regional Income Tax Authority
Village of Cadiz, OH
City of Newton Falls, OH
North Dakota Office of State Tax Commissioner
Arkansas Department of Finance and Administration
Mississippi Department of Revenue
Montana Department of Revenue
New York State Department of Taxation and Finance
Oklahoma Tax Commission
State of California Franchise Tax Board
Industrial Commission of Arizona
Arizona Department of Economic Security
Pennsylvania Department of Labor and Industry
Louisiana Workforce Commission
West Virginia Division of Labor
Texas Workforce Commission
Mississippi Department of Employment Security
U.S. Department of Labor
North Dakota Department of Labor
Montana Department of Labor and Industry
Ohio Department of Commerce
Ohio Department of Job and Family Services
Pennsylvania Department of Labor and Industry
WorkForce West Virginia

**(S) Region 3 U.S. Trustee and Delaware Bankruptcy Court Personnel**

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Natalie Cox
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
David Gerardi
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Michael West
Dion Wynn
Brendan Linehan Shannon
Kevin J. Carey
Kevin Gross
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

**(T) Significant Competitors**

Missouri Basin Well Services
Light Tower Rentals
Rockwater Energy
Select Energy Services
Stallion Oilfield Services
Key Energy Services
Basic Energy Services

**(U) Royalty Vendors**

Charles Ray Lynch
Arnold Bert Gordon
Carol Goff
D&B Hill Special
Grace Environmental
Guevara Investment Partners, LLC
Harvco LLC
John Blazek
John W Gordon

01:21889270.1                    5

Johnny Lamza
Larry Joe Eaves
Minnie Lou Bagley
Norman & Charlotte Nichols Sr
PFM Greenwood
Pickering Investment Company
Ramsey R Gordon
Raymond C Pander
RCS Saltwater, LLC
RG Karg Development Co
Roger N Root
Beagle Land Company
Bloom Family Mineral Trust
D&P Locken, LLP
Jacobson, James
Johnsrud, Mark
JSBA Inc.
Klein, Allan & Shirley
Klose, Vernon & Karen
Olson, Caroline
Paluck, Doug
Rehak, Dennis & Rhonda
Rink, Delmer & Marceline
Robinson, Sharon
Romo Brothers
Scoop Dore Family LLC
Too Far Farms, LLC
Toussaint, Thomas
Toussaint, William J.
Wahlstrom, Cameron

**(V) Benefit Providers**

Aflac
USAble Life
Unum Life Insurance Company of America
Blue Cross Blue Shield of North Dakota
Wells Fargo Financial Services

**SCHEDULE 2 TO THE DECLARATION**

**Engagements with Potential Parties in Interest**

AEP Ohio – American Electric Power
American Express
American Securities LLC
AT&T
Banc of America Credit Products, Inc.
Bank of America
Conoco Phillips
Greene's Energy Group, LLC
Rice Energy Inc.
Rockwater Energy
Weavertown Environmental Group
Whiting Oil & Gas Corp.
Whiting Oil & Gas Corporation

- Lazard has a confidential relationship with an entity that appears on the potential parties in interest list under the heading "Major Customers and Vendors – Top Customers." That relationship does not relate to the Debtors or these Chapter 11 cases.