# EXHIBIT A

## OCP List

| Ordinary Course Professional | Service Category | Services Provided |
|---|---|---|
| Anthony Ostlund Baer & Louwagie, P.A. | Legal | Collections counsel |
| Ballard Spahr LLP | Legal | Litigation counsel |
| Breazeale, Sachse & Wilson, L.L.P. | Legal | Litigation counsel |
| Butzel Long | Legal | Litigation counsel |
| Crowley Fleck PLLP | Legal | Litigation counsel |
| Duff & Phelps LLC | Audit | Valuation services |
| Equity Methods | Audit | Valuation services |
| Fox Rothschild | Legal | Intellectual property counsel |
| Hein & Associates LLP | Audit | Outside auditor |
| Holland & Hart LLP | Legal | Litigation counsel |
| Jones Walker, LLP | Legal | Litigation counsel |
| LaCombe Law Firm, LLC | Legal | Environmental and real estate counsel |
| Lewis Brisbois Bisgaard & Smith LLP | Legal | Litigation counsel |
| Loki Environmental, LLC | Compliance | Environmental consultant |
| McGlinchey Stafford | Legal | Litigation counsel |
| Milliman, Inc. | Insurance | Actuarial services |
| Navigant | Consulting | General consulting |
| Oppergard & Quinton | Legal | Litigation counsel |
| Pearl Meyer & Partners | Compliance | Compensation consultant |
| Perkins Coie, LLP | Legal | Collections counsel |
| Pion Nerone Girman Winslow & Smith PC | Legal | Litigation counsel |
| Polsinelli P.C. | Legal | Insurance litigation counsel |
| Protiviti | Audit | Internal audit consulting |
| RB Tax Advisors | Tax | Tax advisory services |
| Reed Smith LLP | Legal | General and employee benefits counsel |
| Reminger COL, LPA | Legal | Workers' compensation and employment counsel |
| RSM US LLP/RSM McGladrey, Inc. | Tax | Tax advisory services |
| Ryan LLC | Audit | Sales tax audits; state tax |
| Scopelitis, Garvin, Light, Hanson & Feary, P.C. | Legal | DOT counsel |
| Snell & Wilmer L.L.P. | Legal | Special counsel |
| The Piacente Group | IR | Investor relations consulting |
| Vogel Law Firm | Legal | North Dakota local counsel |
| Wilson, Elsner, Moskowitz, Edelman & Dicker LLP | Legal | Litigation counsel |

01:19371517.10

# **EXHIBIT B**

**Form Declaration of Disinterestedness**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
::
**In re:**  :  Chapter 11
:
**Nuverra Environmental Solutions, Inc., *et al.*,**[1]  :  Case No. 17–10949 (KJC)
:
**Debtors.**  :  (Jointly Administered)
:
:
---------------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS

I, [●], do hereby declare under penalty of perjury:

1. I am a **[●]** of **[●],** located at **[●]** (the "**Firm**").

2. This declaration (the "**Declaration**") is submitted in accordance with the *Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date* [Docket No. ___] (the "**OCP Order**"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

3. The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have requested that the Firm provide **[●]** services to the Debtors, and the Firm has agreed to provide such services.

4. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

cases for persons that are parties in interest in the Debtors' chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

6. Neither I, nor any principal, partner, director, or officer of, nor any professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. Neither I nor any principal, partner, director or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

8. Neither I nor any principal, partner, director or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain is a relative of the United States Bankruptcy Judge assigned to these chapter 11 cases, and the Firm does not have a connection with the United States Bankruptcy Judge that would render the Firm's retention in these chapter 11 cases improper. Further, the Firm does not have any connection with the Office of the United States Trustee (the "**U.S. Trustee**") or any persons employed by the U.S. Trustee.

9. The Debtors owe the Firm $ **[●]** for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**").

10. As of the Petition Date, the Firm [was/was not] party to an agreement for indemnification with certain of the Debtors. [If there is such an agreement, such agreement is attached hereto as <u>Exhibit 1</u> (the "**Agreement**"). I have reviewed the OCP Order and understand that the indemnification provisions set forth in the Agreement are subject, during the pendency of the Debtors' chapter 11 cases, to the modifications set forth in paragraph 4 the OCP Order.]

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [●]

By: _____
  [●]

01:19371517.10

3