IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
:
:
:
In re:                                              :    Chapter 11
:
Nuverra Environmental Solutions, Inc., *et al.*,[1]  :    Case No. 17–10949 (KJC)
:
Debtors.                                  :    (Jointly Administered)
:
:
:    RE: Docket No. 13
:
-------------------------------------------------------------------x

**NOTICE OF FILING OF SUPPLEMENT TO THE DEBTORS'
PREPACKAGED PLANS OF REORGANIZATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") submit this plan supplement (the "**Plan Supplement**") in support of, and in accordance with, the *Debtors' Prepackaged Plans of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 13] (as may be amended, supplemented, or modified from time to time, the "**Plan**").[2] The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

01:21922033.2

## Contents

This Plan Supplement contains the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors and the Supporting Noteholders in accordance with the Plan as set forth below:

| Exhibit | Plan Supplement Document |
|---|---|
| A | List of the Known Members of the Reorganized Nuverra Board and the Nature and Compensation for any Director Who Is an "Insider" under the Bankruptcy Code |
| B | Schedule of Rejected Contracts |
| C | New Employment Agreements |
| D | Exit Financing Term Sheet |
| E | Rights Offering Procedures |
| F | Registration Rights Agreement |
| G | Reorganized Nuverra Constituent Documents |
| H | Conformed Copy of the Restructuring Support Agreement |
| I | Management Incentive Plan Term Sheet |
| J | Schedule of Preserved Claims and Causes of Action |

Certain documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors, the Supporting Noteholders, and other interested parties. Subject to the terms and conditions of the Plan, the Debtors and the Supporting Noteholders reserve all rights to amend, revise, or supplement this Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

Dated: May 19, 2017
      Wilmington, Delaware

SHEARMAN & STERLING LLP
Douglas P. Bartner
Fredric Sosnick
Sara Coelho
Stephen M. Blank
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8174

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime Luton Chapman*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Proposed Counsel to the Debtors and Debtors in Possession