# **EXHIBIT A**

List of the Known Members of the Reorganized Nuverra Board and the Nature and Compensation for any Director Who Is an "Insider" under the Bankruptcy Code

## Directors and Officers of Reorganized Nuverra

In accordance with Section 4.13(a) of the Plan, on the Effective Date, the Reorganized Nuverra Board shall consist of five (5) members: the Chief Executive Officer of Reorganized Nuverra, Mark D. Johnsrud, two (2) individuals designated by Ascribe Capital LLC and two (2) individuals designated by Gates Capital Management, Inc.  The composition of the Reorganized Nuverra Board shall fully comply with the standards and rules of the SEC and the New York Stock Exchange or another applicable nationally recognized exchange that apply to boards of public companies.  Each member of the Reorganized Nuverra Board shall assume such position upon the Effective Date.  Any subsequent Reorganized Nuverra Board shall be elected, classified, and composed in a manner consistent with the Reorganized Debtors Constituent Documents and applicable non-bankruptcy law.

Officers of the other Debtors will be determined in accordance with the applicable constituent documents.

The identifiable directors and officers of Reorganized Nuverra are disclosed below, in accordance with section 1129(a)(5) of the Bankruptcy Code.  The remaining composition of the Reorganized Nuverra Board shall be disclosed prior to the entry of the Confirmation Order and at least three (3) of the individuals to be designated by Ascribe and Gates, collectively, shall be "independent directors" and shall satisfy any applicable independence standards, tests and rules of the SEC and the New York Stock Exchange or any other applicable nationally recognized exchange that apply to boards of public companies.

**Directors and Officers of Reorganized Nuverra**

| Title | Biography and Affiliations |
|---|---|
| *Chief Executive Officer and Chairman of the Board* | **Mark D. Johnsrud** serves as Nuverra's Chief Executive Officer and Chairman of Nuverra's Board of Directors. Mr. Johnsrud was the Chief Executive Officer of Power Fuels since he acquired the business in 2005 until Heckmann Corporation merged with Power Fuels in November 2012. He is a former senior executive with several financial services firms, most recently as a Managing Director and Senior Vice President at Bank of America. He holds an M.S. degree in economics from Texas A&M University. |
| *Executive Vice President and Chief Legal Officer* | **Joseph M. Crabb** serves as Nuverra's Executive Vice President, Chief Legal Officer and Corporate Secretary. He joined Nuverra in 2014 with more than 20 years of experience in the areas of corporate finance, corporate governance, and merger, acquisition, and divestiture transactions. He oversees all aspects of the Company's legal, compliance and risk management functions, including securities reporting and compliance, corporate finance transactions and litigation. Prior to joining the Company, Mr. Crabb served as a partner in the Corporate practice group of the international law firm now known as Squire Patton Boggs, LLP. He holds a B.A. in History and a J.D. from the University of Iowa. |