# **EXHIBIT B**

Schedule of Rejected Contracts

## Contracts to be Rejected Upon Plan Confirmation

The inclusion of any contract, lease or agreement on this schedule is not and should not be construed as an admission by the Debtors that any contract, lease or agreement is in fact an executory contract or unexpired lease or that any Debtor or Reorganized Debtor, as the case may be, has any liability thereunder. To the extent that a Debtor that may have liability under any of the below contracts, leases or agreements is not listed below, such Debtor rejects the applicable lease, contract or agreement.

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Badlands Power Fuels (DE), LLC<br>Ideal Oilfield Disposal, LLC | Sale and Purchase Agreement | TDL Resources, LLC | c/o Derek Taaca, P.O. Box 1844 | Crested Butte | CO | 81224 |
| | | 9 Z's LLC | c/o Pat Zavoral, 210 11th Street North, #204 | Fargo | ND | 58102 |
| | | Chax Holdings, LLC | c/o Dave Johnson, P.P. Box 1048 | Watford City | ND | 58854 |
| Nuverra Environmental Solutions, Inc.<br>Appalachian Water Services, LLC<br>HEK Water Solutions, LLC<br>NES Water Solutions, LLC | Settlement Agreement and Mutual Release | Shallenberger Construction, Inc.<br>S&D Holdings, LLC<br>Shallenberger Enterprises, Inc.<br>Terrance C. Shallenberger, Jr. | 195 Enterprise Lane | Connellsville | PA | 15425 |
| | | | With a copy to<br>Watson Mundorff Brooks & Sepic, LLP<br>720 Vanderbilt Road | Connellsville | PA | 15425 |
| | | | With a copy to Pepper Hamilton, LLP 500 Grant Street, Suite 5000 | Pittsburg | PA | 15219 |
| Appalachian Water Services, LLC | Lease Agreement | Shallenberger Construction, Inc.<br>Skywater Development, LLC | 195 Enterprise Lane | Connellsville | PA | 15425 |
| | | | With a copy to<br>Watson Mundorff Brooks & Sepic, LLP<br>720 Vanderbilt Road | Connellsville | PA | 15425 |
| | | | With a copy to Pepper Hamilton, LLP<br>500 Grant Street, Suite 5000 | Pittsburg | PA | 15219 |
| Appalachian Water Services, LLC | Option Agreement | Shallenberger Construction, Inc.<br>Skywater Development, LLC | 195 Enterprise | Connellsville | PA | 15425 |
| | | | With a copy to<br>Watson Mundorff Brooks & Sepic, LLP<br>720 Vanderbilt Road | Connellsville | PA | 15425 |
| | | | With a copy to Pepper Hamilton, LLP<br>500 Grant Street, Suite 5000 | Pittsburg | PA | 15219 |
| Nuverra Environmental Solutions, Inc. | Promissory Note | S&D Holdings, LLC | 195 Enterprise Lane | Connellsville | PA | 15425 |
| | | | With a copy to<br>Watson Mundorff Brooks & Sepic, LLP<br>720 Vanderbilt Road | Connellsville | PA | 15425 |
| | | | With a copy to Pepper Hamilton, LLP<br>500 Grant Street, Suite 5000 | Pittsburg | PA | 15219 |
| Heckmann Corporation (n/k/a Nuverra | Office Building | Scottsdale-Kierland Properties, | c/o Furst Properties, LLC, 14648 N. | Scottsdale | AZ | 85254 |

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Environmental Solutions, Inc.) | Lease | LLC | Scottsdale Road, Suite 140 | | | |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X6CD168724 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X0CD168721 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X2CD168722 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X4CD168723 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X3CD168714 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X6CD168707 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |

\*     To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | 1XPWDW9X9CD168717 | | | | | |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X3CD168728 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X0CD168718 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X9CD168720 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X4CD168737 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X0CD168735 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X6CD168738 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), | Vehicle Lease | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |

\* To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.

3

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Inc.* | Agreement Pertaining to VIN# 1XPWDW9X2DD168771 | | | | | |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X8DD168774 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X1DD168776 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X3DD168780 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X7DD168779 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPTDW9X4CD151570 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPTDW9X6CD151571 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |

\*   To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X2DD168740 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X6DD168739 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X6DD168742 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X4DD168741 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X5DD168781 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X3DD168763 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |

\*     To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | 1XPWDW9X7DD168765 | | | | | |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X4DD168769 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X8DD168743 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9XXDD168744 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X1DD168745 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X3DD168746 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X5DD168747 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), | Vehicle Lease | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |

\*     To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.

| Debtor Entity Rejecting | Contract Description | Counterparty(ies) | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Inc.* | Agreement Pertaining to VIN# 1XPWDW9X7DD168748 | | | | | |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X9DD168749 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X5DD168750 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X7DD168751 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc.* | Vehicle Lease Agreement Pertaining to VIN# 1XPWDW9X0DD168753 | ARI Fleet LT | 4001 Leadenhall Road, PO Box 5039 | Mt. Laurel | NJ | 08054 |
| Heckmann Water Resources (CVR), Inc. | Lease Agreement | Raymond C. Pander Living Trust and Paula J. Pander Living Trust | 1805 Old Trail Road, PO Box 488 | Bolivar | Ohio | 44612 |

\* To the extent there are any guaranty claims related to the rejection of any vehicle lease agreement, such guaranty claims will be treated in Class A8—Nuverra Group Rejection Damage Claims and such guaranty with respect to any rejected lease is also rejected to the extent such guaranty is found to be an executory contract.