**<u>EXHIBIT E</u>**

Rights Offering Procedures

01:21928023.1

# RIGHTS OFFERING PROCEDURES[1]

## I.    Introduction

On May 1, 2017, the Debtors commenced the Chapter 11 Cases and filed their joint prepackaged plans of reorganization with the United States Bankruptcy Court for the District of Delaware [D.I. 13] (as such plans may be amended or modified from time to time in accordance with the terms thereof, the "***Plan***"), and the disclosure statement with respect to the Plan [D.I. 14] (as such disclosure statement may be amended from time to time in accordance with its terms, the "***Disclosure Statement***").  Holders of Allowed 2021 Note Claims in Classes A5, B5 and C5 (2021 Note Claims against each of the Debtors) as of [●] (the "***Rights Offering Record Date***") that are entitled to Rights in accordance with these Rights Offering Procedures (each such Holder, an "***Eligible Offeree***") have the right to participate in the Rights Offering in accordance with the terms and conditions of these procedures (the "***Rights Offering Procedures***").

In connection with the Plan, and in accordance with these Rights Offering Procedures, the Debtors will launch the Rights Offering to Eligible Offerees (as defined below) following the Confirmation Date.  Pursuant to the Rights Offering, Eligible Offerees will be entitled to receive their Pro-Rata Share of Rights to acquire Rights Offering Shares (as defined below), provided that such Eligible Offeree timely and properly executes and delivers its Rights Offering subscription exercise form (the "***Subscription Form***") to the subscription agent (the "***Subscription Agent***").  The Subscription Form and these Rights Offering Procedures will be distributed to Holders of Allowed 2021 Note Claims on a date selected by the Debtors and the Supporting Noteholders and is currently expected to be within two (2) Business Days following the Confirmation Date.

All questions relating to these Rights Offering Procedures, the Subscription Form or any other documents associated with the Rights Offering, or the requirements to participate in the Rights Offering should be directed to the Subscription Agent retained by the Debtors, at:

<div align="center">

**Nuverra Rights Offering**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 3rd Floor**
**New York, NY 10022**
**nuverrarightsoffering@primeclerk.com**

</div>

Subscription Forms may be returned by the Subscription Nominee to the physical address or email address referenced above.

> *Before exercising any Rights you should read the Disclosure Statement, including the sections entitled "Risk Factors," "Summary of the Solicitation and Plan," "Valuation Analysis," "Rights Offering," "Summary of the Prepackaged Plan," "Certain Other Legal Considerations" and "Certain U.S. Federal Income Tax Consequences of the Plan."  The Disclosure Statement sets forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

*THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING. THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT.*

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

## II.    Rights Offering

The Plan contemplates that, in accordance with these Rights Offering Procedures, each Holder of an Allowed 2021 Note Claim as of the Rights Offering Record Date shall receive, in exchange for the surrender or cancellation of such Holder's Allowed 2021 Note Claim, its Pro-Rata Share of rights to participate in the Rights Offering (each, a "***Right***"). Each Right entitles the Holder thereof to subscribe for one share of Reorganized Nuverra Common Stock (all such stock to be issued in connection with the Rights Offering, the "***Rights Offering Shares***") at a price per share (the "***Rights Exercise Price***") equal to the price per share of Reorganized Nuverra Common Stock on the effective date of the Plan (the "***Effective Date***") based on an assumed total enterprise value of the Reorganized Debtors on the Effective Date of $350,000,000, which Rights Exercise Price will be $[●]. The gross proceeds of the Rights Offering for Holders of Allowed 2021 Note Claims, assuming all such Rights are validly exercised, will be $75 million.

In addition, the Subscription Form provides that each Eligible Offeree electing to purchase its Pro-Rata Share of the Rights Offering Shares will also have the right (an "***Oversubscription Right***") to elect to purchase additional Rights Offering Shares in the event that any Rights Offering Shares remain unsubscribed after the Subscription Deadline (such unsubscribed shares, the "***Unsubscribed Shares***" and, such election, an "***Oversubscription Election***"). In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares.

01:21930386.2

The Plan also contemplates that Holders of Allowed 2018 Note Claims against the Nuverra Group Debtors, as of the Rights Offering Record Date, shall receive 2018 Noteholder Rights to subscribe for and purchase, in the aggregate, $75 million of the Rights Offering Shares at the Rights Exercise Price. Holders of Allowed 2018 Note Claims as of the Rights Offering Record Date shall receive separate rights offering procedures and subscription forms for the exercise of 2018 Noteholder Rights, which shall be distributed concurrently herewith.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

## III.    Subscription Period

The Rights Offering shall commence on the day upon which the Subscription Form is distributed to Holders of Allowed 2021 Note Claims as of the Rights Offering Record Date (the "***Subscription Commencement Date***"), which is a date selected by the Debtors and the Supporting Noteholders, and is currently expected to be within two (2) Business Days following the Confirmation Date. The Rights Offering shall expire at 5:00 p.m. (New York time) on the date that is [[●] Business Days] following the Subscription Commencement Date, unless such time period is reduced or extended by the Debtors with the consent of the Supporting Noteholders (such time and date, as it may be amended, the "***Subscription Deadline***" and the period from the Subscription Commencement Date to the Subscription Deadline, the "***Subscription Period***"). The Debtors shall promptly notify the Eligible Offerees of any extension of the Subscription Deadline by press release or otherwise. Each Eligible Offeree intending to participate in the Rights Offering must affirmatively make a binding election to exercise its Rights and Oversubscription Rights and submit payment for the Rights Offering Shares on or prior to the Subscription Deadline in accordance with the provisions of Article IV hereof.

## IV.    Exercise of Rights and Oversubscription Rights

A.    In order to validly exercise their Rights, on or before the Subscription Deadline, Eligible Offerees must:

(i)    return a completed and signed Subscription Form to the Subscription Agent electing to exercise all or a portion of such Eligible Offeree's Rights;

01:21930386.2

3

(ii)      provide to the Subscription Agent with the signed Subscription Form, a completed and executed IRS Form W-9, W-8BEN, W-8BEN-E, W-8ECI, W8-EXP or W-8IMY, as applicable;

(iii)    instruct your Subscription Nominee (as defined below) to electronically deliver your 2021 Notes Claims via DTC's Automated Tender Offer Program ("**ATOP**") on or before the Subscription Deadline (please allow sufficient time for your Subscription Nominee to deliver your 2021 Notes Claims such that your Subscription Form, which includes your ATOP confirmation number, can be returned to the Subscription Agent by the Subscription Deadline);[2] and

(iv)    pay to the Subscription Agent, by wire transfer of immediately available funds, an amount equal to the Rights Exercise Price multiplied by the number of Rights being exercised by such Holder of the Rights (the "*Purchase Price*") for the Rights Offering Shares elected to be purchased by such Eligible Offeree, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

**Rights will not be considered exercised until the Subscription Agent receives all of the items set forth in (i) – (iii) above, including full payment of the Purchase Price.  Once the Rights have been exercised, they cannot be transferred or otherwise revoked or withdrawn.**

No later than five (5) Business Days after the Subscription Deadline, the Subscription Agent shall deliver to each Eligible Offeree that has complied with these Rights Offering Procedures to the satisfaction of the Debtors and the Subscription Agent, a written notice of the acceptance of its Subscription Form and receipt of its Purchase Price.

B.    Oversubscription Rights

In order to validly exercise their Oversubscription Rights, Eligible Offerees must, in addition to complying with the procedures for validly exercising Rights, specify on the Subscription Form the number of Unsubscribed Rights Offering Shares such Eligible Offeree wishes to purchase pursuant to its Oversubscription Rights.

No later than five (5) Business Days after the Subscription Deadline, the Subscription Agent shall deliver to each Eligible Offeree that makes an Oversubscription Election a notice (the "*Oversubscription Payment Notice*") setting forth (i) the number of Unsubscribed Shares to which such Eligible Offeree is entitled and (ii) the balance owed by such Eligible Offeree, if any, on account of the exercise of its Oversubscription Rights (the "*Oversubscription Balance*"), which amount shall be payable in addition to such Eligible Offeree's Purchase Price.  Any Eligible Offeree that receives an Oversubscription Payment Notice, shall have until 5:00 pm (New York time) on the second (2nd) Business Day after receipt of such Oversubscription Payment Notice (which deadline will also be set forth therein) (the "*Oversubscription Payment*

---

[2] Once your 2021 Notes Claims are delivered via ATOP, such 2021 Notes Claims will not be transferable until they are released from ATOP promptly after the Subscription Deadline (which release is expected to be no later than one Business Day after the Subscription Deadline).

*Date*") to pay in full to the Subscription Agent its Oversubscription Balance by wire transfer of immediately available funds, which shall be held in escrow and shall not become property of the Estates until the Effective Date.

  C.  <u>Subscription Nominees</u>

  The Debtors will furnish, or cause to be furnished, Subscription Forms to the initial Eligible Offerees and/or, to the extent applicable, their brokers, dealers, commercial banks, trust companies, or other agents or nominees (the "***Subscription Nominees***"). Each Subscription Nominee is entitled to receive sufficient copies of these Rights Offering Procedures and the Subscription Form for distribution to the Eligible Offerees for whom such Subscription Nominee holds such Allowed 2021 Note Claims.

  In order to exercise their Rights and make an Oversubscription Election, any Eligible Offeree who holds Rights through a Subscription Nominee must return a duly completed Subscription Form to its Subscription Nominee or otherwise instruct its Subscription Nominee as to its instructions for the Rights or Oversubscription Election (in each case in sufficient time to allow such Subscription Nominee to deliver the Subscription Form to the Subscription Agent prior to the Subscription Deadline) in accordance with procedures established by its Subscription Nominee, which, in turn, must comply with the terms and conditions of these Rights Offering Procedures.

  For purposes of the Rights Offering, Wilmington Savings Fund Society, FSB, in its capacity as Indenture Trustee for the 2021 Notes, shall not constitute a Subscription Nominee and shall have no responsibility with respect to sending any Rights Offering information to or collecting any Subscription Forms from Eligible Offerees.

**V.**  **Transfer Restrictions**

  Rights and Oversubscription Rights may be sold, transferred, assigned, pledged, hypothecated, participated, donated or otherwise encumbered or disposed of, directly or indirectly (including through derivatives, options, swaps, forward sales or other transactions in which any person receives the right to own or acquire any current or future interest in the Rights, Oversubscription Rights, the Rights Offering Shares, the Allowed 2021 Note Claims or any related claims) during the Subscription Period (each of the above, a "***Transfer***" and the recipient of such Rights and Oversubscription Rights, a "***Rights Transferee***") only pursuant to the terms of these Rights Offering Procedures.

  ***The Rights and the Oversubscription Rights are not detachable from the underlying Allowed 2021 Note Claims before the Subscription Deadline***. An Eligible Offeree's Rights and Oversubscription Rights are transferable only together with the Transfer of the associated Allowed 2021 Note Claims and only during the Subscription Period. For a Rights Transferee to participate in the Rights Offering and qualify as an Eligible Offeree, as well as to ensure that the Rights and Oversubscription Rights are not detached from the underlying Allowed 2021 Notes Claims, Rights Transferees must: (i) electronically delivery their 2021 Notes Claim via DTC's ATOP system on or before the Subscription Deadline, and (ii) must submit its Subscription Form

and pay the Purchase Price to the Subscription Agent by the Subscription Deadline in accordance with the terms hereof.

**IF ANY PORTION OF AN ALLOWED 2021 NOTE CLAIM OR ANY RIGHTS OR OVERSUBSCRIPTION RIGHTS HAVE BEEN TRANSFERRED NOT IN ACCORDANCE WITH THESE RIGHTS OFFERING PROCEDURES, SUCH CORRESPONDING RIGHTS AND OVERSUBSCRIPTION RIGHTS WILL BE CANCELLED, AND NEITHER THE TRANSFEROR NOR THE RIGHTS TRANSFEREE OF SUCH CLAIM OR SUCH RIGHTS WILL RECEIVE RIGHTS OFFERING SHARES IN CONNECTION WITH SUCH CLAIM OR RIGHTS.**

**Once an Eligible Offeree has properly exercised its Rights and Oversubscription Rights, subject to the terms and conditions of these Rights Offering Procedures, such exercise shall be irrevocable and no further transfers shall be permitted or recognized.**

2021 Note Claims transferred after the Subscription Deadline will be transferred independent of any rights to receive Rights Offering Shares distributable as a result of the exercise of Rights or Oversubscription Rights associated with such 2021 Note Claims.  Rights offering Shares shall only be distributed to the Eligible Offerees that exercised the Rights and Oversubscription Rights as of the Subscription Record Date.

### VI.    Validity of Exercise of Rights

Any and all disputes concerning the timeliness, viability, form, and eligibility of any exercise of Rights and Oversubscription Rights shall be addressed in good faith by the Debtors in consultation with the Supporting Noteholders, the determinations of which shall be final and binding.  The Debtors, with the approval of the Supporting Noteholders, may (i) waive any defect or irregularity, or permit a defect or irregularity to be corrected, within such times as it may determine in good faith to be appropriate or (ii) reject the purported exercise of any Rights or Oversubscription Rights for which the Subscription Form and/or payment includes defects or irregularities.  Subscription Forms shall be deemed not to have been properly completed until all irregularities have been waived or cured.  The Debtors reserve the right, with the approval of the Supporting Noteholders, to give notice to any Eligible Offeree regarding any defect or irregularity in connection with any purported exercise of Rights and Oversubscription Rights by such Eligible Offeree, and the Debtors may, with the approval of the Supporting Noteholders, permit such defect or irregularity to be cured; it being understood, that none of the Debtors, the Subscription Agent or the Supporting Noteholders (or any of their respective officers, directors, employees, agents or advisors) shall incur any liability for failure to give such notification.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate**

number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.

The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.

## VII. Funds

The payments made to acquire Rights Offering Shares pursuant to the Rights Offering and the Oversubscription Balances (collectively, the "***Rights Offering Funds***") shall be deposited when made and held by the Subscription Agent pending the issuance of the Rights Offering Shares in a segregated account or accounts (i) which shall be separate and apart from the Subscription Agent's general operating funds and any other funds subject to any lien, encumbrance, or cash collateral arrangements and (ii) which segregated account or accounts will be maintained for the purpose of holding the money for administration of the Rights Offering. The Subscription Agent shall not use the Rights Offering Funds for any purpose other than to release the funds as directed by the Debtors on the Effective Date or as otherwise set forth in these Rights Offering Procedures or in the Plan, and, until released in accordance with the foregoing, the Rights Offering Funds will not be deemed part of the Estates. The Subscription Agent shall not permit the Rights Offering Funds to be encumbered by any lien, encumbrance, or cash collateral obligation. No interest will be paid to participating Eligible Offerees on account of any amounts paid in connection with their exercise of Rights or Oversubscription Rights under any circumstances.

## VIII. Rights Offering Conditioned Upon Effectiveness of the Plan; Reservation of Rights

All exercises of Rights and Oversubscription Rights are subject to and conditioned upon confirmation of the Plan and the occurrence of the Effective Date. Notwithstanding anything contained herein, in the Disclosure Statement or in the Plan to the contrary, the Debtors reserve the right, with the consent of the Supporting Noteholders, to extend or reduce the duration of the Rights Offering or to modify these Rights Offering Procedures in order to comply with applicable law or to adopt such additional detailed procedures to more efficiently administer the Rights Offering.

IX.     **Return of Rights Offering Amount**

In the event that the Debtors revoke, withdraw or fail to consummate the Plan, or the conditions precedent to the occurrence of the Effective Date shall not have been satisfied or waived in accordance with section 8.1 of the Plan, the Subscription Agent shall, within five (5) Business Days of such event or failure to consummate the Plan, return Purchase Price payments made by and Oversubscription Balances of each Eligible Offeree without any interest.

X.      **Miscellaneous**

A.      <u>Failure to Exercise Rights</u>

**Unexercised Rights and Oversubscription Rights will be relinquished at the Subscription Deadline.**  If, on or prior to the Subscription Deadline, the Subscription Agent for any reason does not receive from an Eligible Offeree or its Subscription Nominee a duly completed Subscription Form with full payment of the applicable Purchase Price, such Eligible Offeree shall be deemed to have irrevocably relinquished and waived its Rights and Oversubscription Rights.

Any attempt to exercise Rights or Oversubscription Rights after the Subscription Deadline shall be null and void and the Debtors shall not be obligated to honor any such purported exercise received by the Subscription Agent after the Subscription Deadline regardless of when the documents relating thereto were sent.

**The method of delivery of the Subscription Form and any other required documents is at each Eligible Offeree's option and sole risk, and delivery will be considered made only when actually received by the Subscription Agent.  Delivery by reputable overnight courier is encouraged and strongly recommended.  In all cases, you should allow sufficient time to ensure timely delivery prior to the Subscription Deadline.**

**The risk of non-delivery of the Subscription Form and any other required documents sent to the Subscription Agent in connection with the exercise of the Rights and Oversubscription Rights lies solely with the Holders of the Allowed 2021 Note Claims, as applicable, and none of the Debtors, the reorganized Debtors, or any of their respective officers, directors, employees, agents or advisers, including the Subscription Agent, assumes the risk of non-delivery under any circumstance whatsoever.**

**Distribution by the Subscription Agent of the Subscription Form and these procedures to the Nominees reflected on the securities position report provided by DTC as of the Rights Offer Record Date (with instructions to forward such documents to the Nominees' beneficial holder clients) and/or posting of these procedures and Subscription Form on DTC's LENS Noticing System shall constitute valid and sufficient delivery of such documents, and satisfy the obligations of the Rights Offering Agent with respect thereto. Nominees may utilize an agent to distribute the Subscription Form and these procedures to their beneficial holder clients and seek reasonable reimbursement of the costs associated therewith by submitting a timely invoice to the Subscription Agent.**

01:21930386.2

B.    Payment for Rights and Oversubscription Rights

If, on or prior to the Subscription Deadline, the Subscription Agent for any reason does not receive on behalf of an Eligible Offeree immediately available funds by wire transfer in an amount equal to the total Purchase Price for the Rights Offering Shares elected to be purchased by such Eligible Offeree, such Eligible Offeree shall be deemed to have relinquished and waived its Rights.

If, on or prior to the Oversubscription Payment Date, the Subscription Agent for any reason does not receive on behalf of an Eligible Offeree immediately available funds by wire transfer in an amount equal to the total Oversubscription Balance for the Unsubscribed Shares elected to be purchased by such Eligible Offeree, such Eligible Offeree shall be deemed to have relinquished and waived its Oversubscription Rights.

Payment of the Purchase Price and, as applicable, any Oversubscription Balance must be made in United States dollars for the number of shares of Rights Offering Shares subscribed for.

C.    Distribution of the Rights Offering Shares

The Rights Offering Shares to be issued pursuant to the Rights Offering are expected to be delivered to Eligible Offerees that have (i) properly exercised their Rights and Oversubscription Rights, (ii) electronically delivered their 2021 Notes Claims via DTC's ATOP system and (iii) paid the Purchase Price and Oversubscription Balance (to the extent applicable) on or as soon as practicable following the Effective Date, subject to and in accordance with the terms of the Plan.

D.    No Fractional Rights or Rights Offering Shares

Eligible Offerees may exercise (in whole dollar increments) all, some, or none of the Rights held by Eligible Offerees and the Purchase Prices for Eligible Offerees will be adjusted accordingly (in whole dollar increments).  No fractional Rights or Rights Offering Shares will be issued by the Debtors in connection with the Rights Offering.  Instead, the number of Rights distributed will be rounded down to the nearest dollar and all share allocations will be calculated and rounded down to the nearest whole share.

E.    Securities Law and Related Matters

The Rights Offering Shares issued to the Eligible Offerees participating in the Rights Offering or making an Oversubscription Election will be exempt from registration under the Securities Act of 1933, as amended (the "**_Securities Act_**"), and any other applicable federal and state securities laws pursuant to Section 1145 of the Bankruptcy Code, and may be resold, without registration under the Securities Act or other applicable federal and state securities laws, unless the Holder is an "underwriter" with respect to such securities, as that term is defined in Section 1145(b) of the Bankruptcy Code.

Reorganized Nuverra has agreed to use reasonable best efforts to list the Reorganized Nuverra Common Stock on the New York Stock Exchange, the NASDAQ Stock Market or another nationally recognized exchange as soon as practicable, subject to meeting applicable

listing requirements, following the Effective Date.  However, there can be no assurance that a new listing will be achieved or that an active trading market for Reorganized Nuverra Common Stock will ever develop or, if such a market does develop that it will be maintained.

  F. <u>Tax Considerations</u>

   For a description of U.S. federal income tax treatment and consequences in connection with the exercise of the Rights and Oversubscription Rights, see Section XII of the Disclosure Statement (Certain U.S. Federal Income Tax Consequences of the Plan).

01:21930386.2

## SUBSCRIPTION FORM
## FOR
## ALLOWED 2021 NOTE CLAIMS

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED OR SPECIFICALLY REFERENCED IN THE MATERIALS MAILED WITH THESE INSTRUCTIONS AND THE ATTACHED SUBSCRIPTION FORM.**

## INSTRUCTIONS TO SUBSCRIPTION FORM
## IN CONNECTION WITH DEBTORS' JOINT PREPACKAGED PLANS OF
## REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

<div style="border:1px solid black; padding:10px;">

### SUBSCRIPTION DEADLINE

The deadline to exercise Rights and Oversubscription Rights pursuant to the Rights Offering is 5:00 p.m., New York City time, on [●], unless otherwise extended or shortened as described in the Rights Offering Procedures (the "**Subscription Deadline**").

You must leave sufficient time for your duly completed Subscription Form to reach your Subscription Nominee, your Subscription Nominee to electronically deliver your 2021 Note Claims via DTC's Automated Tender Offer Program ("**ATOP**"), and your Subscription Form to be processed and delivered to the Subscription Agent (as defined below) on or prior to the Subscription Deadline.

</div>

To Holders of Allowed 2021 Note Claims of Nuverra Environmental Solutions, Inc. and its debtor affiliates (collectively, the "**Debtors**"):

On May 1, 2017, the Debtors commenced the Chapter 11 Cases and filed their joint prepackaged plans of reorganization with the United States Bankruptcy Court for the District of Delaware [D.I. 13] (as such plans may be amended or modified from time to time in accordance with the terms thereof, the "**Plan**"), and the disclosure statement with respect to the Plan [D.I. 14] (as such disclosure statement may be amended from time to time in accordance with its terms, the "**Disclosure Statement**"). On May 19, 2017, the Debtors filed the Plan Supplement, which included a copy of the procedures governing the Rights Offering [D.I. ●] (as amended or supplemented from time to time, the "**Rights Offering Procedures**")), which Rights Offering Procedures are available on the Debtors' restructuring website at https://cases.primeclerk.com/nuverra or upon request from the Subscription Agent. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or Rights Offering Procedures, as applicable.

Pursuant to the Plan, Holders of Allowed 2021 Note Claims in Classes A5, B5 and C5 (2021 Note Claims against each of the Debtors) or their transferee (a "**Rights Transferee**") as of the Subscription Deadline (the "**Rights Offering Record Date**") (each such Holder, an "**Eligible Offeree**") have the right to participate in the Rights Offering in accordance with the terms and conditions of the Rights Offering Procedures.

Each Eligible Offeree shall receive, in exchange for the surrender or cancellation of such Holder's Allowed 2021 Note Claim, its Pro-Rata Share of rights to participate in the Rights Offering (each, a "**Right**"). Each Right entitles the Holder thereof to subscribe for one share of Reorganized Nuverra Common Stock (all such stock to be issued in connection with the Rights Offering, the "**Rights Offering Shares**") at a price per share (the "**Rights Exercise Price**") equal to the price per share of Reorganized Nuverra Common Stock on the effective date of the Plan (the "**Effective Date**"). Based on an assumed total enterprise value of the Reorganized Debtors on the Effective Date for purposes of this Rights Offering of $350,000,000, the Rights Exercise Price will be $[●].

In addition, pursuant to the Rights Offering Procedures, each Eligible Offeree electing to purchase its Pro-Rata Share of the Rights Offering Shares will also have the right (an "**Oversubscription Right**") to elect to purchase additional Rights Offering Shares in the event that any Rights Offering Shares remain unsubscribed after the

Subscription Deadline (such unsubscribed shares, the "*Unsubscribed Shares*" and, such election, an "*Oversubscription Election*").  In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares.

The Plan, the Disclosure Statement and the Rights Offering Procedures set forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.

---

*Before exercising any Rights you should read the Disclosure Statement, including the sections entitled "Risk Factors," "Summary of the Solicitation and Plan," "Valuation Analysis," "Rights Offering," "Summary of the Prepackaged Plan," "Certain Other Legal Considerations" and "Certain U.S. Federal Income Tax Consequences of the Plan."  The Disclosure Statement sets forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.*

---

*THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING.  THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT*.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

To exercise the Rights and Oversubscription Rights, each Eligible Offeree must (i) return (x) a duly completed Subscription Form and (y) Internal Revenue Service ("*IRS*") Form W-9 or appropriate IRS Form W-8, as applicable (such IRS Forms can be found on the IRS website (http://www.irs.gov)), to the Subscription Agent so that the duly completed Subscription Form and IRS Form W-9 or appropriate IRS Form W-8 are *actually received* by the Subscription Agent on or before the Subscription Deadline (ii) electronically deliver their 2021 Note Claims via DTC's ATOP system and (iii) pay to the Subscription Agent, by wire transfer of immediately available funds, the Purchase Price, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

**Your Subscription Nominee must process any subscription to be made on your behalf and make delivery of this Subscription Form to the Subscription Agent and delivery of your 2021 Note Claims via ATOP by the Subscription Deadline or the exercise shall be void and your Rights will terminate and be cancelled.**

All questions relating to this Subscription Form should be directed to Prime Clerk LLC, the subscription agent (the "*Subscription Agent*") retained by Nuverra at:

<div align="center">

**Nuverra Rights Offering Processing**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 3rd Floor**
**New York, NY 10022**
**nuverrarightsoffering@primeclerk.com**

</div>

**Subscription Forms may be returned by the Subscription Nominee to the physical address or email address referenced above.**

To purchase Reorganized Nuverra Common Stock pursuant to the Rights Offering:

1. **Insert** the principal amount of the Allowed 2021 Note Claims you beneficially hold in Item 1 of the Subscription Form (this amount must match the principal amount of 2021 Note Claims that you have instructed your Subscription Nominee (as defined below) to electronically deliver via DTC's ATOP system).[1]  Do not adjust the amount for any accrued or unmatured interest or any accretion factor.  If you have any questions about the principal amount of Allowed 2021 Note Claims held by you, please contact your bank, broker, or other nominee (each of the foregoing, a "*Subscription Nominee*").

2. **Your Subscription Nominee must certify your position.**  The principal amount in Item 1 must be certified by your Subscription Nominee by providing your ATOP confirmation number in accordance with Item 6 of the Subscription Form.

3. **Complete** the calculations in Item 2a, Item 2b and Item 2c, indicating the number of Rights that you wish to exercise, the Purchase Price therefor and the number of Unsubscribed Shares you are interested in purchasing, if any, pursuant to your Oversubscription Rights.

4. **Read, Complete and Sign** the certification in Item 4 indicating, among other things, the name of the Eligible Holder and its federal identification number, the date of the Subscription Form and the other information requested, and ensure you sign the Subscription Form.

5. **Provide registration information** in Item 5 to indicate the (i) beneficial holder's name and address as you would like it to be reflected in Nuverra's books and records for registration of the Reorganized Nuverra Common Stock, should it need to be registered in your name or (ii) the brokerage information for deposit of the Nuverra Common Stock should it be DTC-eligible.

6. **Read and Complete** a certification on IRS Form W-9 or, in the case of a non-U.S. person, an appropriate IRS Form W-8 regarding your U.S. federal income tax status.  The IRS Forms are available at http://www.irs.gov.

7. **Return the Subscription Form** in the pre-addressed envelope to your Subscription Nominee (or otherwise follow the instructions of your Subscription Nominee) in sufficient time for your instructions to be processed (including electronic delivery of your 2021 Note Claims via ATOP by your Subscription Nominee) and delivered by your Subscription Nominee to the Subscription Agent on or before the Subscription Deadline.

8. **Pay the Purchase Price** to the Subscription Agent, by wire transfer of immediately available funds, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

   **ONCE THE RIGHTS ARE VALIDLY EXERCISED, THEY CANNOT BE TRANSFERRED, REVOKED OR OTHERWISE WITHDRAWN.**

   *THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING.  THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT*

---

[1] Once your 2021 Notes Claims are delivered via ATOP, such 2021 Notes Claims will not be transferable until they are released from ATOP promptly after the Subscription Deadline (which release is expected to be no later than one Business Day after the Subscription Deadline).

*HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT*.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

**SUBSCRIPTION FORM IN CONNECTION WITH DEBTORS' JOINT PREPACKAGED PLANS
OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

---

**SUBSCRIPTION DEADLINE**

**The deadline to exercise Rights and Oversubscription Rights pursuant to the Rights Offering is
5:00 p.m., prevailing New York City time, on [●], unless otherwise extended or shortened as
described in the Rights Offering Procedures (the "*Subscription Deadline*").**

**You must leave sufficient time for your duly completed Subscription Form to reach your
Subscription Nominee, your Subscription Nominee to electronically deliver your 2021 Note Claims
via DTC's ATOP system, and your Subscription Form be processed and delivered to the
Subscription Agent (as defined below) on or prior to the Subscription Deadline.**

**Subscription forms may be returned to the Subscription Agent at
Nuverra Rights Offering Processing
c/o Prime Clerk LLC
830 Third Avenue, 3rd Floor, New York, NY 11022
Or via email at nuverrarightsoffering@primeclerk.com**

**Please consult the Plan, the Disclosure Statement and the Rights Offering Procedures for additional
information with respect to this Subscription Form.**

---

**Item 1. Amount of Allowed 2021 Note Claims.**  I certify that I beneficially hold Allowed 2021 Note Claims as of the date certified by such Eligible Holder in Item 4 below in the following principal amount (insert amount in the box below) or that I am the authorized signatory of that beneficial holder.  For purposes of this Subscription Form, do not adjust the principal (face) amount for any accrued or unmatured interest or any accretion factor.

$ _____
Certified Principal Amount of Allowed 2021 Note Claims

**Item 2. Rights.** Pursuant to the terms and conditions set forth in the Plan, each Eligible Offeree is eligible to participate in the Rights Offering.

    **2a. Calculation of Maximum Number of Rights Offering Shares.**  The maximum number of Rights Offering Shares for which you may subscribe is calculated as follows:

| _____ (Insert Principal Amount of Allowed 2021 Note Claims from <u>Item 1</u> above) | X | [●] (Pro-Rata Multiplier) | = | _____ (Compute maximum number of Rights Offering Shares, rounded <u>down</u> to nearest whole number, with respect to the Principal Amount of Allowed 2021 Note Claims) |
|---|---|---|---|---|

    **2b. Purchase Price.** By filling in the following blanks, you are indicating that you are committing to purchase the number of Rights Offering Shares specified below (specify a number of Rights Offering Shares, which is not greater than the maximum amount calculated in <u>Item 2a</u> above), on the terms of and subject to the conditions set forth in the Rights Offering Procedures.

| _____ (Indicate the maximum number of Rights Offering Shares you elect to purchase) | X | [●] (Rights Exercise Price) | = | $_____ Purchase Price |
|---|---|---|---|---|

    **2c. Exercise of Oversubscription Rights.**  By filling in the following blanks, you are indicating that you are interested in purchasing Unsubscribed Shares pursuant to your Oversubscription Rights on the terms of and subject to the conditions set forth in the Rights Offering Procedures.  **Please note that if you do not subscribe for the maximum number of Rights Offering Shares calculated in Item 2a above, then you forfeit your Oversubscription Rights and may not purchase Unsubscribed Shares pursuant to Oversubscription Rights.**

    There are [●] Rights Offering Shares being offered to Eligible Offerees pursuant to the Rights Offering. You may elect to exercise your Oversubscription Rights with respect to any or all Unsubscribed Shares.  The number of Unsubscribed Shares will not be known until after the Subscription Deadline.  In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares.  **If you elect to exercise your Oversubscription Rights, such election will be binding, and you will be obligated to purchase the Unsubscribed Shares for which you have exercised these rights, adjusted for any proration, in accordance with the Rights Offering Procedures at the Rights Exercise Price.**

    Indicated the amount of Unsubscribed Shares you wish to purchase pursuant to your Oversubscription Rights.

    _____ Unsubscribed Shares

**Item 3:  Payment of Purchase Price:**

**Wire Instructions:**

**Account Name:**
**Account No.:**
**Currency:  USD**
**ABA/Routing No.:**
**Bank Name:**
**Bank Address:**

**Ref: Nuverra Rights Offering – [Insert Name of Eligible Holder]**

**Please provide your *Fed. Ref.* number here: _____**

In order to exercise the Rights and Oversubscription Rights, you or your Subscription Nominee must: (i) return (x) this duly completed Subscription Form and (y) IRS Form W-9 or appropriate IRS Form W-8, as applicable (such IRS Forms can be found on the IRS website ((http://www.irs.gov)), to the Subscription Agent so that such forms are *actually received* by the Subscription Agent prior to the Subscription Deadline; (ii) electronically delivery your 2021 Note Claims via DTC's ATOP system and (iii) pay the Purchase Price to the Subscription Agent, by wire transfer of immediately available funds, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

If, on or prior to the Subscription Deadline, the Subscription Agent for any reason has not received your (i) duly completed Subscription Form and applicable IRS Form W-9 or IRS Form W-8, (ii) confirmation of your electronic delivery of your 2021 Note Claims via DTC's ATOP system, and (iii) your payment in immediately available funds in an amount equal to your Purchase Price, or if you otherwise do not comply with the procedures applicable to the Rights Offering, you will be deemed to have irrevocably relinquished and waived your Rights and Oversubscription Rights.

**Item 4. Certification.**

By returning this Subscription Form, I hereby certify that (A) I am the beneficial holder, or the authorized signatory of a beneficial holder, of an Allowed 2021 Note Claim in the principal amount listed under Item 1 above; (B) I agree, or such beneficial holder agrees, to be bound by all the terms and conditions described in the instructions and as set forth in this Subscription Form; (C) I have, or such beneficial holder has, reviewed a copy of the Disclosure Statement and the Plan (including the exhibits thereto) and understand that the exercise of Rights and Oversubscription Rights pursuant to the Rights Offering is subject to all of the terms and conditions set forth therein and in the accompanying documents; and (D) I or such beneficial holder hold the Allowed 2021 Note Claims associated with the Rights and Oversubscription Rights.

By returning this Subscription Form, I further certify that I (i) recognize and understand that the Rights and Oversubscription Rights are not separable from the Allowed 2021 Note Claims with respect to which such Rights and Oversubscription Rights have been granted and (ii) represent and warrant that I will not accept a distribution of Reorganized Nuverra Common Stock if at such time, I do not hold the Allowed 2021 Note Claim associated with my Rights and Oversubscription Rights and that by accepting a distribution of Reorganized Nuverra Common Stock, I will be deemed to be the owner thereof.

I recognize and understand that the Reorganized Nuverra Common Stock issued to the Eligible Offerees participating in the Rights Offering will be exempt from registration under the Securities Act of 1933, as amended (the "***Securities Act***"), and any other applicable federal and state securities laws pursuant to Section 1145 of the Bankruptcy Code, and may be resold, without registration under the Securities Act or other applicable federal and state securities laws, unless the holder is an "underwriter" with respect to such securities, as that term is defined in Section 1145(b) of the Bankruptcy Code.

**I acknowledge that, by executing this Subscription Form, (i) the undersigned holder will be bound to pay for the Reorganized Nuverra Common Stock for which it has subscribed pursuant to this Subscription Form and that the subscription will not be valid if the corresponding payment is not made or the applicable IRS Form W-9 or IRS Form W-8 is not received, and (ii) that the Reorganized Nuverra Common Stock issued to the undersigned will be reflected in Nuverra's books and records in the name and at the address set forth in <u>Item 5</u>, should they need to be registered in such undersigned holder's name.**

Date: _____

Name of Eligible Offeree:_____
                                      (Print or Type)

U.S. Social Security or Federal Tax I.D. No. (optional for non-U.S. persons):_____

Signature:_____

Name of Person Signing:_____
                                      (If other than holder)
Title (if corporation, partnership or LLC):_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Email Address:_____

**THIS FORM SHOULD BE RETURNED ONLY
TO YOUR SUBSCRIPTION NOMINEE OR TO THE SUBSCRIPTION AGENT (AS APPLICABLE).  IF YOU ARE UNCERTAIN REGARDING WHETHER TO RETURN THIS FORM TO YOUR SUBSCRIPTION NOMINEE OR THE SUBSCRIPTION AGENT, PLEASE EMAIL NUVERRARIGHTSOFFER@PRIMECLERK.COM**

**<u>REQUIRED REGISTRATION INFORMATION</u>**: Please indicate in <u>Item 5</u> the beneficial holder's name and address as you would like it to be reflected in Nuverra's books and records for registration of the Reorganized Nuverra Common Stock, should they need to be registered in your name.

**<u>REQUIRED NOMINEE CERTIFICATION</u>**:  The beneficial holder's SUBSCRIPTION NOMINEE must complete the Subscription Nominee Certification attached as <u>Item 6</u>, which requires that the Subscription Nominee provide your ATOP confirmation number.

**Item 5.  Entity or Person to Receive Reorganized Nuverra Common Stock (if direct registration on books of transfer agent).**

Name (*Maximum 35 Characters*):_____

Name (*continued*)
(*Maximum 35 Characters*):_____

Attention (*Maximum 35 Characters*)_____

Address 1 (*Maximum 35 Characters*) _____

Address Line 2 (*Maximum 35 Characters*):_____

City: _____ State: _____ Zip: _____

FOREIGN Country Name: _____

U.S. Tax Identification Number (TIN): _____  OR Check here if non-U.S. (no TIN)


**Entity or Person to Receive Reorganized Nuverra Common Stock (if deposited to brokerage account).**

DTC Participant:_____

DTC Participant Number:_____

DTC Participant Contact Number:_____

DTC Participant Contact Telephone: _____

DTC Participant Contact Email:_____

Beneficial Holder Account Number Reference:_____

---

**PLEASE ALSO PROVIDE ONE OF THE FOLLOWING IRS FORMS, AS APPLICABLE, WHEN YOU RETURN THIS COMPLETED FORM: W-9, W-8BEN, W-8BEN-E, W-8ECI, W-8EXP, W-8IMY**

---

**Item 6. Subscription Nominee Certification.** <u>Your ownership of Allowed 2021 Note Claims must be confirmed by your Subscription Nominee</u> by providing the ATOP confirmation number and corresponding principal amount of 2021 Note Claims electronically delivered. The Subscription Nominee holding your 2021 Notes must complete the box below on your behalf.

| <div align="center">**<u>For Completion Only by the Subscription Nominee</u>**</div> | |
|---|---|
| ATOP Confirmation Number: | |
| Principal Amount: | |

<div align="center">

**IN ADDITION TO RETURNING THIS SUBSCRIPTION FORM AND COMPLETING ITEM 6 ABOVE, THE SUBSCRIPTION PAYMENT AMOUNT MUST BE PAID IN ACCORDANCE WITH THE INSTRUCTIONS IN <u>ITEM 3</u> ON OR BEFORE THE SUBSCRIPTION DEADLINE OR AS OTHERWISE DESCRIBED THEREIN.**

</div>

# RIGHTS OFFERING PROCEDURES[1]

## I.    Introduction

On May 1, 2017, the Debtors commenced the Chapter 11 Cases and filed their joint prepackaged plans of reorganization with the United States Bankruptcy Court for the District of Delaware [D.I. 13] (as such plans may be amended or modified from time to time in accordance with the terms thereof, the "***Plan***"), and the disclosure statement with respect to the Plan [D.I. 14] (as such disclosure statement may be amended from time to time in accordance with its terms, the "***Disclosure Statement***").  Holders of Allowed 2018 Note Claims in Class A6 (2018 Note Claims against the Nuverra Group Debtors) as of [●] (the "***Rights Offering Record Date***") that are entitled to Rights in accordance with these Rights Offering Procedures (each such Holder, an "***Eligible Offeree***") have the right to participate in the Rights Offering in accordance with the terms and conditions of these procedures (the "***Rights Offering Procedures***").

In connection with the Plan, and in accordance with these Rights Offering Procedures, the Debtors will launch the Rights Offering to Eligible Offerees (as defined below) following the Confirmation Date.  Pursuant to the Rights Offering, Eligible Offerees will be entitled to receive their Pro-Rata Share of Rights to acquire Rights Offering Shares (as defined below), provided that such Eligible Offeree timely and properly executes and delivers its Rights Offering subscription exercise form (the "***Subscription Form***") to the subscription agent (the "***Subscription Agent***").  The Subscription Form and these Rights Offering Procedures will be distributed to Holders of Allowed 2018 Note Claims on a date selected by the Debtors and the Supporting Noteholders and is currently expected to be within two (2) Business Days following the Confirmation Date.

All questions relating to these Rights Offering Procedures, the Subscription Form or any other documents associated with the Rights Offering, or the requirements to participate in the Rights Offering should be directed to the Subscription Agent retained by the Debtors, at:

<div align="center">

**Nuverra Rights Offering**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 3rd Floor**
**New York, NY 10022**
**nuverrarightsoffering@primeclerk.com**

</div>

Subscription Forms may be returned by the Subscription Nominee to the physical address or email address referenced above.

> *Before exercising any Rights you should read the Disclosure Statement, including the sections entitled "Risk Factors," "Summary of the Solicitation and Plan," "Valuation Analysis," "Rights Offering," "Summary of the Prepackaged Plan," "Certain Other Legal Considerations" and "Certain U.S. Federal Income Tax Consequences of the Plan."  The Disclosure Statement sets forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

*THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING. THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT.*

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

## II.    Rights Offering

The Plan contemplates that, in accordance with these Rights Offering Procedures, each Holder of an Allowed 2018 Note Claim as of the Rights Offering Record Date shall receive, in exchange for the surrender or cancellation of such Holder's Allowed 2018 Note Claim, its Pro-Rata Share of rights to participate in the Rights Offering (each, a "***Right***"). Each Right entitles the Holder thereof to subscribe for one share of Reorganized Nuverra Common Stock (all such stock to be issued in connection with the Rights Offering, the "***Rights Offering Shares***") at a price per share (the "***Rights Exercise Price***") equal to the price per share of Reorganized Nuverra Common Stock on the effective date of the Plan (the "***Effective Date***") based on an assumed total enterprise value of the Reorganized Debtors on the Effective Date of $350,000,000, which Rights Exercise Price will be $[●]. The gross proceeds of the Rights Offering for Holders of Allowed 2018 Note Claims, assuming all such Rights are validly exercised, will be $75 million.

In addition, the Subscription Form provides that each Eligible Offeree electing to purchase its Pro-Rata Share of the Rights Offering Shares will also have the right (an "***Oversubscription Right***") to elect to purchase additional Rights Offering Shares in the event that any Rights Offering Shares remain unsubscribed after the Subscription Deadline (such unsubscribed shares, the "***Unsubscribed Shares***" and, such election, an "***Oversubscription Election***"). In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares.

01:21930387.2

2

The Plan also contemplates that Holders of Allowed 2021 Note Claims against the Nuverra Group Debtors, as of the Rights Offering Record Date, shall receive 2021 Noteholder Rights to subscribe for and purchase, in the aggregate, $75 million of the Rights Offering Shares at the Rights Exercise Price. Holders of Allowed 2021 Note Claims as of the Rights Offering Record Date shall receive separate rights offering procedures and subscription forms for the exercise of 2021 Noteholder Rights, which shall be distributed concurrently herewith.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

## III.    Subscription Period

The Rights Offering shall commence on the day upon which the Subscription Form is distributed to Holders of Allowed 2018 Note Claims as of the Rights Offering Record Date (the "***Subscription Commencement Date***"), which is a date selected by the Debtors and the Supporting Noteholders, and is currently expected to be within two (2) Business Days following the Confirmation Date. The Rights Offering shall expire at 5:00 p.m. (New York time) on the date that is [[●] Business Days] following the Subscription Commencement Date, unless such time period is reduced or extended by the Debtors with the consent of the Supporting Noteholders (such time and date, as it may be amended, the "***Subscription Deadline***" and the period from the Subscription Commencement Date to the Subscription Deadline, the "***Subscription Period***"). The Debtors shall promptly notify the Eligible Offerees of any extension of the Subscription Deadline by press release or otherwise. Each Eligible Offeree intending to participate in the Rights Offering must affirmatively make a binding election to exercise its Rights and Oversubscription Rights and submit payment for the Rights Offering Shares on or prior to the Subscription Deadline in accordance with the provisions of <u>Article IV</u> hereof.

## IV.    Exercise of Rights and Oversubscription Rights

A.    In order to validly exercise their Rights, on or before the Subscription Deadline, Eligible Offerees must:

(i)    return a completed and signed Subscription Form to the Subscription Agent electing to exercise all or a portion of such Eligible Offeree's Rights;

(ii)       provide to the Subscription Agent with the signed Subscription Form, a completed and executed IRS Form W-9, W-8BEN, W-8BEN-E, W-8ECI, W8-EXP or W-8IMY, as applicable;

(iii)     instruct your Subscription Nominee (as defined below) to electronically deliver your 2018 Notes Claims via DTC's Automated Tender Offer Program ("**ATOP**") on or before the Subscription Deadline (please allow sufficient time for your Subscription Nominee to deliver your 2018 Notes Claims such that your Subscription Form, which includes your ATOP confirmation number, can be returned to the Subscription Agent by the Subscription Deadline);[2] and

(iv)     pay to the Subscription Agent, by wire transfer of immediately available funds, an amount equal to the Rights Exercise Price multiplied by the number of Rights being exercised by such Holder of the Rights (the "*Purchase Price*") for the Rights Offering Shares elected to be purchased by such Eligible Offeree, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

**Rights will not be considered exercised until the Subscription Agent receives all of the items set forth in (i) – (iii) above, including full payment of the Purchase Price.  Once the Rights have been exercised, they cannot be transferred or otherwise revoked or withdrawn.**

No later than five (5) Business Days after the Subscription Deadline, the Subscription Agent shall deliver to each Eligible Offeree that has complied with these Rights Offering Procedures to the satisfaction of the Debtors and the Subscription Agent, a written notice of the acceptance of its Subscription Form and receipt of its Purchase Price.

B.     Oversubscription Rights

In order to validly exercise their Oversubscription Rights, Eligible Offerees must, in addition to complying with the procedures for validly exercising Rights, specify on the Subscription Form the number of Unsubscribed Rights Offering Shares such Eligible Offeree wishes to purchase pursuant to its Oversubscription Rights.

No later than five (5) Business Days after the Subscription Deadline, the Subscription Agent shall deliver to each Eligible Offeree that makes an Oversubscription Election a notice (the "*Oversubscription Payment Notice*") setting forth (i) the number of Unsubscribed Shares to which such Eligible Offeree is entitled and (ii) the balance owed by such Eligible Offeree, if any, on account of the exercise of its Oversubscription Rights (the "*Oversubscription Balance*"), which amount shall be payable in addition to such Eligible Offeree's Purchase Price.  Any Eligible Offeree that receives an Oversubscription Payment Notice, shall have until 5:00 pm (New York time) on the second (2nd) Business Day after receipt of such Oversubscription Payment Notice (which deadline will also be set forth therein) (the "*Oversubscription Payment*

---

[2] Once your 2018 Notes Claims are delivered via ATOP, such 2018 Notes Claims will not be transferable until they are released from ATOP promptly after the Subscription Deadline (which release is expected to be no later than one Business Day after the Subscription Deadline).

*Date*") to pay in full to the Subscription Agent its Oversubscription Balance by wire transfer of immediately available funds, which shall be held in escrow and shall not become property of the Estates until the Effective Date.

  C.  <u>Subscription Nominees</u>

  The Debtors will furnish, or cause to be furnished, Subscription Forms to the initial Eligible Offerees and/or, to the extent applicable, their brokers, dealers, commercial banks, trust companies, or other agents or nominees (the "***Subscription Nominees***"). Each Subscription Nominee is entitled to receive sufficient copies of these Rights Offering Procedures and the Subscription Form for distribution to the Eligible Offerees for whom such Subscription Nominee holds such Allowed 2018 Note Claims.

  In order to exercise their Rights and make an Oversubscription Election, any Eligible Offeree who holds Rights through a Subscription Nominee must return a duly completed Subscription Form to its Subscription Nominee or otherwise instruct its Subscription Nominee as to its instructions for the Rights or Oversubscription Election (in each case in sufficient time to allow such Subscription Nominee to deliver the Subscription Form to the Subscription Agent prior to the Subscription Deadline) in accordance with procedures established by its Subscription Nominee, which, in turn, must comply with the terms and conditions of these Rights Offering Procedures.

  For purposes of the Rights Offering, Wilmington Trust, National Association, in its capacity as Indenture Trustee for the 2018 Notes, shall not constitute a Subscription Nominee and shall have no responsibility with respect to sending any Rights Offering information to or collecting any Subscription Forms from Eligible Offerees.

**V.  Transfer Restrictions**

  Rights and Oversubscription Rights may be sold, transferred, assigned, pledged, hypothecated, participated, donated or otherwise encumbered or disposed of, directly or indirectly (including through derivatives, options, swaps, forward sales or other transactions in which any person receives the right to own or acquire any current or future interest in the Rights, Oversubscription Rights, the Rights Offering Shares, the Allowed 2018 Note Claims or any related claims) during the Subscription Period (each of the above, a "***Transfer***" and the recipient of such Rights and Oversubscription Rights, a "***Rights Transferee***") only pursuant to the terms of these Rights Offering Procedures.

  ***The Rights and the Oversubscription Rights are not detachable from the underlying Allowed 2018 Note Claims before the Subscription Deadline***. An Eligible Offeree's Rights and Oversubscription Rights are transferable only together with the Transfer of the associated Allowed 2018 Note Claims and only during the Subscription Period. For a Rights Transferee to participate in the Rights Offering and qualify as an Eligible Offeree, as well as to ensure that the Rights and Oversubscription Rights are not detached from the underlying Allowed 2018 Notes Claims, Rights Transferees must: (i) electronically delivery their 2018 Notes Claim via DTC's ATOP system on or before the Subscription Deadline, and (ii) must submit its Subscription Form

and pay the Purchase Price to the Subscription Agent by the Subscription Deadline in accordance with the terms hereof.

**IF ANY PORTION OF AN ALLOWED 2018 NOTE CLAIM OR ANY RIGHTS OR OVERSUBSCRIPTION RIGHTS HAVE BEEN TRANSFERRED NOT IN ACCORDANCE WITH THESE RIGHTS OFFERING PROCEDURES, SUCH CORRESPONDING RIGHTS AND OVERSUBSCRIPTION RIGHTS WILL BE CANCELLED, AND NEITHER THE TRANSFEROR NOR THE RIGHTS TRANSFEREE OF SUCH CLAIM OR SUCH RIGHTS WILL RECEIVE RIGHTS OFFERING SHARES IN CONNECTION WITH SUCH CLAIM OR RIGHTS.**

**Once an Eligible Offeree has properly exercised its Rights and Oversubscription Rights, subject to the terms and conditions of these Rights Offering Procedures, such exercise shall be irrevocable and no further transfers shall be permitted or recognized.**

2018 Note Claims transferred after the Subscription Deadline will be transferred independent of any rights to receive Rights Offering Shares distributable as a result of the exercise of Rights or Oversubscription Rights associated with such 2018 Note Claims.  Rights offering Shares shall only be distributed to the Eligible Offerees that exercised the Rights and Oversubscription Rights as of the Subscription Record Date.

## VI.    Validity of Exercise of Rights

Any and all disputes concerning the timeliness, viability, form, and eligibility of any exercise of Rights and Oversubscription Rights shall be addressed in good faith by the Debtors in consultation with the Supporting Noteholders, the determinations of which shall be final and binding.  The Debtors, with the approval of the Supporting Noteholders, may (i) waive any defect or irregularity, or permit a defect or irregularity to be corrected, within such times as it may determine in good faith to be appropriate or (ii) reject the purported exercise of any Rights or Oversubscription Rights for which the Subscription Form and/or payment includes defects or irregularities.  Subscription Forms shall be deemed not to have been properly completed until all irregularities have been waived or cured.  The Debtors reserve the right, with the approval of the Supporting Noteholders, to give notice to any Eligible Offeree regarding any defect or irregularity in connection with any purported exercise of Rights and Oversubscription Rights by such Eligible Offeree, and the Debtors may, with the approval of the Supporting Noteholders, permit such defect or irregularity to be cured; it being understood, that none of the Debtors, the Subscription Agent or the Supporting Noteholders (or any of their respective officers, directors, employees, agents or advisors) shall incur any liability for failure to give such notification.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate**

number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.

The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.

## VII.    Funds

The payments made to acquire Rights Offering Shares pursuant to the Rights Offering and the Oversubscription Balances (collectively, the "***Rights Offering Funds***") shall be deposited when made and held by the Subscription Agent pending the issuance of the Rights Offering Shares in a segregated account or accounts (i) which shall be separate and apart from the Subscription Agent's general operating funds and any other funds subject to any lien, encumbrance, or cash collateral arrangements and (ii) which segregated account or accounts will be maintained for the purpose of holding the money for administration of the Rights Offering. The Subscription Agent shall not use the Rights Offering Funds for any purpose other than to release the funds as directed by the Debtors on the Effective Date or as otherwise set forth in these Rights Offering Procedures or in the Plan, and, until released in accordance with the foregoing, the Rights Offering Funds will not be deemed part of the Estates.  The Subscription Agent shall not permit the Rights Offering Funds to be encumbered by any lien, encumbrance, or cash collateral obligation.  No interest will be paid to participating Eligible Offerees on account of any amounts paid in connection with their exercise of Rights or Oversubscription Rights under any circumstances.

## VIII.    Rights Offering Conditioned Upon Effectiveness of the Plan; Reservation of Rights

All exercises of Rights and Oversubscription Rights are subject to and conditioned upon confirmation of the Plan and the occurrence of the Effective Date.  Notwithstanding anything contained herein, in the Disclosure Statement or in the Plan to the contrary, the Debtors reserve the right, with the consent of the Supporting Noteholders, to extend or reduce the duration of the Rights Offering or to modify these Rights Offering Procedures in order to comply with applicable law or to adopt such additional detailed procedures to more efficiently administer the Rights Offering.

## IX.    Return of Rights Offering Amount

In the event that the Debtors revoke, withdraw or fail to consummate the Plan, or the conditions precedent to the occurrence of the Effective Date shall not have been satisfied or waived in accordance with section 8.1 of the Plan, the Subscription Agent shall, within five (5) Business Days of such event or failure to consummate the Plan, return Purchase Price payments made by and Oversubscription Balances of each Eligible Offeree without any interest.

## X.    Miscellaneous

### A.    Failure to Exercise Rights

**Unexercised Rights and Oversubscription Rights will be relinquished at the Subscription Deadline.**  If, on or prior to the Subscription Deadline, the Subscription Agent for any reason does not receive from an Eligible Offeree or its Subscription Nominee a duly completed Subscription Form with full payment of the applicable Purchase Price, such Eligible Offeree shall be deemed to have irrevocably relinquished and waived its Rights and Oversubscription Rights.

Any attempt to exercise Rights or Oversubscription Rights after the Subscription Deadline shall be null and void and the Debtors shall not be obligated to honor any such purported exercise received by the Subscription Agent after the Subscription Deadline regardless of when the documents relating thereto were sent.

**The method of delivery of the Subscription Form and any other required documents is at each Eligible Offeree's option and sole risk, and delivery will be considered made only when actually received by the Subscription Agent.  Delivery by reputable overnight courier is encouraged and strongly recommended.  In all cases, you should allow sufficient time to ensure timely delivery prior to the Subscription Deadline.**

**The risk of non-delivery of the Subscription Form and any other required documents sent to the Subscription Agent in connection with the exercise of the Rights and Oversubscription Rights lies solely with the Holders of the Allowed 2018 Note Claims, as applicable, and none of the Debtors, the reorganized Debtors, or any of their respective officers, directors, employees, agents or advisers, including the Subscription Agent, assumes the risk of non-delivery under any circumstance whatsoever.**

**Distribution by the Subscription Agent of the Subscription Form and these procedures to the Nominees reflected on the securities position report provided by DTC as of the Rights Offer Record Date (with instructions to forward such documents to the Nominees' beneficial holder clients) and/or posting of these procedures and Subscription Form on DTC's LENS Noticing System shall constitute valid and sufficient delivery of such documents, and satisfy the obligations of the Rights Offering Agent with respect thereto. Nominees may utilize an agent to distribute the Subscription Form and these procedures to their beneficial holder clients and seek reasonable reimbursement of the costs associated therewith by submitting a timely invoice to the Subscription Agent.**

01:21930387.2

B.    <u>Payment for Rights and Oversubscription Rights</u>

If, on or prior to the Subscription Deadline, the Subscription Agent for any reason does not receive on behalf of an Eligible Offeree immediately available funds by wire transfer in an amount equal to the total Purchase Price for the Rights Offering Shares elected to be purchased by such Eligible Offeree, such Eligible Offeree shall be deemed to have relinquished and waived its Rights.

If, on or prior to the Oversubscription Payment Date, the Subscription Agent for any reason does not receive on behalf of an Eligible Offeree immediately available funds by wire transfer in an amount equal to the total Oversubscription Balance for the Unsubscribed Shares elected to be purchased by such Eligible Offeree, such Eligible Offeree shall be deemed to have relinquished and waived its Oversubscription Rights.

Payment of the Purchase Price and, as applicable, any Oversubscription Balance must be made in United States dollars for the number of shares of Rights Offering Shares subscribed for.

C.    <u>Distribution of the Rights Offering Shares</u>

The Rights Offering Shares to be issued pursuant to the Rights Offering are expected to be delivered to Eligible Offerees that have (i) properly exercised their Rights and Oversubscription Rights, (ii) electronically delivered their 2018 Notes Claims via DTC's ATOP system and (iii) paid the Purchase Price and Oversubscription Balance (to the extent applicable) on or as soon as practicable following the Effective Date, subject to and in accordance with the terms of the Plan.

D.    <u>No Fractional Rights or Rights Offering Shares</u>

Eligible Offerees may exercise (in whole dollar increments) all, some, or none of the Rights held by Eligible Offerees and the Purchase Prices for Eligible Offerees will be adjusted accordingly (in whole dollar increments).  No fractional Rights or Rights Offering Shares will be issued by the Debtors in connection with the Rights Offering.  Instead, the number of Rights distributed will be rounded down to the nearest dollar and all share allocations will be calculated and rounded down to the nearest whole share.

E.    <u>Securities Law and Related Matters</u>

The Rights Offering Shares issued to the Eligible Offerees participating in the Rights Offering or making an Oversubscription Election will be exempt from registration under the Securities Act of 1933, as amended (the "***Securities Act***"), and any other applicable federal and state securities laws pursuant to Section 1145 of the Bankruptcy Code, and may be resold, without registration under the Securities Act or other applicable federal and state securities laws, unless the Holder is an "underwriter" with respect to such securities, as that term is defined in Section 1145(b) of the Bankruptcy Code.

Reorganized Nuverra has agreed to use reasonable best efforts to list the Reorganized Nuverra Common Stock on the New York Stock Exchange, the NASDAQ Stock Market or another nationally recognized exchange as soon as practicable, subject to meeting applicable

listing requirements, following the Effective Date.  However, there can be no assurance that a new listing will be achieved or that an active trading market for Reorganized Nuverra Common Stock will ever develop or, if such a market does develop that it will be maintained.

 F. <u>Tax Considerations</u>

 For a description of U.S. federal income tax treatment and consequences in connection with the exercise of the Rights and Oversubscription Rights, see Section XII of the Disclosure Statement (Certain U.S. Federal Income Tax Consequences of the Plan).

# SUBSCRIPTION FORM
# FOR
# ALLOWED 2018 NOTE CLAIMS

**NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED OR SPECIFICALLY REFERENCED IN THE MATERIALS MAILED WITH THESE INSTRUCTIONS AND THE ATTACHED SUBSCRIPTION FORM.**

# INSTRUCTIONS TO SUBSCRIPTION FORM
# IN CONNECTION WITH DEBTORS' JOINT PREPACKAGED PLANS OF
# REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

---

**SUBSCRIPTION DEADLINE**

The deadline to exercise Rights and Oversubscription Rights pursuant to the Rights Offering is 5:00 p.m., New York City time, on [●], unless otherwise extended or shortened as described in the Rights Offering Procedures (the "***Subscription Deadline***").

You must leave sufficient time for your duly completed Subscription Form to reach your Subscription Nominee, your Subscription Nominee to electronically deliver your 2018 Note Claims via DTC's Automated Tender Offer Program ("***ATOP***"), and your Subscription Form to be processed and delivered to the Subscription Agent (as defined below) on or prior to the Subscription Deadline.

---

To Holders of Allowed 2018 Note Claims of Nuverra Environmental Solutions, Inc. and its debtor affiliates (collectively, the "***Debtors***"):

On May 1, 2017, the Debtors commenced the Chapter 11 Cases and filed their joint prepackaged plans of reorganization with the United States Bankruptcy Court for the District of Delaware [D.I. 13] (as such plans may be amended or modified from time to time in accordance with the terms thereof, the "***Plan***"), and the disclosure statement with respect to the Plan [D.I. 14] (as such disclosure statement may be amended from time to time in accordance with its terms, the "***Disclosure Statement***"). On May 19, 2017, the Debtors filed the Plan Supplement, which included a copy of the procedures governing the Rights Offering [D.I. ●] (as amended or supplemented from time to time, the "***Rights Offering Procedures***")), which Rights Offering Procedures are available on the Debtors' restructuring website at https://cases.primeclerk.com/nuverra or upon request from the Subscription Agent. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or Rights Offering Procedures, as applicable.

Pursuant to the Plan, Holders of Allowed 2018 Note Claims in Class A6 (2018 Note Claims against the Nuverra Group Debtors) or their transferee (a "***Rights Transferee***") as of the Subscription Deadline (the "***Rights Offering Record Date***") (each such Holder, an "***Eligible Offeree***") have the right to participate in the Rights Offering in accordance with the terms and conditions of the Rights Offering Procedures.

Each Eligible Offeree shall receive, in exchange for the surrender or cancellation of such Holder's Allowed 2018 Note Claim, its Pro-Rata Share of rights to participate in the Rights Offering (each, a "***Right***"). Each Right entitles the Holder thereof to subscribe for one share of Reorganized Nuverra Common Stock (all such stock to be issued in connection with the Rights Offering, the "***Rights Offering Shares***") at a price per share (the "***Rights Exercise Price***") equal to the price per share of Reorganized Nuverra Common Stock on the effective date of the Plan (the "***Effective Date***"). Based on an assumed total enterprise value of the Reorganized Debtors on the Effective Date for purposes of this Rights Offering of $350,000,000, the Rights Exercise Price will be $[●].

In addition, pursuant to the Rights Offering Procedures, each Eligible Offeree electing to purchase its Pro-Rata Share of the Rights Offering Shares will also have the right (an "***Oversubscription Right***") to elect to purchase additional Rights Offering Shares in the event that any Rights Offering Shares remain unsubscribed after the

Subscription Deadline (such unsubscribed shares, the "*Unsubscribed Shares*" and, such election, an "*Oversubscription Election*").  In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares.

The Plan, the Disclosure Statement and the Rights Offering Procedures set forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.

> *Before exercising any Rights you should read the Disclosure Statement, including the sections entitled "Risk Factors," "Summary of the Solicitation and Plan," "Valuation Analysis," "Rights Offering," "Summary of the Prepackaged Plan," "Certain Other Legal Considerations" and "Certain U.S. Federal Income Tax Consequences of the Plan." The Disclosure Statement sets forth important information that should be carefully read and considered by each Eligible Offeree prior to making a decision to participate in the Rights Offering.*

*THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING.  THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT*.

**The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.**

**The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.**

To exercise the Rights and Oversubscription Rights, each Eligible Offeree must (i) return (x) a duly completed Subscription Form and (y) Internal Revenue Service ("*IRS*") Form W-9 or appropriate IRS Form W-8, as applicable (such IRS Forms can be found on the IRS website (http://www.irs.gov)), to the Subscription Agent so that the duly completed Subscription Form and IRS Form W-9 or appropriate IRS Form W-8 are *actually received* by the Subscription Agent on or before the Subscription Deadline (ii) electronically deliver their 2018 Note Claims via DTC's ATOP system and (iii) pay to the Subscription Agent, by wire transfer of immediately available funds, the Purchase Price, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

**Your Subscription Nominee must process any subscription to be made on your behalf and make delivery of this Subscription Form to the Subscription Agent and delivery of your 2018 Note Claims via ATOP by the Subscription Deadline or the exercise shall be void and your Rights will terminate and be cancelled.**

All questions relating to this Subscription Form should be directed to Prime Clerk LLC, the subscription agent (the "*Subscription Agent*") retained by Nuverra at:

<div align="center">

**Nuverra Rights Offering Processing**
**c/o Prime Clerk LLC**
**830 3rd Avenue, 3rd Floor**
**New York, NY 10022**
**nuverrarightsoffering@primeclerk.com**

</div>

**Subscription Forms may be returned by the Subscription Nominee to the physical address or email address referenced above.**

To purchase Reorganized Nuverra Common Stock pursuant to the Rights Offering:

1.  **Insert** the principal amount of the Allowed 2018 Note Claims you beneficially hold in Item 1 of the Subscription Form (this amount must match the principal amount of 2018 Note Claims that you have instructed your Subscription Nominee (as defined below) to electronically deliver via DTC's ATOP system).[1] Do not adjust the amount for any accrued or unmatured interest or any accretion factor. If you have any questions about the principal amount of Allowed 2018 Note Claims held by you, please contact your bank, broker, or other nominee (each of the foregoing, a "*Subscription Nominee*").

2.  **Your Subscription Nominee must certify your position.** The principal amount in Item 1 must be certified by your Subscription Nominee by providing your ATOP confirmation number in accordance with Item 6 of the Subscription Form.

3.  **Complete** the calculations in Item 2a, Item 2b and Item 2c, indicating the number of Rights that you wish to exercise, the Purchase Price therefor and the number of Unsubscribed Shares you are interested in purchasing, if any, pursuant to your Oversubscription Rights.

4.  **Read, Complete and Sign** the certification in Item 4 indicating, among other things, the name of the Eligible Holder and its federal identification number, the date of the Subscription Form and the other information requested, and ensure you sign the Subscription Form.

5.  **Provide registration information** in Item 5 to indicate the (i) beneficial holder's name and address as you would like it to be reflected in Nuverra's books and records for registration of the Reorganized Nuverra Common Stock, should it need to be registered in your name or (ii) the brokerage information for deposit of the Nuverra Common Stock should it be DTC-eligible.

6.  **Read and Complete** a certification on IRS Form W-9 or, in the case of a non-U.S. person, an appropriate IRS Form W-8 regarding your U.S. federal income tax status. The IRS Forms are available at http://www.irs.gov.

7.  **Return the Subscription Form** in the pre-addressed envelope to your Subscription Nominee (or otherwise follow the instructions of your Subscription Nominee) in sufficient time for your instructions to be processed (including electronic delivery of your 2018 Note Claims via ATOP by your Subscription Nominee) and delivered by your Subscription Nominee to the Subscription Agent on or before the Subscription Deadline.

8.  **Pay the Purchase Price** to the Subscription Agent, by wire transfer of immediately available funds, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

    **ONCE THE RIGHTS ARE VALIDLY EXERCISED, THEY CANNOT BE TRANSFERRED, REVOKED OR OTHERWISE WITHDRAWN.**

    ***THE DISCLOSURE STATEMENT DISTRIBUTED IN CONNECTION WITH THE DEBTORS' SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN SETS FORTH IMPORTANT INFORMATION THAT SHOULD BE CAREFULLY READ AND CONSIDERED BY EACH ELIGIBLE OFFEREE PRIOR TO MAKING A DECISION TO PARTICIPATE IN THE RIGHTS OFFERING. THE DISCLOSURE STATEMENT IS AVAILABLE ON THE DEBTORS' RESTRUCTURING WEBSITE AT***

---

[1] Once your 2018 Notes Claims are delivered via ATOP, such 2018 Notes Claims will not be transferable until they are released from ATOP promptly after the Subscription Deadline (which release is expected to be no later than one Business Day after the Subscription Deadline).

*HTTPS://CASES.PRIMECLERK.COM/NUVERRA AND COPIES ARE ALSO AVAILABLE UPON REQUEST FROM THE SUBSCRIPTION AGENT*.

The Debtors, with the approval of the Supporting Noteholders and, if applicable, the Bankruptcy Court, may (i) modify the dates and deadlines of the Rights Offering, including extending or reducing the duration of the Rights Offering, (ii) adopt additional detailed procedures to more efficiently administer the distribution and exercise of the Rights; (iii) make such other changes to the Rights Offering as the Debtors deem helpful, including changes that affect which parties constitute Eligible Offerees, (iv) reduce the aggregate number of rights available to Eligible Offerees, and (v) cancel, withdraw or terminate the Rights Offering, in whole or in part, at any time.

The Debtors may determine at any time, with the consent of the Supporting Noteholders, or upon approval of the Bankruptcy Court, to not conduct the Rights Offering.

**SUBSCRIPTION FORM IN CONNECTION WITH DEBTORS' JOINT PREPACKAGED PLANS OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

---

**SUBSCRIPTION DEADLINE**

The deadline to exercise Rights and Oversubscription Rights pursuant to the Rights Offering is 5:00 p.m., prevailing New York City time, on [●], unless otherwise extended or shortened as described in the Rights Offering Procedures (the "*Subscription Deadline*").

You must leave sufficient time for your duly completed Subscription Form to reach your Subscription Nominee, your Subscription Nominee to electronically deliver your 2018 Note Claims via DTC's ATOP system, and your Subscription Form be processed and delivered to the Subscription Agent (as defined below) on or prior to the Subscription Deadline.

Subscription forms may be returned to the Subscription Agent at
**Nuverra Rights Offering Processing
c/o Prime Clerk LLC
830 Third Avenue, 3rd Floor, New York, NY 11022
Or via email at nuverrarightsoffering@primeclerk.com**

Please consult the Plan, the Disclosure Statement and the Rights Offering Procedures for additional information with respect to this Subscription Form.

---

**Item 1. Amount of Allowed 2018 Note Claims.** I certify that I beneficially hold Allowed 2018 Note Claims as of the date certified by such Eligible Holder in Item 4 below in the following principal amount (insert amount in the box below) or that I am the authorized signatory of that beneficial holder. For purposes of this Subscription Form, do not adjust the principal (face) amount for any accrued or unmatured interest or any accretion factor.

$_____
Certified Principal Amount of Allowed 2018 Note Claims

6

**Item 2. Rights.** Pursuant to the terms and conditions set forth in the Plan, each Eligible Offeree is eligible to participate in the Rights Offering.

    **2a. Calculation of Maximum Number of Rights Offering Shares.** The maximum number of Rights Offering Shares for which you may subscribe is calculated as follows:

| _____ (Insert Principal Amount of Allowed 2018 Note Claims from <u>Item 1</u> above) | X | [●] (Pro-Rata Multiplier) | = | _____ (Compute maximum number of Rights Offering Shares, rounded <u>down</u> to nearest whole number, with respect to the Principal Amount of Allowed 2018 Note Claims) |
|---|---|---|---|---|

    **2b. Purchase Price.** By filling in the following blanks, you are indicating that you are committing to purchase the number of Rights Offering Shares specified below (specify a number of Rights Offering Shares, which is not greater than the maximum amount calculated in <u>Item 2a</u> above), on the terms of and subject to the conditions set forth in the Rights Offering Procedures.

| _____ (Indicate the maximum number of Rights Offering Shares you elect to purchase) | X | [●] (Rights Exercise Price) | = | $_____ Purchase Price |
|---|---|---|---|---|

    **2c. Exercise of Oversubscription Rights.** By filling in the following blanks, you are indicating that you are interested in purchasing Unsubscribed Shares pursuant to your Oversubscription Rights on the terms of and subject to the conditions set forth in the Rights Offering Procedures. **Please note that if you do not subscribe for the maximum number of Rights Offering Shares calculated in Item 2a above, then you forfeit your Oversubscription Rights and may not purchase Unsubscribed Shares pursuant to Oversubscription Rights.**

    There are [●] Rights Offering Shares being offered to Eligible Offerees pursuant to the Rights Offering. You may elect to exercise your Oversubscription Rights with respect to any or all Unsubscribed Shares. The number of Unsubscribed Shares will not be known until after the Subscription Deadline. In the event the aggregate Rights Offering Shares issuable pursuant to the exercise of Oversubscription Rights exceeds the number of Unsubscribed Shares, Eligible Offerees who have made Oversubscription Elections will receive their Pro-Rata Share of the Unsubscribed Shares. **If you elect to exercise your Oversubscription Rights, such election will be binding, and you will be obligated to purchase the Unsubscribed Shares for which you have exercised these rights, adjusted for any proration, in accordance with the Rights Offering Procedures at the Rights Exercise Price.**

    Indicated the amount of Unsubscribed Shares you wish to purchase pursuant to your Oversubscription Rights.

    _____ Unsubscribed Shares

**Item 3:  Payment of Purchase Price:**

**Wire Instructions:**

**Account Name:**
**Account No.:**
**Currency:  USD**
**ABA/Routing No.:**
**Bank Name:**
**Bank Address:**

**Ref: Nuverra Rights Offering – [Insert Name of Eligible Holder]**

**Please provide your *Fed. Ref.* number here:  _____**

In order to exercise the Rights and Oversubscription Rights, you or your Subscription Nominee must: (i) return (x) this duly completed Subscription Form and (y) IRS Form W-9 or appropriate IRS Form W-8, as applicable (such IRS Forms can be found on the IRS website ((http://www.irs.gov)), to the Subscription Agent so that such forms are *actually received* by the Subscription Agent prior to the Subscription Deadline; (ii) electronically delivery your 2018 Note Claims via DTC's ATOP system and (iii) pay the Purchase Price to the Subscription Agent, by wire transfer of immediately available funds, so that payment of the Purchase Price is *actually received* by the Subscription Agent on or before the Subscription Deadline.

If, on or prior to the Subscription Deadline, the Subscription Agent for any reason has not received your (i) duly completed Subscription Form and applicable IRS Form W-9 or IRS Form W-8, (ii) confirmation of your electronic delivery of your 2018 Note Claims via DTC's ATOP system, and (iii) your payment in immediately available funds in an amount equal to your Purchase Price, or if you otherwise do not comply with the procedures applicable to the Rights Offering, you will be deemed to have irrevocably relinquished and waived your Rights and Oversubscription Rights.

**Item 4. Certification.**

By returning this Subscription Form, I hereby certify that (A) I am the beneficial holder, or the authorized signatory of a beneficial holder, of an Allowed 2018 Note Claim in the principal amount listed under Item 1 above; (B) I agree, or such beneficial holder agrees, to be bound by all the terms and conditions described in the instructions and as set forth in this Subscription Form; (C) I have, or such beneficial holder has, reviewed a copy of the Disclosure Statement and the Plan (including the exhibits thereto) and understand that the exercise of Rights and Oversubscription Rights pursuant to the Rights Offering is subject to all of the terms and conditions set forth therein and in the accompanying documents; and (D) I or such beneficial holder hold the Allowed 2018 Note Claims associated with the Rights and Oversubscription Rights.

By returning this Subscription Form, I further certify that I (i) recognize and understand that the Rights and Oversubscription Rights are not separable from the Allowed 2018 Note Claims with respect to which such Rights and Oversubscription Rights have been granted and (ii) represent and warrant that I will not accept a distribution of Reorganized Nuverra Common Stock if at such time, I do not hold the Allowed 2018 Note Claim associated with my Rights and Oversubscription Rights and that by accepting a distribution of Reorganized Nuverra Common Stock, I will be deemed to be the owner thereof.

I recognize and understand that the Reorganized Nuverra Common Stock issued to the Eligible Offerees participating in the Rights Offering will be exempt from registration under the Securities Act of 1933, as amended (the "***Securities Act***"), and any other applicable federal and state securities laws pursuant to Section 1145 of the Bankruptcy Code, and may be resold, without registration under the Securities Act or other applicable federal and state securities laws, unless the holder is an "underwriter" with respect to such securities, as that term is defined in Section 1145(b) of the Bankruptcy Code.

**I acknowledge that, by executing this Subscription Form, (i) the undersigned holder will be bound to pay for the Reorganized Nuverra Common Stock for which it has subscribed pursuant to this Subscription Form and that the subscription will not be valid if the corresponding payment is not made or the applicable IRS Form W-9 or IRS Form W-8 is not received, and (ii) that the Reorganized Nuverra Common Stock issued to the undersigned will be reflected in Nuverra's books and records in the name and at the address set forth in Item 5, should they need to be registered in such undersigned holder's name.**

Date: _____

Name of Eligible Offeree:_____

(Print or Type)

U.S. Social Security or Federal Tax I.D. No. (optional for non-U.S. persons):_____

Signature:_____

Name of Person Signing:_____

(If other than holder)

Title (if corporation, partnership or LLC):_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Email Address:_____

**THIS FORM SHOULD BE RETURNED ONLY
TO YOUR SUBSCRIPTION NOMINEE OR TO THE SUBSCRIPTION AGENT (AS APPLICABLE).  IF YOU ARE UNCERTAIN REGARDING WHETHER TO RETURN THIS FORM TO YOUR SUBSCRIPTION NOMINEE OR THE SUBSCRIPTION AGENT, PLEASE EMAIL NUVERRARIGHTSOFFER@PRIMECLERK.COM**

**REQUIRED  REGISTRATION  INFORMATION**: Please indicate in Item 5 the beneficial holder's name and address as you would like it to be reflected in Nuverra's books and records for registration of the Reorganized Nuverra Common Stock, should they need to be registered in your name.

**REQUIRED  NOMINEE  CERTIFICATION**:  The beneficial holder's SUBSCRIPTION NOMINEE must complete the Subscription Nominee Certification attached as Item 6, which requires that the Subscription Nominee provide your ATOP confirmation number.

**Item 5.  Entity or Person to Receive Reorganized Nuverra Common Stock (if direct registration on books of transfer agent).**

Name (*Maximum 35 Characters*):_____

Name (*continued*)
(*Maximum 35 Characters*):_____

Attention (*Maximum 35 Characters*)_____

Address 1 (*Maximum 35 Characters*) _____

Address Line 2 (*Maximum 35 Characters*):_____

City: _____ State: _____ Zip: _____

FOREIGN Country Name: _____

U.S. Tax Identification Number (TIN): _____  OR Check here if non-U.S. (no TIN)

**Entity or Person to Receive Reorganized Nuverra Common Stock (if deposited to brokerage account).**

DTC Participant:_____

DTC Participant Number:_____

DTC Participant Contact Number:_____

DTC Participant Contact Telephone: _____

DTC Participant Contact Email:_____

Beneficial Holder Account Number Reference:_____

---

**PLEASE ALSO PROVIDE ONE OF THE FOLLOWING IRS FORMS, AS APPLICABLE, WHEN YOU RETURN THIS COMPLETED FORM:
W-9, W-8BEN, W-8BEN-E, W-8ECI, W-8EXP, W-8IMY**

---

**Item 6.  Subscription Nominee Certification.**  <u>Your ownership of Allowed 2018 Note Claims must be confirmed by your Subscription Nominee</u> by providing the ATOP confirmation number and corresponding principal amount of 2018 Note Claims electronically delivered. The Subscription Nominee holding your 2018 Notes must complete the box below on your behalf.

| <div align="center">**For Completion Only by the Subscription Nominee**</div> | |
|---|---|
| ATOP Confirmation Number: | |
| Principal Amount: | |

**IN ADDITION TO RETURNING THIS SUBSCRIPTION FORM AND COMPLETING ITEM 6 ABOVE, THE SUBSCRIPTION PAYMENT AMOUNT MUST BE PAID IN ACCORDANCE WITH THE INSTRUCTIONS IN <u>ITEM 3</u> ON OR BEFORE THE SUBSCRIPTION DEADLINE OR AS OTHERWISE DESCRIBED THEREIN.**