## **EXHIBIT I**

Management Incentive Plan Term Sheet

MIP Term Sheet

The following describes the principal terms of the management incentive plan (the "MIP"), to be adopted and approved by Employer in connection with the Reorganization. In this regard, the MIP shall be adopted by Employer, and effective as the Reorganization Effective Date, and the initial grant of awards under the MIP will be made as soon as reasonably practicable after the Reorganization Effective Date (the "Emergence Awards"). This term sheet does not contain all of the terms and conditions of the MIP. Capitalized terms not otherwise defined in this MIP term sheet (the "MIP Term Sheet") shall have the meaning ascribed thereto in the RSA.

| MIP | |
|---|---|
| **Effective Date** | The MIP shall be effective on the Reorganization Effective Date. Emergence Awards will be granted (with vesting keyed to the Reorganization Effective Date) as soon as reasonably practicable following Reorganization Effective Date. |
| **Administration** | The Compensation Committee of the Board of Directors of the reorganized Company (the "Compensation Committee") shall administer the plan and make all determinations with respect to awards granted under the MIP. |
| **Participants** | Officers and employees of the reorganized Company who are designated by the Compensation Committee to receive awards under the MIP. |
| **Award Pool; Anti-dilution / Adjustment** | 12.5% of the outstanding equity securities of the reorganized Company, on a fully diluted basis as of the Reorganization Effective Date will be available for grant under the MIP (the "Award Pool"). Awards will be subject to customary anti-dilution and other adjustments for changes in capitalization and other events. |
| **MIP Awards** | The MIP will be an "omnibus" incentive plan which will permit the Compensation Committee to grant various types of equity awards, including: (i) stock options (ISOs and NQSOs); (ii) stock appreciation rights; (iii) restricted stock; (iv) restricted stock units; and (v) other stock-based awards. |
| *(continued on next page)* | |

| | |
|---|---|
| **Use of Award Pool** | • 60% of the Award Pool (i.e., 7.5% of the fully diluted shares) will be granted to the Chief Executive Officer upon the Reorganization Effective Date as "Emergence Awards," of which:<br>    ○ 50% of the Emergence Awards will be time-based restricted stock units ("Time-based RSUs").<br>    ○ 50% of the Emergence Awards will be performance-based restricted stock units ("Performance-based RSUs").<br>• The remaining 40% of the Award Pool (i.e., 5% of the fully diluted shares) will be reserved for future grants to key employees other than the CEO, which grantees and the terms and conditions of the awards thereto to be determined by the Compensation Committee from time to time. |
| **Vesting for Emergence Awards** | • Time-based RSUs granted as Emergence Awards – one-third (1/3) of the Time-based RSUs will vest immediately as of the Reorganization Effective Date, one-third (1/3) will vest on the first anniversary of the Reorganization Effective Date, and one-third (1/3) will vest on the second anniversary of the Reorganization Effective Date, provided that the participant remains employed on each vesting date.<br>• Performance-based RSUs/Performance-based Options granted as Emergence Awards – reasonable performance metrics and performance period will be set by the Compensation Committee (in consultation with the CEO of the Company) prior to grant, provided that the applicable performance period will end no later than the second anniversary of the Reorganization Effective Date, with 50% of the awards scheduled to vest on the first anniversary of the Reorganization Effective Date and 50% of the awards scheduled to vest on the second anniversary of the Reorganization Effective Date, in each case subject to the achievement of the applicable performance goals. |
| **Terms for Future Awards** | Vesting, acceleration and other terms applicable to any future awards (i.e., other than the Emergence Awards) to be determined by the Compensation Committee in consultation with the CEO prior to the grant of such awards. |
| **Settlement** | For RSUs, settlement promptly following vesting (as applicable) in shares of common stock; Company option to settle in cash. |