# **EXHIBIT J**

Schedule of Preserved Claims and Causes of Action

**Schedule of Preserved Claims and Causes of Action**

Section 9.8 of the Debtors' Prepackaged Plans of Reorganization under Chapter 11 of the Bankruptcy Code [ECF No. 13] (the "**Plan**")[1] provides as follows:

> In accordance with section 1123(b) of the Bankruptcy Code, and except where such Causes of Action have been expressly released, the Reorganized Debtors shall retain and have the exclusive right to enforce, after the Effective Date, any claims, rights and Causes of Action that the Debtors or the Estates may hold against any Entity, whether arising before or after the Petition Date, including, without limitation: all claims relating to transactions under section 549 of the Bankruptcy Code, all transfers recoverable under section 550 of the Bankruptcy Code and all Causes of Action against any Entity on account of indebtedness and any other Causes of Action in favor of the Reorganized Debtors or their Estates.
>
> The Reorganized Debtors shall be permitted to pursue such retained claims, rights or Causes of Action, as appropriate, in accordance with the best interests of the Reorganized Debtors. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement or the Solicitation and Disclosure Statement to any Cause of Action against them as any indication that the Debtors or Reorganized Debtors, as applicable, will not pursue any and all available Causes of Action. Except with respect to Causes of Action as to which the Debtors, with the consent of the Supporting Noteholders, or Reorganized Debtors have expressly released any Person or Entity on or prior to the Effective Date, the Debtors or Reorganized Debtors, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan. Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised or settled in the Plan or a Bankruptcy Court order, the Reorganized Debtors expressly reserve all Causes of Action, for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of *res judicata*, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable or otherwise), laches, or any doctrine or rule that would require the filing of any claim or counterclaim, shall apply to such Causes of Action upon, after, or as a consequence of the confirmation or consummation of the Plan.

Without limiting the generality of Section 9.8 of the Plan, and the preservation of Causes of Action contained therein, the Debtors and the Reorganized Debtors as applicable, expressly reserve their rights with respect to all Causes of Action that are not expressly released under the Plan, including the following:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

I.  **Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Potential Litigation**

Unless otherwise released by the Plan, the Debtors and the Reorganized Debtors, as applicable, expressly reserve all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, or judicial or non-judicial. Without limiting the generality of the foregoing, the Debtors and the Reorganized Debtors, as applicable, expressly reserve all Causes of Action against the Entities identified below and relating to the below litigations.

<u>Entities</u>
- Peterbilt of Lafayette, L.L.C.
- O'Brien Energy Company
- Ironshore Indemnity, Inc.

<u>Litigations</u>
- Peterbilt of Lafayette, L.L.C. v. Nuverra Environmental Solutions, Inc.
- Nuverra Environmental Solutions, Inc. v. Ironshore Indemnity, Inc.

II.  **Plan and Plan Documents**

The Debtors retain all rights and obligations under the Plan and the Plan Documents.

III.  **Avoidance Causes of Action**

The Debtors and the Reorganized Debtors, as applicable, expressly reserve all Causes of Action against, involving and relating to the following Persons or Entities, including all Causes of Action pursuant to sections 544, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code:

- Shallenberger Construction, Inc.
- Terrance C. Shallenberger, Jr.
- Skywater Development, LLC
- Shallenberger Enterprises, Inc.
- S&D Holdings, LLC
- TDL Resources, LLC
- 9 Z's LLC
- Chax Holdings, LLC
- John Zavoral
- Pat Zavoral
- Derek Taaca
- David L. Johnson