## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

:

:

In re:                                               :

:            Chapter 11

Nuverra Environmental Solutions, Inc., *et al.*,[1]   :

:            Case No. 17–10949 (KJC)

Debtors.                          :

:            (Jointly Administered)

:

------------------------------------------------------------------x

### DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE DEBTORS' PREPACKAGED PLANS OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Christina Pullo, declare under the penalty of perjury:

1.      I am the Senior Director of Solicitation and Public Securities at Prime Clerk LLC ("**Prime Clerk**"), located at 830 Third Avenue, 9th Floor, New York, New York 10022.  I am over the age of eighteen years and not a party to the above-captioned action.  Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.      I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Debtors' Prepackaged Plans of Reorganization Under Chapter 11 of the Bankruptcy Code*, dated April 28, 2017 [Docket No. 13] (as amended, supplemented, or modified from time to time, the "**Plan**").[2]  Except as otherwise noted, all facts set forth herein are

---

[1]      The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are:  Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084).  The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2]      Unless otherwise defined in this Declaration, all capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents.  I am authorized to submit this Declaration on behalf of Prime Clerk.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.        Prior to the commencement of these chapter 11 cases, Nuverra Environmental Solutions, Inc. and its affiliated debtors and debtors in possession (collectively, the "*Debtors*") appointed Prime Clerk as their solicitation and tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulation of votes cast with respect thereto.  Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.  On May 2, 2017, this Court authorized Prime Clerk's retention as the Debtors' claims and noticing agent pursuant to the *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent* [Docket No. 51]. Additionally, on June 2, 2017, this Court authorized Prime Clerk's retention as the Debtors' administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 135].

**Service and Transmittal of Solicitation Packages and Tabulation Process**

4.        The procedures adhered to by Prime Clerk for the solicitation and tabulation of votes are outlined in the *Solicitation and Disclosure Statement, Dated April 28, 2017* [Docket No. 14], the ballots distributed to parties entitled to vote on the Plan, as well as the Debtors' motion for entry of an order approving, among other things, the prepetition solicitation procedures [Docket No. 11] (collectively, the "*Solicitation Procedures*").  I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5.      The Debtors established April 28, 2017 as the record date (the "***Voting Record Date***") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (the "***Voting Classes***"):

| Plan Class | Class Description |
|------------|-------------------|
| Class A4 | Supporting Noteholder Term Loan Claims against the Nuverra Group Debtors |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors |

| Plan Class | Class Description |
|------------|-------------------|
| Class B4 | Supporting Noteholder Term Loan Claims against the AWS Debtor |
| Class B5 | 2021 Note Claims against the AWS Debtor |

| Plan Class | Class Description |
|------------|-------------------|
| Class C4 | Supporting Noteholder Term Loan Claims against the Badlands (DE) Debtor |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor |

No other classes were entitled to vote on the Plan.

6.      Prime Clerk worked closely with the Debtors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders.  In addition, Prime Clerk coordinated the distribution of solicitation materials to holders of public securities in the Voting Classes in accordance with procedures commonly used to serve solicitation materials on holders of public securities. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials* [Docket No. 67].

7.      Further, in accordance with the Solicitation Procedures, Prime Clerk reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan.  Each ballot submitted to Prime Clerk was date-stamped, assigned a ballot number, entered into Prime Clerk's voting database and processed in accordance with the Solicitation Procedures.  To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via electronic submission or another approved method of delivery set forth in the Solicitation Procedures and (d) received by Prime Clerk by 5:00 p.m. (prevailing Eastern Time) on May 26, 2017 (the "***Voting Deadline***").

8.      All valid ballots cast by holders entitled to vote in the Voting Classes and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

9.      The final tabulation of votes cast by timely and properly completed ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10.      A report of all ballots excluded from the final tabulation prepared by Prime Clerk, and the reason for exclusion of such ballots, is attached hereto as **Exhibit B**.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and final tabulation of ballots in connection with the Plan is true and correct.

Dated: June 2, 2017

Christina Pullo
Senior Director of Solicitation & Public Securities
Prime Clerk LLC

## Exhibit A

Nuverra Environmental Solutions, Inc., *et al.*
Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| Class A4 | Supporting Noteholder Term Loan Claims against the Nuverra Group Debtors | 5<br>100% | 0<br>0% | $79,975,245.53<br>100% | $0.00<br>0% | ACCEPT |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors* | 64<br>85.33% | 11<br>14.67% | $337,431,372.00<br>99.89% | $372,778.00<br>0.11% | ACCEPT |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 171<br>79.17% | 45<br>20.83% | $3,153,000.00<br>38.74% | $4,985,000.00<br>61.26% | REJECT |
| Class B4 | Supporting Noteholder Term Loan Claims against the AWS Debtor | 5<br>100% | 0<br>0% | $79,975,245.53<br>100% | $0.00<br>0% | ACCEPT |
| Class B5 | 2021 Note Claims against the AWS Debtor* | 43<br>78.18% | 12<br>21.82% | $335,214,052.00<br>99.88% | $402,183.00<br>0.12% | ACCEPT |
| Class C4 | Supporting Noteholder Term Loan Claims against the Badlands (DE) Debtor | 5<br>100% | 0<br>0% | $79,975,245.53<br>100% | $0.00<br>0% | ACCEPT |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor* | 44<br>78.57% | 12<br>21.43% | $335,210,783.00<br>99.86% | $458,814.00<br>0.14% | ACCEPT |

*Certain ballots were received by Prime Clerk after the Voting Deadline. The Debtors, in accordance with the Solicitation Procedures, waived this late defect and directed Prime Clerk to include such ballots in the final tabulation.

**<u>Exhibit B</u>**

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0164 | CHARLES SCHWAB | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0374 | JANNEY MONTGOMERY SCOTT LLC | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0443 | PERSHING | 67091KAA2 | $27,226.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A5 | 2021 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0955 | BANK OF AMERICA, NA/GWIM TRUST OPERATIONS | 422680AE8 | $50,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | N/A | BENEFICIAL HOLDER | 422680AE8 | $5,000.00 | Reject | POSITION NOT VALIDATED BY NOMINEE |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0164 | CHARLES SCHWAB | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0075 | LPL FINANCIAL CORPORATION | 422680AE8 | $25,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $20,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $11,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $13,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $5,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $5,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $5,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $6,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $9,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $7,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $11,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 422680AE8 | $153,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $15,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $56,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $30,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $5,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $4,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|-------|-------------------|--------------------|------------------|-------|------------------|-----------------|-------------------------|
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $5,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0443 | PERSHING | 422680AE8 | $250,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0443 | PERSHING | 422680AE8 | $1,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 422680AE8 | $1,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 422680AE8 | $1,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 422680AE8 | $1,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 422680AE8 | $15,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0188 | TD AMERITRADE | 422680AE8 | $75,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0062 | VANGUARD | 422680AE8 | $20,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 422680AE8 | $1,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 422680AE8 | $25,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0141 | WELLS FARGO CLEARING SERVICES | 422680AE8 | $10,000.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class A6 | 2018 Note Claims against the Nuverra Group Debtors | 0216 | BENEFICIAL HOLDER | 422680AE8 | $5,000.00 | N/A | VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $16,336.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $54,453.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $21,781.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $27,226.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|-------|-------------------|--------------------|------------------|-------|------------------|-----------------|--------------------------|
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0908 | CITIBANK | 67091KAA2 | $54,453.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0374 | JANNEY MONTGOMERY SCOTT LLC | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 67091KAA2 | $152,468.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 67091KAA2 | $21,781.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $13,068.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $51,185.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0443 | PERSHING | 67091KAA2 | $27,226.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0235 | RBC CAPITAL MARKETS | 67091KAA2 | $81,680.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class B5 | 2021 Note Claims against the AWS Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $16,336.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $54,453.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $21,781.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0702 | BB&T SECURITIES | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $27,226.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0164 | CHARLES SCHWAB | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0908 | CITIBANK | 67091KAA2 | $54,453.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0374 | JANNEY MONTGOMERY SCOTT LLC | 67091KAA2 | $10,890.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 67091KAA2 | $152,468.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0015 | MORGAN STANLEY SMITH BARNEY LLC | 67091KAA2 | $21,781.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |

Nuverra Environmental Solutions, Inc., et al.

**Exhibit B - Report of Public Securities Ballots Excluded from Tabulation**

| Class | Class Description | Participant Number | Participant Name | CUSIP | Principal Amount | Accept / Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|---|
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $13,068.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0226 | NATIONAL FINANCIAL SERVICES, LLC | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0443 | PERSHING | 67091KAA2 | $27,226.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0235 | RBC CAPITAL MARKETS | 67091KAA2 | $81,680.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0188 | TD AMERITRADE | 67091KAA2 | $8,713.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0188 | TD AMERITRADE | 67091KAA2 | $10,891.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $2,178.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $5,444.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |
| Class C5 | 2021 Note Claims against the Badlands (DE) Debtor | 0141 | WELLS FARGO CLEARING SERVICES | 67091KAA2 | $3,266.00 | N/A | HOLDER ABSTAINED FROM VOTING BY NOT INDICATING A VOTE TO ACCEPT OR REJECT THE PLAN |