**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                                             :
                                                             :
In re:                                                       :   Chapter 11
                                                             :
Nuverra Environmental Solutions, Inc., et al.,[1]            :   Case No. 17–10949 (KJC)
                                                             :
                        Debtors.                             :   (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x
```

**NOTICE OF <u>THIRD AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 5, 2017 AT 2:00 P.M. (ET)**

**<u>UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION</u>**

1. Debtors' Application for an Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Co-Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 72, 5/10/17]

    **<u>Objection Deadline</u>:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

    **<u>Related Documents</u>:**

    A. Certificate of No Objection [D.I. 119, 6/1/17]

    B. Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Co-Counsel for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 132, 6/2/17]

    **<u>Objections Filed</u>:** None

    **<u>Status</u>:** An order has been entered. No hearing is required.

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] **Amendments appear in bold.**

2. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 73, 5/10/17]

> **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors
>
> **Related Documents:**
>
>> A. Supplemental Declaration of Pauline K. Morgan in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor [D.I. 103, 5/24/17]
>>
>> B. Certificate of No Objection [D.I. 120, 6/1/17]
>>
>> C. Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 133, 6/2/17]
>
> **Objections Filed:** None
>
> **Status:** An order has been entered.  No hearing is required.

3. Application of the Debtors for Entry of an Order Authorizing Debtors to Retain and Employ Squire Patton Boggs (US) LLP as Special Counsel Effective as of the Petition Date [D.I. 74, 5/10/17]

> **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors
>
> **Related Documents:**
>
>> A. Certificate of No Objection [D.I. 121, 6/1/17]
>>
>> B. **Order Authorizing the Debtors to Retain and Employ Squire Patton Boggs (US) LLP as Special Counsel Effective as of the Petition Date [D.I. 134, 6/2/17]**
>
> **Objections Filed:** None
>
> **Status:** **An order has been entered.  No hearing is required.**

01:21869036.6

4. Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Effective as of the Petition Date [D.I. 76, 5/10/17]

> **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors
>
> **Related Documents:**
>
> > A. Certificate of No Objection [D.I. 122, 6/1/17]
> >
> > B. Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Effective as of the Petition Date [D.I. 135, 6/2/17]
>
> **Objections Filed:**   None
>
> **Status:**   An order has been entered.  No hearing is required**.**

## CONTESTED MATTERS GOING FORWARD

5. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service, (II) Deeming Utility Companies to Have Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests for Additional Assurance [D.I. 5, 5/1/17]

> **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors
>
> **Related Documents:**
>
> > A. Interim Order (I) Prohibiting Utility Companies From Discontinuing, Altering or Refusing Service (II) Deeming Utility Companies to Have Adequate Assurance of Payment and (III) Establishing Procedure for Resolving Requests for Additional Assurance [D.I. 53, 5/2/17]
> >
> > B. Certification of Counsel [D.I. 150, 6/2/17]
>
> **Objections Filed:**
>
> > A. Informal comments of the Official Committee of Unsecured Creditors
>
> **Status:**   A revised form of order has been submitted under certification of counsel.  No hearing is required.

6. Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Employee, Independent Contractor and Director Wages, Salaries and Other Compensation, (II) Reimburse Prepetition Employee Business Expenses, (III) Contribute to Prepetition Employee Benefit Programs and Continue Such Programs Postpetition, (IV) Make Payments for which Prepetition Payroll Deductions Were Made, (V) Pay Workers' Compensation Obligations, and (VI) Pay All Costs and Expenses Incident to the Foregoing [D.I. 7, 5/1/17]

   **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

   **Related Documents:**

   A. Interim Order Authorizing the Debtors to (I) Pay Prepetition Employee and Independent Contractor Wages, Salaries and Other Compensation, (II) Reimburse Prepetition Employee Business Expenses, (III) Contribute to Prepetition Employee Benefit Programs and Continue Such Programs Postpetition, (IV) Make Payments for Which Prepetition Payroll Deductions Were Made, (V) Pay Workers' Compensation Obligations, and (VI) Pay All Costs and Expenses Incident to the Foregoing [D.I. 55, 5/2/17]

   **Objections Filed:**

   A. Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Various Pending Motions and Applications [D.I. 116, 5/31/17]

   **Status:** The Debtors are working with the Committee to resolve its objection, **but, to date, have not been able to resolve the objection with respect to directors' fees. This matter is going forward.**

7. Debtors' Motion for an Order Authorizing the Debtors to Continue to (I) Use and Maintain Existing Bank Accounts, (II) Use Their Existing Cash Management System, (III) Use Their Existing Business Forms and (IV) Make Intercompany Transactions [D.I. 8, 5/1/17]

   **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

   **Related Documents:**

   A. Interim Order Authorizing the Debtors to Continue to (I) Use and Maintain Existing Bank Accounts, (II) Use Their Existing Cash

        Management System, (III) Use Their Existing Business Forms and (IV) Make Intercompany transactions [D.I. 56, 5.2.17]

    B. **Certification of Counsel [D.I. 158, 6/4/17]**

**Objections Filed:**

    A. Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Various Pending Motions and Applications [D.I. 116, 5/31/17]

**Status:** **A revised form of order has been submitted under certification of counsel. No hearing is required.**

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition General Unsecured Claims in the Ordinary Course of Business, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 9, 5/1/17]

    **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

    **Related Documents:**

    A. Interim Order (I) Authorizing Debtors to Pay Certain Prepetition General Unsecured Claims in the Ordinary Course of Business, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 57, 5/2/17]

    B. Debtors' Reply in Support of Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition General Unsecured Claims in the Ordinary Course of Business, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 137, 6/2/17]

    C. Debtors' Motion for Leave and Permission to File Replies in Support of the Business Claims Motion and DIP Motion [D.I. 139, 6/2/17]

    **Objections Filed:**

    A. Wilmington Trust, National Association, as indenture trustee for the 9.875% Senior Notes Due 2018's Objection to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing

        Debtors to Pay Certain Prepetition General Unsecured Claims in the Ordinary Course of Business [D.I. 95, 5/24/17]

    B.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Various Pending Motions and Applications [D.I. 116, 5/31/17]

**Status:** The Debtors **have reached a resolution in principle regarding Objections A and B, and intend to submit a revised order at the hearing**. This matter is going forward.

9. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 10, 5/1/17]

    **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

    **Related Documents:**

        A.    Order (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Prepetition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 58, 5/2/17]

        B.    Debtors' Reply in Support of the Motion (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Prepetition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d), and (e), 364(c), (d), and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 138, 6/2/17]

C. Debtors' Motion for Leave and Permission to File Replies in Support of the Business Claims Motion and DIP Motion [D.I. 139, 6/2/17]

D. Notice of Filing of Proposed Final DIP Order [D.I. 140, 6/2/17]

E. Joinder of Wilmington Savings Fund Society, FSB, as Second Lien Notes Trustee, Existing Term Loan Administrative Agent, and DIP Term Loan Administrative Agent to Debtors' Reply in Support of the Motion (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Prepetition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d), and (e), 364(c), (d), and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 143, 6/2/17]

F. **Wells Fargo Bank, National Association's Motion for Leave to File Reply [D.I. 155, 6/4/17]**

G. **Joinder of the DIP Term Facility Lenders to Debtors Reply in Support of the Motion (I) Authorizing the Debtors to (A) Obtain Financing on an Interim and Final Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim and Final Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 156, 6/4/17]**

H. **Motion for Leave to File Late Joinder of the DIP Term Facility Lenders to Debtors' Reply in Support of the Motion (I) Authorizing the Debtors to (A) Obtain Financing on an Interim and Final Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim and Final Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 157, 6/4/17]**

**Objections Filed:**

    A.    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), (d) and (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001(b) and (c) [D.I. 117, 5/31/17]

**Status:**    The Debtors are in discussions with the Committee regarding the objection, and hope to resolve certain issues in advance of the hearing. This matter is going forward.

10.    Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Employ and Retain AP Services, LLC to Provide Interim Management Services Pursuant to 11 U.S.C. § 363, *Nunc Pro Tunc* to the Petition Date, and (II) Designate Robert D. Albergotti as Chief Restructuring Officer [D.I. 68, 5/6/17]

**Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

**Related Documents:**

    A.    Supplemental Declaration of Robert D. Albergotti of AP Services, LLC [D.I. 101, 5/24/17]

    B.    Certification of Counsel [D.I. 147, 6/2/17]

**Objections Filed:**

    A.    Informal Comments of the U.S. Trustee

**Status:**    A revised form of order has been submitted under certification of counsel. No hearing is required**.**

11.    Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 75, 5/10/17]

**Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

**Related Documents:**

    A.    **Certification of Counsel [D.I. 159, 6/4/17]**

**Objections Filed:**

    A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Various Pending Motions and Applications [D.I. 116, 5/31/17]

**Status:**    **A revised form of order has been submitted under certification of counsel. No hearing is required.**

12. Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date [D. I. 77, 5/10/17]

    **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

    **Related Documents:**

        A.    Certification of Counsel [D.I. 151, 6/2/17]

    **Objections Filed:**

        A.    Informal comments of the Official Committee of Unsecured Creditors

    **Status:**    A revised form of order has been submitted under certification of counsel. No hearing is required.

13. Debtors' Motion for an Order Establishing Procedures for the Sale of Certain Property of De Minimis Value [D.I. 78, 5/10/17]

    **Objection Deadline:** May 24, 2017 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors

    **Related Documents:**

        **A.**    **Certification of Counsel [D.I. 153, 6/3/17]**

    **Objections Filed:**

        A.    Informal comments of the U.S. Trustee

        B.    Informal comments of the Official Committee of Unsecured Creditors

    C. Informal comments of the Term Loan Agent/2021 Notes Trustee

  **Status:** **A revised form of order has been submitted under certification of counsel.  No hearing is required**.

**ADDITIONAL MATTER**

14. Motion of the Official Committee of Unsecured Creditors for Reconsideration of Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief [D.I. 127, 6/1/17]

  **Related Documents**:

    A. Order Granting Motion to Shorten the Time for Notice [D.I. 144, 6/2/17]

  **Status**: This matter will be going forward as a scheduling and status conference.

Dated: Wilmington, Delaware
   June 4, 2017

SHEARMAN & STERLING LLP
Fredric Sosnick
Sara Coelho
Stephen M. Blank
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:   (646) 848-8174

  -and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/S/ JAIME LUTON CHAPMAN
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302)  571-1253

Counsel to the Debtors and Debtors in Possession