IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
: 
In re:                               :   Chapter 11
: 
Nuverra Environmental Solutions, Inc., *et al.*,[1]   :   Case No. 17–10949 (KJC)
: 
Debtors.                        :   (Jointly Administered)
: 
:   RE: Docket Nos. 13, 14, & 63
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF COMBINED HEARING TO CONSIDER CONFIRMATION OF THE PLAN AND APPROVAL OF THE RELATED DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that, on May 2, 2017, the United States Bankruptcy Court for the District of Delaware entered its *Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner* o*f Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief* [Docket No. 59] (the "Scheduling Order").[2]  Among other things, the Scheduling Order established certain deadlines, including the deadline to file objections to the Plan or Disclosure Statement on  June 12, 2017 at 4:00 p.m. (ET) (the "Objection Deadline"), and the deadline to file reply briefs in response to any objections by June 16, 2017.  In addition, the Scheduling Order scheduled the combined hearing to consider approval of the Disclosure Statement and confirmation of the Plan (the "Confirmation Hearing") for June 21, 2017 at 10:00 a.m. (ET).[3]

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are:  Nuverra Environmental Solutions, Inc. (7117), Appalachian Water Services, LLC (0729), Badlands Leasing, LLC (2638), Badlands Power Fuels, LLC (DE) (8703), Badlands Power Fuels, LLC (ND) (1810), Heckmann Water Resources Corporation (1194), Heckmann Water Resources (CVR), Inc. (1795), Heckmann Woods Cross, LLC (9761), HEK Water Solutions, LLC (8233), Ideal Oilfield Disposal, LLC (5796), Landtech Enterprises, L.L.C. (9022), NES Water Solutions, LLC (3421), Nuverra Total Solutions, LLC (6218), and 1960 Well Services, LLC (5084). The Debtors' corporate headquarters is located at 14624 N. Scottsdale Rd., Suite 300, Scottsdale, Arizona 85254.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Scheduling Order.

[3] The Debtors reserve the right to further extend these deadlines or adjourn the Confirmation Hearing.

**PLEASE TAKE NOTICE** that the Confirmation Hearing has been adjourned (the "**Adjournment**") to **July 11, 2017 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, as a result of the Adjournment, the Objection Deadline will now be **June 30, 2017 at 4:00 p.m. (ET).** The Debtors shall file any reply briefs in response to any objections in accordance with the Local Rules.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 6, 2017 | SHEARMAN & STERLING LLP<br>Fredric Sosnick<br>Sara Coelho<br>Stephen M. Blank<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>Facsimile: (646) 848-8174<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>Pauline K. Morgan (No. 3650)<br>Kenneth J. Enos (No. 4544)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel to the Debtors and Debtors in Possession |