**EXHIBIT A**

**DIP Budget**

Nuverra Environmental Solutions, Inc.
Weekly Cash Flow Projections
All Figures in USD $ Thousands

| | Wk 5 - Wk 18 | 5 Forecast Post Petition 06/02/2017 | 6 Forecast Post Petition 06/09/2017 | 7 Forecast Post Petition 06/16/2017 | 8 Forecast Post Petition 06/23/2017 | 9 Forecast Post Petition 06/30/2017 | 10 Forecast Post Petition 07/07/2017 | 11 Forecast Post Petition 07/14/2017 | 12 Forecast Post Petition 07/21/2017 | 13 Forecast Post Petition 07/28/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Operating Receipts** | 39,924 | 2,126 | 2,391 | 2,790 | 2,923 | 3,321 | 2,391 | 3,188 | 3,188 | 3,321 |
| **Operating Disbursements** | | | | | | | | | | |
| Employee Payroll, Benefits & Taxes | (20,700) | (170) | (2,322) | (963) | (2,322) | (170) | (2,414) | (963) | (2,414) | (170) |
| Fuel & Oil | (3,425) | (245) | (220) | (245) | (220) | (245) | (210) | (252) | (210) | (252) |
| Vehicle Leases, Licenses & Permits | (2,096) | (55) | - | (525) | (5) | (407) | - | (525) | (5) | (15) |
| Supplies, M&R, Utilities, Other | (17,462) | (1,443) | (2,913) | (2,061) | (378) | (1,839) | (378) | (1,735) | (378) | (1,735) |
| Royalties | (649) | (114) | (140) | (39) | - | - | - | (140) | (39) | - |
| Insurance | (2,304) | (309) | - | (98) | - | (575) | - | (98) | - | (575) |
| Taxes | (417) | (117) | - | - | - | (100) | - | - | - | (100) |
| Office Rent | (212) | - | - | (16) | - | (51) | - | (16) | - | (51) |
| Ordinary Course Professional Fees | (750) | (11) | (100) | - | - | (150) | - | (100) | - | (150) |
| Corporate - Other | (1,409) | - | - | (50) | (934) | (125) | - | (50) | - | (125) |
| **Total Operating Disbursements** | (49,424) | (2,465) | (5,694) | (3,996) | (3,859) | (3,661) | (3,002) | (3,878) | (3,046) | (3,172) |
| **Net Operating Cash Flow** | (10,526) | (339) | (3,303) | (1,206) | (936) | (340) | (611) | (689) | 142 | 149 |
| **Non-Operating Receipts** | | | | | | | | | | |
| Asset Sales | 755 | - | - | - | - | - | - | 380 | - | - |
| Other Non-Operating Receipts | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Receipts** | 755 | - | - | - | - | - | - | 380 | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Debt Service & Fees | (480) | - | - | - | - | - | (480) | - | - | - |
| EEHR Project - Drilling forecast | - | | | | | | | | | |
| Capital Expenditures | (1,710) | - | (393) | - | - | - | (1,036) | - | - | - |
| Other | - | | | | | | | | | |
| D&O | - | | | | | | | | | |
| General Reserve - Contingency | (300) | - | - | - | - | (150) | - | - | - | (150) |
| **Total Non-Operating Disbursements** | (2,490) | - | (393) | - | - | (150) | (1,516) | - | - | (150) |
| **Net Non-Operating Cash Flow** | (1,735) | - | (393) | - | - | (150) | (1,516) | 380 | - | (150) |
| **Restructuring Disbursements** | | | | | | | | | | |
| Debtor Professional Fees | (4,026) | - | (525) | - | - | - | - | (420) | - | - |
| Bondholder Professional Fees (Total) | (2,736) | - | (783) | - | - | - | - | (625) | - | - |
| Lender (WF) Professional Fees | (405) | - | (125) | - | - | - | - | (125) | - | - |
| Lazard Success Fee | - | | | | | | | | | |
| US Trustee / UCC Fees | (600) | - | (40) | - | - | - | - | (120) | - | - |
| WF ABL DIP Interest and Fee | (1,018) | (398) | - | - | - | - | (219) | - | - | - |
| Adequate Protection | - | | | | | | | | | |
| Adequate Assurance / Utility Deposit | - | (200) | - | - | - | - | - | - | - | - |
| DIP Interest, Fees & Closing Costs | (387) | (58) | - | - | - | - | (82) | - | - | - |
| Employee Retention Program | - | | | | | | | | | |
| Critical Vendor Payments | - | | | | | | | | | |
| Pre-Petition Trade Claims | - | | | | | | | | | |
| Other Restructuring Disbursements | - | | | | | | | | | |
| **Total Restructuring Disbursements** | (9,172) | (655) | (1,473) | - | - | - | (301) | (1,290) | - | - |
| **Total Net Cash Flow** | (22,490) | (994) | (5,169) | (1,206) | (936) | (490) | (2,428) | (1,599) | 142 | (1) |
| **Total Disbursements** | (75,588) | (3,120) | (7,560) | (3,996) | (3,859) | (3,811) | (4,819) | (5,168) | (3,046) | (3,322) |
| **Senior DIP** | | | | | | | | | | |
| Senior DIP Opening Availability | 6,905 | 9,004 | 11,319 | 7,633 | 6,427 | 5,491 | 5,001 | 1,668 | 2,569 | 2,711 |
| Collections | 53,198 | 2,126 | 2,391 | 2,790 | 2,923 | 3,321 | 2,391 | 3,568 | 3,188 | 3,321 |
| Adjustments / unapplied collections | 589 | 189 | (125) | - | - | - | (1,124) | (125) | - | - |
| Drawdown | (60,457) | - | (5,952) | (3,996) | (3,859) | (3,811) | (4,600) | (2,543) | (3,046) | (3,322) |
| Closing Availability | 235 | 11,319 | 7,633 | 6,427 | 5,491 | 5,001 | 1,668 | 2,569 | 2,711 | 2,710 |
| **Master Cash Account** | | | | | | | | | | |
| Opening Cash balance | 340 | 2,073 | 1,484 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Junior DIP Borrowings | 12,500 | 2,250 | - | - | - | - | - | 2,500 | - | - |
| Senior DIP Drawdown | 60,457 | - | 5,952 | 3,996 | 3,859 | 3,811 | 4,600 | 2,543 | 3,046 | 3,322 |
| Disbursements (net of applied to ABL) | (73,797) | (2,722) | (7,435) | (3,996) | (3,859) | (3,811) | (4,600) | (5,043) | (3,046) | (3,322) |
| Check Float (movement) | 500 | (117) | - | - | - | - | - | - | - | - |
| ACH Float (movement) | - | - | - | - | - | - | - | - | - | - |
| Closing Cash balance | 0 | 1,484 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Restricted Cash Account** | | | | | | | | | | |
| Opening Restricted Cash Balance | 1,030 | 1,182 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Collections | 52,443 | 2,126 | 2,391 | 2,790 | 2,923 | 3,321 | 2,391 | 3,188 | 3,188 | 3,321 |
| Cash Sweeps | (52,723) | (2,558) | (2,391) | (2,790) | (2,923) | (3,321) | (2,391) | (3,188) | (3,188) | (3,321) |
| Closing Restricted Cash Balance | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Check/ACH Float | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Remaining Junior DIP Balance | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 |
| **Closing Net Available Cash Plus Senior DIP Availability** | 486 | 18,053 | 12,884 | 11,678 | 10,742 | 10,252 | 6,919 | 5,319 | 5,462 | 5,461 |

Nuverra Environmental Solutions, Inc.
Weekly Cash Flow Projections
All Figures in USD $ Thousands

| | Wk 5 - Wk 18 | 14 Forecast Post Petition 08/04/2017 | 15 Forecast Post Petition 08/11/2017 | 16 Forecast Post Petition 08/18/2017 | 17 Forecast Post Petition 08/25/2017 | 18 Forecast Post Petition 09/01/2017 |
|---|---|---|---|---|---|---|
| Total Operating Receipts | 39,924 | 2,800 | 3,158 | 2,871 | 2,728 | 2,728 |
| **Operating Disbursements** | | | | | | |
| Employee Payroll, Benefits & Taxes | (20,700) | (2,553) | (226) | (3,290) | (170) | (2,553) |
| Fuel & Oil | (3,425) | (254) | (283) | (254) | (283) | (254) |
| Vehicle Leases, Licenses & Permits | (2,096) | - | - | (525) | (5) | (30) |
| Supplies, M&R, Utilities, Other | (17,462) | (378) | (1,735) | (378) | (1,735) | (378) |
| Royalties | (649) | - | (140) | (39) | - | - |
| Insurance | (2,304) | - | (98) | - | - | (552) |
| Taxes | (417) | - | - | - | - | (100) |
| Office Rent | (212) | - | (16) | - | - | (51) |
| Ordinary Course Professional Fees | (750) | - | (100) | - | - | (150) |
| Corporate - Other | (1,409) | - | (50) | - | - | (75) |
| Total Operating Disbursements | (49,424) | (3,185) | (2,646) | (4,485) | (2,192) | (4,143) |
| **Net Operating Cash Flow** | **(10,526)** | **(252)** | **(648)** | **(1,614)** | **535** | **(1,416)** |
| **Non-Operating Receipts** | | | | | | |
| Asset Sales | 755 | - | 375 | - | - | - |
| Other Non-Operating Receipts | - | - | - | - | - | - |
| Total Non-Operating Receipts | 755 | - | 375 | - | - | - |
| **Non-Operating Disbursements** | | | | | | |
| Debt Service & Fees | (480) | - | - | - | - | - |
| EEHR Project - Drilling forecast | - | - | - | - | - | - |
| Capital Expenditures | (1,710) | (281) | - | - | - | - |
| Other | - | - | - | - | - | - |
| D&O | - | - | - | - | - | - |
| General Reserve - Contingency | (300) | - | - | - | - | - |
| Total Non-Operating Disbursements | (2,490) | (281) | - | - | - | - |
| **Net Non-Operating Cash Flow** | **(1,735)** | **(281)** | **375** | - | - | - |
| **Restructuring Disbursements** | | | | | | |
| Debtor Professional Fees | (4,026) | - | (420) | - | - | (2,661) |
| Bondholder Professional Fees (Total) | (2,736) | - | (515) | - | - | (813) |
| Lender (WF) Professional Fees | (405) | - | (125) | - | - | (30) |
| Lazard Success Fee | - | - | - | - | - | - |
| US Trustee / UCC Fees | (600) | - | (100) | - | - | (340) |
| WF ABL DIP Interest and Fee | (1,018) | (200) | - | - | - | (202) |
| Adequate Protection | - | - | - | - | - | - |
| Adequate Assurance / Utility Deposit | - | - | - | - | - | 200 |
| DIP Interest, Fees & Closing Costs | (387) | (110) | - | - | - | (137) |
| Employee Retention Program | - | - | - | - | - | - |
| Critical Vendor Payments | - | - | - | - | - | - |
| Pre-Petition Trade Claims | - | - | - | - | - | - |
| Other Restructuring Disbursements | - | - | - | - | - | - |
| Total Restructuring Disbursements | (9,172) | (310) | (1,160) | - | - | (3,983) |
| **Total Net Cash Flow** | **(22,490)** | **(842)** | **(1,433)** | **(1,614)** | **535** | **(5,398)** |
| **Total Disbursements** | **(75,688)** | **(3,775)** | **(3,806)** | **(4,485)** | **(2,192)** | **(8,126)** |
| **Senior DIP** | | | | | | |
| Senior DIP Opening Availability | 6,905 | 2,710 | 3,900 | 3,627 | 2,013 | 2,549 |
| Collections | 53,198 | 2,800 | 3,533 | 2,871 | 2,728 | 2,728 |
| Adjustments / unapplied collections | 589 | (535) | (125) | 0 | 0 | 2,853 |
| Drawdown | (60,457) | (1,075) | (3,681) | (4,485) | (2,192) | (7,894) |
| Closing Availability | 235 | 3,900 | 3,627 | 2,013 | 2,549 | 235 |
| **Master Cash Account** | | | | | | |
| Opening Cash balance | 340 | 0 | 0 | 0 | 0 | 0 |
| Junior DIP Borrowings | 12,500 | 2,500 | - | - | - | - |
| Senior DIP Drawdown | 60,457 | 1,075 | 3,681 | 4,485 | 2,192 | 7,894 |
| Disbursements (net of applied to ABL) | (73,797) | (3,575) | (3,681) | (4,485) | (2,192) | (7,894) |
| Check Float (movement) | 500 | - | - | - | - | - |
| ACH Float (movement) | - | - | - | - | - | - |
| Closing Cash balance | 0 | 0 | 0 | 0 | 0 | 0 |
| **Restricted Cash Account** | | | | | | |
| Opening Restricted Cash Balance | 1,030 | 750 | 750 | 750 | 750 | 750 |
| Collections | 52,443 | 2,800 | 3,158 | 2,871 | 2,728 | 2,728 |
| Cash Sweeps | (52,723) | (2,800) | (3,158) | (2,871) | (2,728) | (2,728) |
| Closing Restricted Cash Balance | 750 | 750 | 750 | 750 | 750 | 750 |
| Check/ACH Float | (500) | (500) | (500) | (500) | (500) | (500) |
| Remaining Junior DIP Balance | - | - | - | - | - | - |
| **Closing Net Available Cash Plus Senior DIP Availability** | **486** | **4,150** | **3,877** | **2,264** | **2,799** | **486** |