**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nuverra Environmental Solutions, Inc., *et al.*, | Case No. 17-10949 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 421, 456** |

**ORDER APPROVING FINAL FEE APPLICATION OF
BATUTA CAPITAL ADVISORS LLC AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NUVERRA
ENVIRONMENTAL SOLUTIONS, INC., ET AL.**

Upon consideration of the final fee application (the **"Application"**) of Batuta Capital Advisors LLC (**"Batuta"**), as financial advisor for the Official Committee of Unsecured Creditors (the **"Committee"**) in the Debtors' above-captioned chapter 11 cases, for allowance of compensation and reimbursement of expenses on an final basis for the period from May 23, 2017, through and including August 7, 2017; and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED on a final basis as set forth herein.

2. Batuta is granted final allowance of compensation for professional fees incurred in the amount of $525,000.00.

{01260681;v1 }

3.      Batuta is granted, on a final basis, reimbursement of its expenses in the amount of $19,811.53.

4.      The Debtors are authorized and directed to remit payment to Batuta on or before November 6, 2017.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:      NW 3      , 2017
            Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE